IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>Defendants | Civil Action No. 2:19-cv-66-JRG<br><br>JURY TRIAL |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Jennifer L. Truelove, Texas State Bar 24012906, of McKool Smith, P.C., 104 East Houston Street, Suite 300, Marshall, Texas, 75670, (903) 923-9000 [Tel], (903) 923-9099 [Fax] hereby enters an appearance as one of the attorneys for the Plaintiffs, Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet, LLL Unwired Planet International Limited, and Panoptis Patent Management, LLC.

| | |
|---|---|
| Dated: May 14, 2019. | */s/ Jennifer L. Truelove* |

        Kevin L. Burgess – Lead Counsel
        Texas State Bar No. 24006927
        kburgess@McKoolSmith.com
        Steve J. Pollinger
        Texas State Bar No. 24011919
        spollinger@McKoolSmith.com
        Christine M. Woodin
        Texas State Bar No. 24100051
        cwoodin@McKoolSmith.com
        **MCKOOL SMITH, P.C.**
        300 W. 6th Street Suite 1700
        Austin, TX 78701
        Telephone: (512) 692-8700
        Telecopier: (512) 692-8744

        Mike McKool
        Texas State Bar No. 13732100
        mmckool@McKoolSmith.com
        Theodore Stevenson, III
        Texas State Bar No. 19196650
        tstevenson@mckoolsmith.com
        Holly E. Engelmann
        Texas State Bar No. 24040864
        hengelmann@mckoolsmith.com
        **MCKOOL SMITH, P.C.**
        300 Crescent Court, Suite 1500
        Dallas, TX 75201
        Telephone: (214) 978-4000
        Telecopier: (214) 978-4044

        Samuel F. Baxter
        Texas State Bar No. 1938000
        sbaxter@McKoolSmith.com
        Jennifer Truelove
        Texas State Bar No. 24012906
        jtruelove@McKoolSmith.com
        **MCKOOL SMITH, P.C.**
        104 E. Houston Street, Suite 300
        Marshall, TX 75670
        Telephone: (903) 923-9000
        Telecopier: (903) 923-9099

            Jason Sheasby (pro hac vice)
            jsheasby@irell.com
            Hong Zhong, PhD
            hzhong@irell.com
            Elliot Z. Chen (pro hac vice)
            echen@irell.com
            IRELL & MANELLA LLP
            1800 Ave of the Stars, Suite 900
            Los Angeles, CA 90064
            Telephone: (310) 203-7096
            Facsimile: (310) 203-7199

            Ingrid M. Haslund Petersen (pro hac vice)
            ipetersen@irell.com
            IRELL & MANELLA LLP
            840 Newport Center Dr., Suite 400
            Newport Beach, CA 92660
            Telephone: (949) 760-0991
            Facsimile: (949) 717-6359

            **ATTORNEYS FOR PLAINTIFFS OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, AND PANOPTIS PATENT MANAGEMENT, LLC**

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 14, 2019.

                    /s/ Jennifer L. Truelove