# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLIC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC., <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>APPLE INC., <br><br>　　　　　　Defendant. | Case No. 2:19-CV-0066-JRG |

## JOINT MOTION TO ENTER DISCOVERY ORDER

Pursuant to the Court's June 5, 2019 Order (ECF No. 35), the parties have reached agreement on the terms of a Discovery Order and now respectfully move to enter it.  A copy of the agreed proposed Discovery Order is attached hereto.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 15, 2019 | /s/ *Samuel Baxter*<br>Samuel F. Baxter (Tex. Bar No. 01938000)<br>sbaxter@mckoolsmith.com<br>Jennifer Truelove (Tex. Bar No. 24012906)<br>jtruelove@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>104 East Houston, Suite 300<br>Marshall, TX  75670<br>Telephone:  903-923-9000<br>Facsimile:  903-923-9099<br><br>Steven Pollinger (Tex. Bar No. 24011919)<br>spollinger@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>300 W. 6th St., Suite 1700<br>Austin, Texas 78701<br>Telephone:  512-692-8700<br>Facsimile:  512-692-8744<br><br>Jason Sheasby (pro hac vice)<br>jsheasby@irell.com<br>Hong Zhong, PhD<br>hzhong@irell.com<br>IRELL & MANELLA LLP<br>1800 Ave of the Stars, Suite 900<br>Los Angeles, CA 90064<br>Telephone:  310-203-7096<br>Facsimile:  310-203-7199<br><br>*Attorneys for Plaintiffs Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet, LLC, Unwired Planet International Limited, and PanOptis Patent Management, LLC* |

                                                  Respectfully submitted,

Dated:  July 15, 2019                    /s/ *Mark D. Selwyn*
                                            Mark D. Selwyn (*pro hac vice*)
                                            mark.selwyn@wilmerhale.com
                                            WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                            950 Page Mill Road
                                            Palo Alto, CA 94304
                                            Telephone: (650) 858-6000
                                            Facsimile: (650) 858-6100

                                            Mindy Sooter (*pro hac vice*)
                                            mindy.sooter@wilmerhale.com
                                            WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                            1225 Seventeenth Street, Suite 2600
                                            Denver, CO 80202
                                            Telephone:  (720)274-3135
                                            Facsimile:  (720) 274-3133

                                            Timothy D. Syrett (*pro hac vice*)
                                            timothy.syrett@wilmerhale.com
                                            WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                            60 State Street
                                            Boston, MA 02109
                                            Telephone:  (617) 526-6000
                                            Facsimile:  (617) 526-5000

                                            Brittany Blueitt Amadi (*pro hac vice*)
                                            brittany.amadi@wilmerhale.com
                                            WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                            1875 Pennsylvania Avenue NW
                                            Washington, DC 20006
                                            Telephone:  (202) 663-6000
                                            Facsimile:  (202) 663-6363

4820-5318-2364

                Melissa R. Smith
                State Bar No. 24001351
                melissa@gillamsmithlaw.com
                GILLAM & SMITH, LLP
                303 South Washington Avenue
                Marshall, Texas 75670
                Telephone: (903) 934-8450
                Facsimile: (903) 934-9257

                *Attorneys for Defendant Apple Inc.*

4820-5318-2364

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on July 15, 2019 on all counsel who have consented to electronic service.

*/s/ Jennifer Truelove*
Jennifer Truelove
