UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC.,** | **Civil Action No.  2:19-cv-66-JRG** |
| **Plaintiffs,** | **JURY TRIAL** |
| **v.** | |
| **APPLE INC.,** | |
| **Defendant.** | |

## JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

Plaintiffs Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet, LLC, Unwired Planet International Limited, and PanOptis Patent Management, LLC (Plaintiffs) and Defendant Apple Inc. (Defendant) (collectively, the Parties) file this motion for entry of a Protective Order.  The Parties agree to the proposed Protective Order, which is attached as Exhibit A.

Accordingly, the Parties respectfully request that the Court enter the proposed Protective Order.

4847-7915-4333

Dated:  July 29, 2019

Respectfully submitted,

/s/ *Samuel Baxter*

Samuel F. Baxter (Tex. Bar No. 01938000)
sbaxter@mckoolsmith.com
Jennifer Truelove (Tex. Bar No. 24012906)
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, TX  75670
Telephone:  903-923-9000
Facsimile:  903-923-9099


Steven Pollinger (Tex. Bar No. 24011919)
spollinger@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone:  512-692-8700
Facsimile:  512-692-8744


Jason Sheasby (pro hac vice)
jsheasby@irell.com
Hong Zhong, PhD
hzhong@irell.com
IRELL & MANELLA LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90064
Telephone:  310-203-7096
Facsimile:  310-203-7199


*Attorneys for Plaintiffs Optis Wireless
Technology, LLC, Optis Cellular Technology,
LLC, Unwired Planet, LLC, Unwired Planet
International Limited, and PanOptis Patent
Management, LLC*

2

Dated:  July 29, 2019

/s/ *Mark D. Selwyn*

Mark D. Selwyn (*pro hac vice*)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Mindy Sooter (*pro hac vice*)
mindy.sooter@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone:  (720)274-3135
Facsimile:  (720) 274-3133

Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Brittany Blueitt Amadi (*pro hac vice*)
brittany.amadi@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

3

4847-7915-4333

*Attorneys for Defendant Apple Inc.*

4

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on July 29, 2019.  Local Rule CV-5(a)(3)(A).

*/s/ Jennifer Truelove*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendant have discussed the matters herein and have agreed to this joint filing.

*/s/ Jennifer Truelove*

4847-7915-4333