# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **OPTIS WIRELESS TECHNOLOGY, LLC, ET AL.,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | CIVIL ACTION NO.  2:19-CV-00066-JRG |
| **APPLE INC.,** | § § § | |
| **Defendant.** | § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Mr. Donald Tiller as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Tiller's contact information is as follows:

> Donald Edward Tiller
> D. Tiller Law PLLC
> 817-875-7052 (cell)
> 817-928-4361 (office)
> 1525 Merrimac Circle, Suite 210
> Fort Worth, TX 76107
> 817-928-4361
> FAX: 817-928-4346
> Email: don.tiller@dtillerlawpllc.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") no later than one business day after their filing in PDF form to don.tiller@dtillerlawpllc.com. If the document was filed with the Court, the copy must include the CM/ECF header.

**So ORDERED and SIGNED this 28th day of January, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE