# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC ET AL., | § § § § | |
| v. | § § | Case No. 2:19-cv-66- JRG |
| APPLE, INC. | § § | |

**MINUTES FOR MARKMAN HEARING**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**February 25, 2020**

**OPEN: 1:38 p.m.**                                                                                   **ADJOURN: 4:43 p.m.**

| ATTORNEYS FOR PLAINTIFFS: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| TECHNICAL ADVISOR: | Don Tiller |
| LAW CLERK: | Matthew Wood |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 1:38 p.m. | Court opened. Counsel announced ready for hearing. Ms. Truelove and Ms. Smith introduced co-counsel. |
| | The Court heard claim construction argument on a claim by claim basis. Mr. McNett, Mr. Hasenour, Ms. Zhong and Mr. Pollinger argued on behalf of Plaintiffs. Mr. Selwyn and Ms. Sooter argued on behalf of Defendant. |
| 3:15 p.m. | Recess. |
| 3:34 p.m. | Court reconvened. The Court heard additional claim construction argument on a claim by claim basis. Mr. McNett, Mr. Hasenour, Ms. Zhong and Mr. Pollinger argued on behalf of Plaintiffs. Mr. Selwyn and Ms. Sooter argued on behalf of Defendant. |
| 4:41 p.m. | The Court took the claim construction matter under submission. |
| 4:43 p.m. | Court adjourned. |