**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **OPTIS WIRELESS TECHNOLOGY, LLC,  OPTIS CELLULAR TECHNOLOGY, LLC,  PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC,  UNWIRED PLANET INTERNATIONAL LIMITED,** | § § § § § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | **CIVIL ACTION NO.  2:19-CV-00066-JRG** |
| **APPLE INC.,** | § § § | |
| *Defendant*. | § § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Mr. D. Tiller as technical advisor in the above-captioned action, with his costs to be assessed equally between Plaintiffs and Defendant and timely paid as billed.  The Court has received Mr. Tiller's invoice for services through April 8, 2020, in the amount of $28,770.00, and hereby **ORDERS** payment to be promptly made to Mr. Tiller within thirty (30) days of this Order as follows:

Plaintiffs:       $ 14,385.00

Defendant:    $ 14,385.00

TOTAL:        $ 28,770.00

2

**So ORDERED and SIGNED this 8th day of April, 2020.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE