**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:19-CV-00066-JRG |

**ORDER**

The Court issues this Order *sua sponte*. Before the Court is Defendant Apple Inc.'s Motion to Continue Trial (the "Motion"). (Dkt. No. 341.) Having considered the same, the Court is of the opinion that expedited briefing is appropriate. Accordingly, Plaintiffs Optis Wireless Technology, LLC; Optis Cellular Technology, LLC; PanOptis Patent Management, LLC; Unwired Planet, LLC; and Unwired Planet International Limited are hereby **ORDERED** to file any Response to the Motion on or before **5:00 p.m. CDT** on **Friday, July 17, 2020**. No reply or sur-reply may be filed without leave of Court.

**So ORDERED and SIGNED this 15th day of July, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE