**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC ET AL., | § § § | |
| v. | § | Case No. 2:19-cv-66- JRG |
| | § § | |
| APPLE, INC. | § | |

<u>ORDER TO PURCHASE JURY MEALS</u>

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-mentioned case during deliberations.   The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered 8 jurors until a verdict is rendered to this Court.

**So ORDERED and SIGNED this 16th day of July, 2020.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE