# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*. | CIVIL ACTION NO. 2:19-CV-00066-JRG |

## ORDER

Before the Court is Apple Inc.'s Unopposed Motion for Leave to File Further Response to the Court's Questions at Status Conference (the "Motion"). (Dkt. No 346.) Having considered the Motion and noting that it is unopposed, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Apple has leave to file its Further Response to the Court's Questions at Status Conference. (Dkt. No. 347.)

**So ORDERED and SIGNED this 17th day of July, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE