# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 2:19-cv-00066-JRG<br><br>**JURY TRIAL DEMANDED** |

**APPLE INC.'S UNOPPOSED MOTION FOR LEAVE
TO FILE REPLY IN SUPPORT OF MOTION TO CONTINUE TRIAL**

Pursuant to Local Rule CV-7(k) and this Court's July 15, 2020 Order, Dkt. 342, Apple moves for leave to file a 5-page Reply Brief in support of its Motion to Continue Trial, Dkt. 341.

Apple requests leave to submit a Reply Brief to correct statements made in Plaintiffs' Response, including unfounded allegations against the credibility of Dr. Haley's opinions and Apple's motives in bringing the motion to continue. The Reply Brief also provides updated information regarding the increase in COVID-19 cases in Harrison County and the surrounding areas in the four days since Apple filed its motion. Given the serious risk to public health and safety presented by COVID-19, and Plaintiffs' incorrect statements in their Response, good cause exists to permit Apple to file the Reply Brief.

Plaintiffs have indicated that they do not oppose this motion provided that Apple does not oppose Plaintiffs filing a sur-reply of the same length as Apple's reply.  Apple has confirmed it would not oppose such a motion by Plaintiffs.

DATED:  July 19, 2020              Respectfully submitted,

By: */s/ Melissa R. Smith*
Mark D. Selwyn (*pro hac vice*)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Joseph Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Mindy Sooter (*pro hac vice*)
mindy.sooter@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone:  (720) 274-3135
Facsimile:  (720) 274-3133

Brittany Blueitt Amadi (*pro hac vice*)
brittany.amadi@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW

Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

Melissa R. Smith State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 19, 2020 a true and correct copy of the above and foregoing document has been served by electronic mail upon all counsel of record.

　　　　　　　　　　　　　　　　　　*/s/ Melissa R. Smith*
　　　　　　　　　　　　　　　　　　Melissa R. Smith