# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, ET AL., | § § § | |
| v. | § § | Case No. 2:19-cv-66- JRG |
| APPLE, INC. | § § | |

## MINUTES FOR FINAL PRETRIAL CONFERENCE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### July 29, 2020

**OPEN: 8:49 a.m.**                                                                 **ADJOURN:   10:46 a.m.**

| ATTORNEYS FOR PLAINTIFFS: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Taylor Mauze<br>Adrienne Dellinger<br>Taylor Fitzner<br>Adam Ahnhut |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| **TIME** | **MINUTES** |
|---|---|
| 8:49 a.m. | Court opened. Mr. Sheasby indicated that the Sealed Patent Document Plaintiffs Proffer Regarding Apple's Failure to Produce Documents Relating to its Licensing Discussions (Dkt. No. 431) should be DENIED AS MOOT. Accordingly, the Court DENIED the motion. |
| 8:54 a.m. | The Court heard argument on Objections to Exhibits.   Mr. Sheasby argued on behalf of Plaintiffs.   Mr. Mueller argued on behalf of Defendant. |
| 9:25 a.m. | **Courtroom sealed.** |
| 9:38 a.m. | **Courtroom unsealed.** |
| | The Court made additional rulings on exhibits in the manner and for the reasons set forth at the hearing. |
| 10:15 a.m. | Recess. |

| TIME | MINUTES |
|---|---|
| 10:32 a.m. | Court reconvened. The Court ruled on the exhibits in the manner and for the reasons set forth at the hearing. |
| 10:46 a.m. | Court adjourned. |