# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC, <br><br>　　　　　　　　Plaintiffs, <br><br>v. <br><br>APPLE INC., <br><br>　　　　　　　　Defendant. | Civil Action No. 2:19-cv-66-JRG <br><br> JURY TRIAL |

**PLAINTIFFS' NOTICE OF NARROWING CLAIMS FOR PURPOSES OF TRIAL**

Plaintiffs hereby provide this notice of narrowing the number of patents and claims to be presented at trial. Plaintiffs have reduced the number of patents from six to five and reduced the number of claims from sixteen to nine.

| Patent | Claims | # of Claims |
|---|---|---|
| U.S. Patent No. 8,019,332 | 6, 7 | 2 |
| U.S. Patent No. 8,385,284 | 1, 14, 27 | 3 |
| U.S. Patent No. 8,411,557 | 1, 10 | 2 |
| U.S. Patent No. 9,001,774 | 6 | 1 |
| U.S. Patent No. 8,102,833 | 8 | 1 |
| **Total** | | 9 |

Dated: July 30, 2020

Respectfully submitted,

*/s/ Jason Sheasby*

Jason Sheasby (pro hac vice)
jsheasby@irell.com
Hong Zhong, PhD
hzhong@irell.com
IRELL & MANELLA LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90064
Phone: (310) 203-7096; Fax: (310) 203-7199

Samuel F. Baxter
Texas State Bar No. 1938000
sbaxter@McKoolSmith.com
Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
McKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, TX 75670
Phone: (903) 923-9000; Fax: (903) 923-9099

Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@McKoolSmith.com
McKOOL SMITH, P.C.
300 W. 6th Street Suite 1700
Austin, TX 78701
Phone: (512) 692-8700; Fax: (512) 692-8744

M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
GRAY REED & MCGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Phone: (214) 954-4135; Fax: (469) 320-6901

**ATTORNEYS FOR PLAINTIFFS OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, AND PANOPTIS PATENT MANAGEMENT, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served via electronic mail on all counsel of record on July 30, 2020.

>/s/ Jason Sheasby
>Jason Sheasby

10864166