**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, ET AL., | § § § | |
| v. | § § § § | Case No. 2:19-cv-66- JRG |
| APPLE, INC. | | |

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY ONE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
AUGUST 3, 2020**

**OPEN: 9:43 a.m.**                                                                                     **ADJOURN:   5:43 p.m.**

| ATTORNEYS FOR PLAINTIFFS: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Taylor Mauze |
| | Adrienne Dellinger |
| | Taylor Fitzner |
| | Adam Ahnhut |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 7:50 a.m. | In chambers conference. |
| 9:43 a.m. | Court opened.   The Court gave preliminary instructions to the jury. |
| 10:00 a.m. | Counsel announced ready for trial and introduced co-counsel. |
| 10:12 a.m. | Members of the venire panel answered nine questions |
| 10:48 a.m. | Voir dire examination by Mr. Baxter on behalf of Plaintiffs. |
| 11:28 a.m. | Voir dire examination by Ms. Smith on behalf of Defendant. |
| 12:11 p.m. | Court and counsel retired to Jury room for bench conference. |
| 12:20 p.m. | Court returned to Jury room. |
| 12:25 p.m. | Court and counsel retired to Jury room for individual voir dire of certain panel members. |
| 12:50 p.m. | Attorneys excused to exercise strikes. |
| 1:20 p.m. | Court reconvened.  Jurors selected, seated and sworn.  Remainder of panel dismissed. |
| 1:43 p.m. | Lunch recess.   Off the record discussions with counsel. |
| 3:47 p.m. | Court reconvened.   Hearing outside the presence of the jury. |
| 3:52 p.m. | Jury returned to the courtroom. |
| 3:55 p.m. | Court's instructions to the Jury. |
| 4:40 p.m. | Opening statement by Mr. Sheasby on behalf of Plaintiffs. |
| 5:08 p.m. | Opening statement by Mr. Mueller on behalf of Defendant. |
| 5:39 p.m. | Court's additional instructions to the Jury.   Reconvene at 8:30 a.m. |
| 5:41 p.m. | Rule invoked by Plaintiffs for fact witnesses only. |
| 5:43 p.m. | Court adjourned. |