## 08/03/2020, 09:00 AM
## 2:19-cv-00066-JRG
## Optis Wireless Technology, LLC et al v. Apple Inc.
## Jury Selection/Trial

**PLEASE PRINT CLEARLY**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Melissa Smith | Apple |
| Joe Mueller | " " |
| Noreen Krall | Apple |
| Andrew Stein | Apple |
| Jason Sheasby | Optis |
| Sam Baxter | " |
| Jennifer Truelove | " |
| Mindy Sooter | Apple |
| Chris McNett | Optis |
| Jonathan Yim | Optis |