**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, ET AL., | § § § | |
| v. | § § | Case No. 2:19-cv-66- JRG |
| APPLE, INC. | § § | |

**MINUTES FOR JURY TRIAL DAY TWO
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
AUGUST 4, 2020**

**OPEN: 8:49 a.m.**                                                                                   **ADJOURN:   6:14 p.m.**

| ATTORNEYS FOR PLAINTIFFS: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Taylor Mauze |
| | Adrienne Dellinger |
| | Taylor Fitzner |
| | Adam Ahnhut |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:49 a.m. | Court opened.  Hearing outside the presence of the Jury. |
| 8:51 a.m. | Jury returned to the courtroom. Direct examination of Brian Blasius by Jason Sheasby. |
| 9:27 a.m. | Cross examination of Brian Blasius by Mr. Mueller. |
| 10:40 a.m. | Recess. |
| 11:03 a.m. | Court reconvened.  Jury returned to the courtroom. Redirect examination of Brian Blasius by Mr. Sheasby. |
| 11:29 a.m. | Recross examination of Brian Blasius by Mr. Mueller. |
| 11:40 a.m. | Redirect of Brian Blasisus by Mr. Sheasby. |
| 11:57 a.m. | Recross examination of Brian Blasius by Mr. Mueller. |
| 11:58 a.m. | Parties passed the witness. |
| 11:59 a.m. | Jury excused for Lunch recess. |
| 12:00 p.m. | Recess to 12:25 p.m. (parties to meet Judge in chambers) |
| 1:03 p.m. | Jury returned to the courtroom.  **Courtroom sealed.** |
| 1:04 p.m. | Direct examination of Mark Mahon, Ph.D. by Mr. Sheasby. |
| 1:20 p.m. | Jury returned to jury room.  Hearing outside the presence of the Jury. |
| 1:22 p.m. | Jury returned to the courtroom. Direct examination of Mark Mahon, Ph.D. continued. |
| 2:24 p.m. | Recess. |
| 2:27 p.m. | **Courtroom unsealed.** |
| 2:43 p.m. | Court reconvened. |
| 2:44 p.m. | Jury returned to the courtroom.  **Courtroom sealed.** Direct examination of Mark Mahon, Ph.D. continued. |
| 3:08 p.m. | Cross examination of Mark Mahon, Ph.D. by Mr. Mueller. |
| 4:02 p.m. | Redirect examination of Mark Mahon, Ph.D. by Mr. Sheasby. |
| 4:07 p.m. | Recross examination of Mark Mahon, Ph.D. by Mr. Mueller. |
| 4:09 p.m. | Parties Courtroom unsealed. |
| 4:10 p.m. | **Courtroom Sealed.**  Video Deposition testimony of Heather Mewes shown. |
| 4:17 p.m. | Off the record. |
| 4:21 p.m. | Video Deposition testimony of Heather Mewes continued. |
| 4:23 p.m. | Video deposition of Cole Stewart shown. |
| 4:36 p.m. | **Courtroom unsealed.**  Recess. |
| 5:00 p.m. | Jury returned to the courtroom.  **Courtroom sealed.**  Direct examination of Vijay Madisetti, Ph.D. by Mr. Pollinger. |
| 6:09 p.m. | Recess.  Jury excused until 8:30 a.m.  **Courtroom unsealed.** |
| 6:11 p.m. | Hearing outside the presence of the Jury.  Exhibits to be read into the record in the morning. Reminder re procedures for disputes. |
| 6:14 p.m. | Court adjourned. |