**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, ET AL., | § § § | |
| v. | § § | Case No. 2:19-cv-66- JRG |
| APPLE, INC. | § § | |

**MINUTES FOR JURY TRIAL DAY THREE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
AUGUST 5, 2020**

**OPEN: 8:45 a.m.**                                                                **ADJOURN:   6:10 p.m.**

| ATTORNEYS FOR PLAINTIFFS: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Taylor Mauze |
| | Adrienne Dellinger |
| | Taylor Fitzner |
| | Adam Ahnhut |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:45 a.m. | Court reconvened.  Exhibits used prior day read into the record by Ms. Schuetz |
| 8:51 a.m. | **Courtroom sealed.**  Jury returned to the courtroom. Direct examination of Vijay Madisetti by Mr. Pollinger |
| 9:49 a.m. | **Courtroom unsealed.**  Cross examination of Vijay Madisetti by Mr. Summersgill. |
| 10:25 a.m. | Recess. |
| 10:43 a.m. | Hearing outside the presence of the Jury. |
| 10:45 a.m. | Jury returned to the courtroom.  Cross examination of Vijay Madisetti by Mr. Summersgill. |
| 11:10 a.m. | Jury excused.  Hearing outside the presence of the jury. |
| 11:15 a.m. | Court reconvened.  Cross examination of Vijay Madisetti by Mr. Summersgill. |
| 11:35 a.m. | Redirect examination of Vijay Madisetti by Mr. Pollinger. |
| 11:41 a.m. | Jury retired to the jury room.  Hearing outside the presence of the Jury. |
| 11:46 a.m. | Jury returned to the courtroom. Court's instructions to the Jury.  Redirect examination of Vijay Madisetti by Mr. Pollinger. |
| 12:05 p.m. | Parties passed the witness.  Jury excused for lunch. |
| 12:06 p.m. | Recess. |
| 1:13 p.m. | Court reconvened.  Hearing outside the presence of the Jury. |
| 1:15 p.m. | Jury returned to the courtroom. Direct examination of Johanna Dwyer by Ms. Petersen. |
| 1:50 p.m. | Cross examination of Johanna Dwyer by Ms. Smith.2 |
| 1:53 p.m. | Jury excused.  Hearing outside the presence of the Jury. |
| 2:02 p.m. | Jury returned to the courtroom. Cross examination of Johanna Dwyer by Ms. Smith. |
| 2:05 p.m. | Redirect examination of Johanna Dwyer by Ms. Petersen. |
| 2:08 p.m. | Recross examination of Johanna Dwyer by Ms. Smith. |
| 2:09 p.m. | Parties passed the witness. |
| 2:10 p.m. | Video deposition of Friedholm Rodermund. |
| 2:20 p.m. | **Courtroom sealed.**  Video deposition of Jayna Whitt. |
| 2:35 p.m. | **Courtroom unsealed.**  Recess. |
| 2:51 p.m. | Court reconvened.  Jury returned to the courtroom. |
| 2:52 p.m. | Direct examination of Rebbecca Reed-Arthurs, Ph.D. by Ms. Truelove. |
| 3:24 p.m. | Cross examination of Rebbecca Reed-Arthurs, Ph.D. by Ms. Smith. |
| 3:53 p.m. | Redirect examination of Rebbecca Reed-Arthurs, Ph.D. by Ms. Truelove. |
| 3:58 p.m. | Recross examination of Rebbecca Reed-Arthurs, Ph.D. by Ms. Smith. |
| 3:59 p.m. | Redirect examination of Rebbecca Reed-Arthurs, Ph.D. by Ms. Truelove.  Parties passed the witness. |
| 4:00 p.m. | Direct examination of David Kennedy, CPA by Mr. Baxter.  **Courtroom sealed.** |
| 4:33 p.m. | **Recess.  Courtroom unsealed** |
| 4:48 p.m. | Court reconvened.  Hearing outside the presence of the Jury. |
| 4:51 p.m. | Jury returned to the courtroom.  **Courtroom sealed.**  Direct examination of David Kennedy, CPA by Mr. Baxter. |
| 5:25 p.m. | Jury excused.  Hearing outside the presence of the Jury. |
| 5:27 p.m. | Jury returned to the courtroom.  Direct examination of David Kennedy, CPA by Mr. Baxter. |

| TIME | MINUTES |
|------|---------|
| 5:29 p.m. | Cross examination of David Kennedy, CPA by Mr. Mueller. |
| 6:07 p.m. | Jury excused until 8:30 a.m. |
| 6:08 p.m. | Reminder re demonstratives and exhibits used during trial. |
| 6:10 p.m. | Court adjourned. |