**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, ET AL., | § § § | |
| v. | § § | Case No. 2:19-cv-66- JRG |
| APPLE, INC. | § § | |

**MINUTES FOR JURY TRIAL DAY FOUR
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
AUGUST 6, 2020**

**OPEN: 8:32 a.m.**                                                                                    **ADJOURN: 5:00 p.m.**

| ATTORNEYS FOR PLAINTIFFS: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Taylor Mauze |
| | Adrienne Dellinger |
| | Taylor Fitzner |
| | Adam Ahnhut |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:32 a.m. | Court reconvened.   Exhibits used prior day read into the record by Ms. Schuetz |
| 8:47 a.m. | **Courtroom sealed.** Cross examination of David Kennedy, CPA by Mr. Mueller. |
| 9:43 a.m. | Redirect examination of David Kennedy, CPA by Mr. Baxter. |
| 9:55 a.m. | Recross examination of David Kennedy, CPA by Mr. Mueller. |
| 9:58 a.m. | Redirect examination of David Kennedy, CPA by Mr. Baxter. |
| 9:59 a.m. | Recross examination of David Kennedy, CPA by Mr. Mueller. |
| 10:00 a.m. | Witness excused.   Plaintiff rests. |
| 10:01 a.m. | **Courtroom unsealed.**   Jury excused for recess. |
| 10:02 a.m. | Hearing outside the presence of the Jury. |
| 10:03 a.m. | Recess. |
| 10:22 a.m. | Court reconvened. |
| 10:23 a.m. | Direct examination of Tony Blevins by Mr. Mueller. |
| 10:54 a.m. | Cross examination of Tony Blevins by Mr. Sheasby. |
| 11:18 a.m. | Jury excused for recess. |
| 11:19 a.m. | Hearing outside the presence of the Jury. |
| 11:24 a.m. | Jury returned to the courtroom.   Cross examination of Tony Blevins by Mr. Sheasby. |
| 11:34 a.m. | **Portion sealed.** |
| 11:35 a.m. | **Courtroom sealed.** |
| 11:42 a.m. | Redirect examination of Tony Blevins by Mr. Mueller. |
| 11:56 a.m. | Recross examination of Tony Blevins by Mr. Sheasby. |
| 11:57 a.m. | Parties passed the witness.   **Courtroom unsealed.**   Jurors excused for lunch. |
| 12:00 p.m. | **Lunch recess.** |
| 1:07 p.m. | Court reconvened.   Jury returned to courtroom. |
| 1:08 p.m. | Direct examination of Kaushik Josiam, Ph.D. by Mr. Summersgill. |
| 1:37 p.m. | **Courtroom sealed.** Direct examination of Kaushik Josiam, Ph.D. by Mr. Summersgill. |
| 2:24 p.m. | Cross examination of Kaushik Josiam, Ph.D. by Mr. Sheasby. |
| 2:42 p.m. | Redirect examination of Kaushik Josiam, Ph.D. by Mr. Summersgill. |
| 2:45 p.m. | Recross examination of Kaushik Josiam, Ph.D. by Mr. Sheasby. |
| 2:46 p.m. | Parties passed the witness. **Courtroom unsealed.** |
| 2:47 p.m. | Recess. |
| 3:04 p.m. | Court reconvened. Hearing outside the presence of the jury. |
| 3:06 p.m. | Direct examination of Mike Buehrer, Ph.D. by Mr. Mueller. |
| 3:43 p.m. | **Courtroom sealed.**   Direct examination of Mike Buehrer, Ph.D. by Mr. Mueller. |
| 3:47 p.m. | **Courtroom unsealed.**   Direct examination of Mike Buehrer, Ph.D. by Mr. Mueller. |
| 4:05 p.m. | Cross examination of Mike Buehrer, Ph.D. by Mr. Sheasby. |
| 4:39 p.m. | Redirect examination of Mike Buehrer, Ph.D. by Mr. Mueller. |
| 4:49 p.m. | Recross examination of Mike Buehrer, Ph.D. by Mr. Sheasby. |
| 4:51 p.m. | Parties passed the witness. |
| 4:52 p.m. | Jury excused until 8:30 a.m. |
| 4:53 p.m. | Court gave time used.   Instructions regarding disputes were given. |
| 5:00 p.m. | Court adjourned. |