**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, ET AL., | § § § | |
| v. | § § | Case No. 2:19-cv-66- JRG |
| APPLE, INC. | § § | |

**MINUTES FOR JURY TRIAL DAY FIVE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
AUGUST 7, 2020**

**OPEN: 8:28 a.m.**                                             **ADJOURN: 4:57 p.m.**

| ATTORNEYS FOR PLAINTIFFS: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Taylor Mauze |
| | Adrienne Dellinger |
| | Taylor Fitzner |
| | Adam Ahnhut |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:28 a.m. | Court reconvened.  Exhibits used prior day read into the record by Ms. Schuetz and Mr. Mueller. |
| 8:31 a.m. | Jury returned to the courtroom. |
| 8:32 a.m. | Direct examination of Jonathan Wells, Ph.D. by Mr. Mueller. |
| 9:26 a.m. | Cross examination of Jonathan Wells, Ph.D. by Mr. Sheasby. |
| 9:37 a.m. | **Courtroom sealed.**  Cross examination of Jonathan Wells, Ph.D. by Mr. Sheasby. |
| 9:40 a.m. | Redirect examination of Jonathan Wells, Ph.D. by Mr. Mueller. |
| 9:45 a.m. | **Courtroom unsealed.**   Parties passed the witness. |
| 9:46 a.m. | Direct examination of Vivek Ramaprasad by Mr. Summersgill. |
| 9:57 a.m. | **Courtroom sealed.**   Direct examination of Vivek Ramaprasad by Mr. Summersgill. |
| 10:01 a.m. | Cross examination of Vivek Ramaprasad by Mr. Sheasby. |
| 10:02 a.m. | **Courtroom unsealed.** Parties passed the witness.   Jury Recess. |
| 10:41 a.m. | Court reconvened. |
| 10:42 a.m. | Direct examination of Mark Lanning by Mr. Summersgill. |
| 11:10 a.m. | **Courtroom sealed.**   Direct examination of Mark Lanning by Mr. Summersgill. |
| 11:49 a.m. | Cross examination of Mark Lanning by Mr. Sheasby. |
| 12:03 p.m. | Redirect examination of Mark Lanning by Mr. Summersgill. |
| 12:06 p.m. | Recross examination of Mark Lanning by Mr. Summersgill. |
| 12:06 p.m. | Redirect examination of Mark Lanning by Mr. Summersgill. |
| 12:07 p.m. | **Courtroom unsealed.**   Jury excused until 1:07 p.m. |
| 12:08 p.m. | Lunch recess. |
| 1:18 p.m. | Court reconvened.   Hearing outside the presence of the Jury |
| 1:20 p.m. | Direct examination of Ray Perryman, Ph.D. by Ms. Smith. |
| 1:37 p.m. | **Courtroom sealed.**   Direct of Ray Perryman, Ph.D. by Ms. Smith. |
| 1:59 p.m. | Jury excused. |
| 2:00 p.m. | Hearing outside the presence of the Jury. |
| 2:03 p.m. | Jury returned to the courtroom. |
| 2:05 p.m. | Direct examination of Ray Perryman, Ph.D. by Ms. Smith. |
| 2:06 p.m. | Cross examination of Ray Perryman, Ph.D. by Mr. Sheasby. |
| 2:39 p.m. | **Courtroom unsealed.**    Richard Misiag Video Deposition shown. |
| 2:43 p.m. | Defendant rests. Recess.   Hearing outside the presence of the Jury. |
| 2:46 p.m. | Recess. |
| 3:17 p.m. | Jury returned to the courtroom.   **Courtroom sealed.** |
| 3:18 p.m. | Direct examination of Vijay Madisetti by Mr. Pollinger. |
| 4:00 p.m. | Cross examination of Vijay Madisetti by Mr. Summersgill. |
| 4:08 p.m. | Direct examination of Mark Mahon, Ph.D. by Mr. Sheasby. |
| 4:35 p.m. | **Courtroom unsealed.   Jury excused.** |
| 4:37 p.m. | Jury returned to the courtroom. |
| 4:38 p.m. | Cross examination of Mark Mahon, Ph.D. by Mr. Mueller. |
| 4:41 p.m. | Redirect examination of Mark Mahon, Ph. D. by Mr. Sheasby. |
| 4:43 p.m. | **Courtroom sealed.** Redirect examination of Mark Mahon, Ph. D. by Mr. Sheasby. |
| 4:47 p.m. | Excerpts of Deposition of Sophie Vrzic excerpt read into the record. |

| TIME | MINUTES |
|---|---|
| 4:49 p.m. | **Courtroom unsealed.**  Plaintiff rests. |
|  | Court excused Jury until Monday, August 10, 2020 by 10:30 a.m. |
|  | Court gave instructions to attorneys re Rule 50 motions, Charge conference and exhibits. |