IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |  |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:19-CV-00066-JRG |

## **<u>VERDICT FORM</u>**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Optis" refers to collectively Optis Wireless Technology, LLC; Optis Cellular Technology, LLC; Unwired Planet, LLC; PanOptis Patent Management, LLC; and Unwired Planet International Limited

- "Apple" refers to Apple Inc.

- The "'332 Patent" refers to U.S. Patent No. 8,019,332

- The "'284 Patent" refers to U.S. Patent No. 8,385,284

- The "'557 Patent" refers to U.S. Patent No. 8,411,557

- The "'774 Patent" refers to U.S. Patent No. 9,001,774

- The "'833 Patent" refers to U.S. Patent No. 8,102,833.

- The "Asserted Claims" refers collectively to Claims 6 and 7 of the '332 Patent; Claims 1, 14, and 27 of the '284 Patent; Claims 1 and 10 of the '557 Patent; Claim 6 of the '774 Patent; and Claim 8 of the '833 Patent.

## IT IS VERY IMPORANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

## READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.

## QUESTION NO. 1:

Did Optis prove by a preponderance of the evidence that Apple infringed **ANY** of the Asserted Claims?

Yes: _Yes_     No: _____

If you answer this question "**NO**" do **NOT** answer any other questions, leave the remaining questions unanswered and go to the final page of the Jury Verdict form.

## QUESTION NO. 2:

Did Apple prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

**Answer "Yes" or "No" for each Asserted Claim listed below:**

        Claim 6 of the '332 Patent    No

        Claim 7 of the '332 Patent    No

        Claim 1 of the '284 Patent    No

        Claim 14 of the '284 Patent    No

        Claim 27 of the '284 Patent    No

        Claim 1 of the '557 Patent    No

        Claim 10 of the '557 Patent    No

        Claim 6 of the '774 Patent    No

        Claim 8 of the '833 Patent    No

**If you answered NO to Question No. 1 OR YES to ALL the Asserted Claims listed in Question No. 2, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed and not invalid.**

## QUESTION NO. 3

Did Optis prove by a preponderance of the evidence that Apple willfully infringed ANY of the Asserted Claims that you found were infringed?

Yes: _Yes_    No: _____

**If you answered NO to Question No. 1 OR YES to ALL the Asserted Claims listed in Question No. 2, then DO NOT answer Question No. 4a or 4b.**

**Answer Question No. 4a and 4b ONLY as to any Asserted Claim that you have found BOTH to be infringed and not invalid.**

## QUESTION NO. 4a:

What sum of money, if any, paid now in cash, has Optis proven by a preponderance of the evidence would compensate Optis for its damages resulting from infringement through the date of trial?

Answer in United States Dollars and Cents, if any:

$ _____506,200,000_____

## QUESTION NO. 4b:

Is the total amount you found in Question No. 4a a lump-sum for past and future sales or a royalty for past sales only?

Check **one** of the following:

**Lump-sum** _____

—OR—

**Royalty for past sales** ✓

8

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _11_ day of August, 2020.

_____
**Jury Foreperson**