# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, ET AL., | § § § | |
| v. | § § § | Case No. 2:19-cv-66- JRG |
| APPLE, INC. | § | |

## MINUTES FOR JURY TRIAL DAY SIX
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
## AUGUST 10, 2020

**OPEN:** 9:55 a.m.                                                          **ADJOURN:** 5:28 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Taylor Mauze |
| | Adrienne Dellinger |
| | Taylor Fitzner |
| | Adam Ahnhut |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:55 a.m. | Exhibits used prior day read into the record. |
| 10:01 a.m. | The Court heard argument on Motions for Judgment as a Matter of Law. |
| | Mr. Wells argued on behalf of Plaintiffs.  Mr. Selwyn argued on behalf of Defendant.  The Court ruled on the Motions as reflected in the record at the hearing. |
| 10:20 a.m. | Informal charge conference to be held at 10:40 a.m. Recess. |
| 2:07 p.m. | Court reconvened.  Formal charge conference. Ms. Glasser argued for Plaintiffs.  Mr. Selwyn argued on behalf of Defendant. |
| 2:30 p.m. | Recess. |
| 2:50 p.m. | Court reconvened.  Court gave instructions to members of the trial teams and visitors in the gallery. |
| 2:53 p.m. | Jury returned to the courtroom.  The Court gave the Court's final instructions to the Jury. |
| 3:52 p.m. | Closing argument by Mr. Baxter on behalf of Plaintiffs. |
| 4:00 p.m. | Closing argument by Mr. Sheasby on behalf of Plaintiffs. |
| 4:16 p.m. | Closing argument by Mr. Mueller on behalf of Defendant. |
| 5:01 p.m. | Rebuttal closing argument by Mr. Sheasby on behalf of Plaintiffs. |
| 5:23 p.m. | Court's final instructions to the jury. |
| 5:28 p.m. | Court adjourned.  Jury to return at 8:30 a.m. to deliberate. |