**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, ET AL., | § § § | |
| v. | § § | Case No. 2:19-cv-66- JRG |
| APPLE, INC. | § § | |

**MINUTES FOR JURY TRIAL DAY SEVEN
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
AUGUST 11, 2020**

**OPEN: 11:10 a.m.**                                                                       **ADJOURN: 1:17 p.m.**

| ATTORNEYS FOR PLAINTIFFS: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Taylor Mauze |
| | Adrienne Dellinger |
| | Taylor Fitzner |
| | Adam Ahnhut |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| **TIME** | **MINUTES** |
|---|---|
| 11:10 a.m. | Jury note received. |
| 11:35 a.m. | Court reconvened re documents requested by the Jury. |
| 11:41 a.m. | Recess. |
| 1:00 p.m. | Court reconvened.  Note received from Jury.  Jury verdict reached. |
| 1:06 p.m. | Jury returned to the courtroom. |
| 1:09 p.m. | The Court read the verdict in open court.  Jurors polled representing a unanimous verdict.  Jurors released. |
| 1:17 p.m. | Jury trial completed.  Court adjourned. |