Case 2:19-cv-00066-JRG   Document 488   Filed 08/12/20   Page 1 of 8 PageID #: 39241

Jury Trial Exhibits of Plaintiffs

United States District Court
Eastern District of Texas

OPTIS WIRELESS TECHNOLOGY, LLC, ET AL

v.

APPLE INC.

**Plaintiffs' Jury Trial Exhibit List**

Case Number: 2:19-CV-00066-JRG

| Presiding Judge<br>Hon. Rodney Gilstrap | Plaintiff's Attorney<br>Sam Baxter/Jason Sheasby/Steven J. Pollinger | Court Reporter<br>Shelly Holmes |
|---|---|---|
| Trial Date(s)<br>8/03/2020 - 8/11/2020 | Defendant's Attorney<br>Melissa Smith/Joseph Mueller/Mark Selwyn | Court Deputy<br>Jan Lockhart |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| PX0002 | | | | 8/4/2020 | U.S. Patent No. 8,019,332 | POAP_00003269 - POAP_00003297 |
| PX0003 | | | | 8/4/2020 | U.S. Patent No. 8,385,284 | POAP_00003315 - POAP_00003340 |
| PX0004 | | | | 8/4/2020 | U.S. Patent No. 8,411,557 | POAP_00003341 - POAP_00003359 |
| PX0005 | | | | 8/4/2020 | U.S. Patent No. 9,001,774 | POAP_00003374 - POAP_00003390 |
| PX0006 | | | | 8/4/2020 | U.S. Patent No. 8,102,833 | POAP_00003298 - POAP_00003314 |
| PX0008 | | | | 8/7/2020 | U.S. Patent No. 8,019,332 File History | POAP_00000179 - POAP_00000680 |
| PX0009 | | | | 8/4/2020 | U.S. Patent No. 8,385,284 File History | POAP_00001118 - POAP_00002016 |
| PX0020 | | | | 8/4/2020 | Demo: Transmission Modes | APL-UPPO_002851597 |
| PX0022 | | | | 8/5/2020 | FDE Presentation | APL-UPPO_002897091 - APL-UPPO_002897280 |
| PX0035 | | | | 8/5/2020 | Spreadsheet - US Sales_Updated Products_Q2FY2013-Q1FY2020 | APL-UPPO_002888459 |
| PX0051 | | | | 8/5/2020 | Spreadsheet - iPhone Pricing | APL-UPPO_002898240 |
| PX0063 | | | | 8/4/2020 | 3GPP TS 36.213 V8.8.0 (2009-09) | APL-UPPO_000007153 - APL-UPPO_000007229 |
| PX0069 | | | | 8/4/2020 | Cetecom Test Report, 8/31/2016 | APL-UPPO_000806811 - APL-UPPO_000808494 |
| PX0071 | | | | 8/4/2020 | Intel Partial Test Report, 3/19/2019 | APL-UPPO_000879508 - APL-UPPO_000880578 |
| PX0076 | | | | 8/5/2020 | J1-J2-J2A Product Brief, 1/9/2012 | APL-UPPO_000511417 - APL-UPPO_000511427 |
| PX0084 | | | | 8/4/2020 | LTE LTX Superblock Specification, IC Design Specification, LTE Modem IP (LTE300), Release xg726es2_rev2.0, 4/10/2013 | 87077DOC023323 - 87077DOC023510 |
| PX0085 | | | | 8/6/2020 | EMAC Functional Specification, LTE UE Protocol Stack Specification, Revision 00.03, 3/11/2015 | 87077DOC000752 - 87077DOC000838 |
| PX0086 | | | | 8/4/2020 | Atlas LTE System Design Document 80-VB236-15 Rev. B, 121/5/2014 | QCOPTISAPPLE00066_0005574 - QCOPTISAPPLE00066_0006771 |
| PX0090 | | | | 8/4/2020 | Qualcomm Source Code | Q1OPWAPP00066SC0001027 - Q1OPWAPP00066SC0001031 |
| PX0091 | | | | 8/4/2020 | Qualcomm Source Code | Q1OPWAPP00066SC0001048 - Q1OPWAPP00066SC0001085 |
| PX0092 | | | | 8/4/2020 | Qualcomm Source Code | Q1OPWAPP00066SC0000377 - Q1OPWAPP00066SC0000386 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| PX0094 | | | | 8/4/2020 | Qualcomm Source Code | Q1OPWAPP00066SC0000399 - Q1OPWAPP00066SC0000403 |
| PX0096 | | | | 8/4/2020 | Qualcomm Source Code | Q1OPWAPP00066SC0000408 - Q1OPWAPP00066SC0000472 |
| PX0113 | | | | 8/4/2020 | Qualcomm Source Code | Q1OPWAPP00066SC0001204 - Q1OPWAPP00066SC0001208 |
| PX0119 | | | | 8/4/2020 | Apple Source Code | see separate listing |
| PX0120 | | | | 8/4/2020 | Apple Source Code | see separate listing |
| PX0123 | | | | 8/6/2020 | Andren, Filip; Optimization of Random Acess in 3G Long Term Evolution, Department of Electrical Engineering, Linkopings universitet, 2009 | POAP_00172665 - POAP_00172773 |
| PX0124 | | | | 8/4/2020 | Dahlman, Erik, et al; 4G LTE/LTE-Advanced for Mobile Broadbank,2011 | POAP_00172774 - POAP_00173204 |
| PX0125 | | | | 8/4/2020 | Khan, Farooq; LTE for 4G Mobile Broadband, Air Interface Technologies and Performance, 2009 | POAP_00173205 - POAP_00173710 |
| PX0126 | | | | 8/4/2020 | iPHone 11 Max Teardown - iFixit, 04/28/2020 | POAP_00173711 - POAP_00173769 |
| PX0128 | | | | 8/4/2020 | Holma, Harri and Toskala, Antti; LTE for UMTS, Evolution to LTE-Advanced, 2d ed., 2011 | POAP_00173787 - POAP_00174345 |
| PX0138 | | | | 8/4/2020 | Sesia, Stefania, et al; LTE - The UMTS Long Term Evolution - From Theory to Practice, 2nd. Ed., 2011 | POAP_00174377 - POAP_00175154 |
| PX0190 | | | | 8/5/2020 | Newsroom: Apple introduces iPhone 5, 9/12/2012 | POAP_00192837 - POAP_00192840 |
| PX0192 | | | | 8/5/2020 | Newsroom: Apple introduces iPhone 7 & iPhone 7 Plus, the best, most advance iPHone ever, 9/7/2018 | POAP_00192845 - POAP_00192853 |
| PX0337 | | | | 8/5/2020 | Press Release: Apple Announces iPhone 6 & iPhone 6 Plus - The Biggest Advancements in iPhone History, 9/9/2014 | POAP_00195622 - POAP_00195625 |
| PX0360 | | | | 8/5/2020 | Diaz, Jesus; Best Reason to Upgrade to iPhone XS? The LTE Speeds, Tom's Guide, 9/18/2018 | POAP_00195839 - POAP_00195846 |
| PX0374 | | | | 8/5/2020 | iPhone Buyer Survey - Apple Market Research & Analysis FY13 Q1 | APL-UPPO_002574296 - APL-UPPO_002574455 |
| PX0387a | | | | 8/5/2020 | Global Patent License Agreement between Qualcomm and Apple, 4/1/2019 | APL-UPPO_000882303 - APL-UPPO_000823646 |
| PX0484a | | | | 8/5/2020 | Settlement and Release Agreement between Qualcomm Inc. and Apple Inc., 4/16/2019 | APL-UPPO_002888507 - APL-UPPO_002888629 |
| PX0494 | | | | 8/5/2020 | Cellular QOS over LTE for FaceTime Audio, 2/20/2019 | APL-UPPO_004112771 - APL-UPPO_004112786 |
| PX0497 | | | | 8/5/2020 | Email from T. Blevins to J. Williams re: Apple dips after report that future iPhone modems could lag rivals, 6/12/2017 | APL-UPPO_004162048 - APL-UPPO_004162050 |
| PX0548a | | | | 8/4/2020 | Letter from T. Miller to B. Sewell re: Optis Cellular and Optis Wireless Patent Portfolios, 1/6/2017 | POAP_00112286 |
| PX0601 | | | | 8/4/2020 | iPhone 11 Pro Max Schematic D42/D43 MLB_TOP_AVUS rev a, 9/7/2019 | APL-UPPO_001576759-APL-UPPO_001576827 |
| PX0935 | | | | 8/5/2020 | 3GPP TS 36.211 V8.2.0 (2008-03) | APL-UPPO_000003513 - APL-UPPO_000003577 |
| PX0937 | | | | 8/5/2020 | 3GPP TS 36.212 V8.0.0 (2007-09) | APL-UPPO_000004725 - APL-UPPO_000004754 |
| PX0940 | | | | 8/5/2020 | 3GPP IS 36.331 V8.7.0 (2009-09) | APL-UPPO_000014376 - APL-UPPO_000014583 |
| PX0982 | | | | 8/4/2020 | Long Term Evolution (LTE/FDD) Air Interface Overview, Qualcomm Internal Presentation, April 28 & 29, 2009 | APL-UPPO_002394742 - APL-UPPO_002394885 |
| PX1002 | | | | 8/4/2020 | Intel X-GOLD Next Generation Mobile Communication Products, X-GOLD 756 LTE Slim Modem PMB 9955 CO CO, 4GCM 4G Cellular Modem, LTX LTE Transceiver Component, Intel Restricted Secret, High-level Architecture Specification Hardware Revision 0.93 Build 1, 2017-07-20 Preliminary, 7/2/2017 | APL-UPPO_002955799 - APL-UPPO_002956099 |
| PX1005 | | | | 8/5/2020 | 3GPP TS 36.321 V8.7.0 (2009-09) | APL-UPPO_004116904 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| PX1009 | | | | 8/5/2020 | IPR Information Statement and Licensing Declaration for Panasonic Corporation, ETSI, 3/16/2010 | POAP_00018181 - POAP_00018191 |
| PX1175 | | | | 8/5/2020 | LTE. Find the iPhone that's right for your country or region., https://wwwapple.com/iphone/LTE/ | POAP_00201636 - POAP_00201686 |
| PX1281 | | | | 8/5/2020 | Apple Keynote iPhone 5 - Special Event September 2012 (Full Transcript), Pangambam S., The Singju Post, https://singjupost.com/apple-keynote-iphone-5-special-event-september-2012-full-transcript/8/, 8/23/2014 | POAP_00206187 - POAP_00206193 |
| PX1282 | | | | 8/5/2020 | Apple Launches New iPad, New iPad Features Retina Display, A5X Chip, 5 Mega pixel iSight Camera & Ultrafast 4G LTE, Newsroom, 3/7/2012 | POAP_00206194 - POAP_00206197 |
| PX1290 | | | | 8/5/2020 | Apple Watch Series 3 Brings Built-In Cellular, Powerful New Health and Fitness Enhancements, Newsroom, 9/12/2017 | POAP_00206247 - POAP_00206258 |
| PX1405 | | | | 8/5/2020 | U.S. LTE Network Infrastructure Spending Forcast, 2013-2018, Market Study, Fourth uarter, 2014 | POAP_00215248 - POAP_00215316 |
| PX1491a | | | | 8/5/2020 | Qualcomm Royalty Reduction PoR | APL-UPPO_002572433 - APL-UPPO_002572451 |
| PX1494 | | | | 8/5/2020 | IPR Information Statement and Licensing Declaration by Samsung | POAP_00050349 - POAP_00050374 |
| PX1525 | | | | 8/4/2020 | IPR Information and Licensing Declaration by Panasonic | POAP_00018192 - POAP_00018202 |
| PX1537a | | | | 8/5/2020 | Cellular SEP Licensing Update | APL-UPPO_002572394 - APL-UPPO_002572403 |
| PX1561 | | | | 8/5/2020 | https://www.apple.com/shop/buy-ipad/ipad-pro | n/a |
| PX1571 | | | | 8/5/2020 | US Patent No. 8,102,833 | POAP_00003298 - POAP_00003314 |
| PX1612 | | | | 8/4/2020 | Email from Watrous to Vogel Re IP Strategy (DTX09352) | APL-UPPO_002572452 - APL-UPPO_002572495 |
| PX1688 | | | | 8/4/2020 | 3GPP TS 36.212 V8.8.0 (2009-12) | APL-UPPO_002581902 - APL-UPPO_002581961 |
| PX1695 | | | | 8/4/2020 | 3GPP TS 36.213 V8.8.0 (2009-09) | APL-UPPO_002581962 - APL-UPPO_002582038 |
| PX1716 | | | | 8/5/2020 | R1-060792 | APL-UPPO_000026360 - APL-UPPO_000026366 |
| PX1720 | | | | 8/5/2020 | R1-061184 | APL-UPPO_000026470 - APL-UPPO_000026482 |
| PX1722 | | | | 8/5/2020 | R1-061766 | APL-UPPO_000026585 - APL-UPPO_000026589 |
| PX1743 | | | | 8/4/2020 | R1-080591 | APL-UPPO_000027862 - APL-UPPO_000027864 |
| PX1754 | | | | 8/5/2020 | R1-081212 | APL-UPPO_000027906 - APL-UPPO_000027912 |
| PX1756 | | | | 8/4/2020 | R1-081289 | APL-UPPO_000027913 - APL-UPPO_000027916 |
| PX1757 | | | | 8/4/2020 | R1-081406 | APL-UPPO_004113343 - APL-UPPO_004113343 |
| PX1758 | | | | 8/4/2020 | R1-081481 | APL-UPPO_000027917 - APL-UPPO_000027919 |
| PX1759 | | | | 8/4/2020 | R1-081504 | APL-UPPO_000027920 - APL-UPPO_000027924 |
| PX1760 | | | | 8/4/2020 | R1-081567 | APL-UPPO_000579529 - APL-UPPO_000579544 |
| PX1768 | | | | 8/5/2020 | R2-062107 | APL-UPPO_000028094 - APL-UPPO_000028099 |
| PX1769 | | | | 8/5/2020 | R2-062456 | APL-UPPO_000028100 - APL-UPPO_000028103 |
| PX1791 | | | | 8/5/2020 | IPR Information Statement and Licensing Declaration by LG Electronics Inc. (ISLD-200904-002) | POAP_00018203 - POAP_00018225 |
| PX1883 | | | | 8/4/2020 | R1-081447 | POAP_00234100 - POAP_00234103 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| PX1893 | | | | 8/4/2020 | ISLD-200812-015 | POAP_00233655 - POAP_00233680 |
| PX1965 | | | | 8/6/2020 | US Patent No. 8116267 | POAP_00236183 - POAP_00236199 |
| PX1990 | | | | 8/4/2020 | R1-080129 | APL-UPPO_000027852 - APL-UPPO_000027854 |
| PX1996 | | | | 8/4/2020 | 3GPP TS 36.521-1 V12.2.0 (2014-06) | APL-UPPO_000811902 - APL-UPPO_000813737 |
| PX1997 | | | | 8/4/2020 | Partial Test Report for A1778 | APL-UPPO_000864856 - APL-UPPO_000865007 |
| PX2000 | | | | 8/4/2020 | Partial Test Report for A1897 | APL-UPPO_000867836 - APL-UPPO_000868057 |
| PX2002 | | | | 8/4/2020 | Partial Test Report for A1920 | APL-UPPO_000870027 - APL-UPPO_000871090 |
| PX2003 | | | | 8/4/2020 | Partial Test Report for A1921 | APL-UPPO_000871551 - APL-UPPO_000872614 |
| PX2004 | | | | 8/4/2020 | Partial Test Report for A1984 | APL-UPPO_000873379 - APL-UPPO_000874447 |
| PX2005 | | | | 8/4/2020 | Partial Test Report for A2014 | APL-UPPO_000874946 - APL-UPPO_000875110 |
| PX2006 | | | | 8/4/2020 | Partial Test Report for A2013 | APL-UPPO_000875111 - APL-UPPO_000875273 |
| PX2007 | | | | 8/4/2020 | Partial Test Report for A2013 | APL-UPPO_000875439 - APL-UPPO_000876503 |
| PX2008 | | | | 8/4/2020 | Partial Test Report for A2014 | APL-UPPO_000876707 - APL-UPPO_000877770 |
| PX2010 | | | | 8/4/2020 | Partial Test Report for A2126 | APL-UPPO_000880874 - APL-UPPO_000881945 |
| PX2013 | | | | 8/4/2020 | Partial Test Results from A1864 | APL-UPPO_002577405 - APL-UPPO_002579155 |
| PX2014 | | | | 8/4/2020 | Partial Test Result from A1975 | APL-UPPO_002580493 - APL-UPPO_002581420 |
| PX2015 | | | | 8/5/2020 | 3GPP TS 36.201 V8.3.0 (2009-03) | APL-UPPO_002581806 - APL-UPPO_002581818 |
| PX2052 | | | | 8/4/2020 | LTE TRD Paper | OPTIS_SUBPOENA_TMUSA_000032- OPTIS_SUBPOENA_TMUSA_000059 |
| PX2064 | | | | 8/4/2020 | 3GPP TS 36.211 v8.9.0 (2009-12) | POAP_00176207 - POAP_00176289 |
| PX2074 | | | | 8/4/2020 | 3GPP TS 36.523-1 V8.5.0 (2010-03) | POAP_00187913 - POAP_00189360 |
| PX2086 | | | | 8/5/2020 | https://www.apple.com/shop/buy-iphone/iphone-xr | POAP_00190137 - POAP_00190140 |
| PX2105 | | | | 8/4/2020 | Lee et al., Performance Analysis of LTE-Advanced System in the Downlink Spatial Channel Model, 2009 IEEE International Conference on Network Infrastructure and Digital Content | POAP_00192750 - POAP_00192752 |
| PX2109 | | | | 8/4/2020 | R1-074285 | POAP_00192783 - POAP_00192787 |
| PX2129 | | | | 8/4/2020 | https://www.apple.com/iphone/LTE/ | POAP_00229321 - POAP_00229371 |
| PX2134 | | | | 8/4/2020 | https://www.techinsights.com/blog/apple-iphone-11-pro-max-teardown | POAP_00229432 - POAP_00229449 |
| PX2142 | | | | 8/4/2020 | 3GPP TS 36.212 V8.8.0 (2009-12) | APL-UPPO_000005217 - APL-UPPO_000005276 |
| PX2214 | | | | 8/4/2020 | Ahmadi, "LTE-Advanced: A Practical Systems Approach to Understanding the 3GPP LTE Releases 10 and 11 Radio Access Technologies" | POAP_00171534 - POAP_00172655 |
| PX2308 | | | | 8/4/2020 | R1-080267, "PUSCH multiplexing of data, control, and ACK/NACK information" | APL-UPPO_002587570 - APL-UPPO_002587588 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | BATES RANGE |
|---|---|---|---|---|---|---|
| PX2329 | | | | 8/4/2020 | Sprint/D2x/Voice/log-bb-2017-03-21-13-23-24-527-diag | APL-UPPO_002957529 |
| PX2332 | | | | 8/4/2020 | ATT/D1x/Data/log-bb-2017-03-23-14-27-03-597-diag | APL-UPPO_002957532 |
| PX2333 | | | | 8/4/2020 | ATT/D1x/Data/log-bb-2017-03-23-14-28-31-724-diag | APL-UPPO_002957533 |
| PX2334 | | | | 8/4/2020 | ATT/D2x/Voice/log-bb-2017-04-17-12-05-30-155-diag | APL-UPPO_002957534 |
| PX2335 | | | | 8/4/2020 | ATT/D2x/Voice/log-bb-2017-04-17-12-00-53-951-diag | APL-UPPO_002957535 |
| PX2336 | | | | 8/4/2020 | ATT/D1x/Voice/log-bb-2017-04-17-12-02-29-456-diag | APL-UPPO_002957536 |
| PX2337 | | | | 8/4/2020 | ATT/D1x/Voice/log-bb-2017-04-17-12-22-01-999-diag | APL-UPPO_002957537 |
| PX2338 | | | | 8/4/2020 | TMO/D1X/Voice/log-bb-2017-04-20-10-44-22-536-diag | APL-UPPO_002957538 |
| PX2339 | | | | 8/4/2020 | TMO/D2X /Voice/log-bb-2017-04-20-10-44-12-370-diag | APL-UPPO_002957539 |
| PX2341 | | | | 8/4/2020 | ATT/D2x/Data/log-bb-2017-04-26-12-33-51-913-diag | APL-UPPO_002957541 |
| PX2343 | | | | 8/4/2020 | Sprint/D2x/Data/log-bb-2017-05-25-12-55-54-418-diag | APL-UPPO_002957543 |
| PX2348 | | | | 8/4/2020 | VZW/D2x/Data/log-bb-2018-07-19-19-56-35-699-diag | APL-UPPO_002957548 |
| PX2349 | | | | 8/4/2020 | VZW/D2x/Data/log-bb-2018-07-19-19-59-25-742-diag | APL-UPPO_002957549 |
| PX2355 | | | | 8/4/2020 | /Wi-LAN_Radar-Sample Log files_20180124/2_enclosures/ATT_2017.dlf | APL-UPPO_002998306 |
| PX2358 | | | | 8/4/2020 | /Wi-LAN_Radar-Sample Log files_20180124/2_enclosures/TMO_2016.dlf | APL-UPPO_002998309 |
| PX2362 | | | | 8/4/2020 | /Wi-LAN_Radar-Sample Log files_20180124/2_enclosures/Sprint_2015.dlf | APL-UPPO_002998313 |
| PX2366 | | | | 8/4/2020 | VZW.zip/VZW/Data_CA_DNCA66058/Text_Converted.txt | APL-UPPO_003005290 |
| PX2367 | | | | 8/4/2020 | 2.zip/AT&T/VOLTE_DOHI12518/Text_Converted.txt | APL-UPPO_003005291 |
| PX2535 | | | | 8/4/2020 | Apple Website, iPhone X - Technical Specifications | POAP_00241464 - POAP_00241471 |
| PX2551 | | | | 8/4/2020 | Innography - US8019332 B2 | POAP_000238788 - POAP_000238790 |
| PX2552 | | | | 8/4/2020 | Innography - US8102833 B2 | POAP_000238791 - POAP_000238792 |
| PX2553 | | | | 8/4/2020 | Innography - US8385284 B2 | POAP_000238793 - POAP_000238796 |
| PX2554 | | | | 8/4/2020 | Innography - US8411557 B2 | POAP_000238799 - POAP_000238801 |
| PX2555 | | | | 8/4/2020 | Innography - US9001774 B2 | POAP_000238797 - POAP_000238798 |
| PX2735 | | | | 8/4/2020 | Apple Inc.'s Thirteenth Supplemental Response to Plaintiffs' First Set of Interrogatories, 4/22/2020 | |
| PX2821 | | | | 8/5/2020 | Reed-Arthurs Report, Attachment C, Screen Shots of Survey | |
| PX2822 | | | | 8/5/2020 | Reed-Arthurs Report, Attachment D, Notes Focus Group - December 27, 2019 | |
| PX2855 | | | | 8/4/2020 | Expert Report of Mr. Claude Royer, 5/6/2020 | |
| PX5107 | | | | 8/4/2020 | iPhone 11 - Technical Specifications [804] | POAP_00245691 - POAP_00245697 |
| PX5137 | | | | 8/5/2020 | Apple Watch Series 5 - Compare Models - Apple | POAP_00245874 - POAP_00245874 |
| PX5262 | | | | 8/4/2020 | 02/01/2017 Patent Assignment from Samsung to Unwired Planet International Limited re '154 and '774 | POAP_00010812 - POAP_00010819 |
| PX5263 | | | | 8/4/2020 | 02/23/2014 Patent Assignment from LG to Optis Cellular Technology, LLC re '833 and '332 | POAP_00011220 - POAP_00011251 |
| PX5265 | | | | 8/4/2020 | 02/23/2014 Patent Assignment from Panasonic to Optis Wireless Technology, LLC re '557 and '284 | POAP_00011252 - POAP_00011321 |
| PX5278 | | | | 8/5/2020 | Updated Kennedy Report, Exhibit 1E | |
| PX5279a | | | | 8/5/2020 | Updated Kennedy Report, Exhibit 2 | |
| PX5280a | | | | 8/5/2020 | Updated Kennedy Report, Exhibit 3 | |
| PX5281a | | | | 8/5/2020 | Updated Kennedy Report, Exhibit 4 | |
| PX5283 | | | | 8/5/2020 | Updated Kennedy Report, Exhibit 6 | |
| PX5284 | | | | 8/5/2020 | Updated Kennedy Report, Exhibit 7 | |
| PX5285 | | | | 8/5/2020 | Updated Kennedy Report, Exhibit 8 | |
| PX5286 | | | | 8/5/2020 | Updated Kennedy Report, Exhibit 9 | |
| PX5288 | | | | 8/5/2020 | Updated Kennedy Report, Exhibit 11A | |
| PX5293 | | | | 8/5/2020 | Updated Kennedy Report, Exhibit 15A | |
| PX5294 | | | | 8/5/2020 | Updated Kennedy Report, Exhibit 15B | |
| PX5301 | | | | 8/5/2020 | Updated Kennedy Report, Exhibit 22A | |

**PX0119**

| PX # | BATES RANGE | SOURCE |
|---|---|---|
| 119a | APL-UPPO-SC - A_000001 - APL-UPPO-SC - A_000003 | Mahon |
| 119b | APL-UPPO-SC - A_000008 - APL-UPPO-SC - A_000011 | Mahon |
| 119c | APL-UPPO-SC - A_000063 | Mahon |
| 119d | APL-UPPO-SC - A_000261 - APL-UPPO-SC - A_000275 | Madisetti |
| 119e | APL-UPPO-SC - A_000417 | Madisetti |
| 119f | APL-UPPO-SC - A_000419 | Madisetti |
| 119g | APL-UPPO-SC - A_000422 - APL-UPPO-SC - A_000424 | Madisetti |
| 119h | APL-UPPO-SC - A_000425 - APL-UPPO-SC - A_000434 | Madisetti |
| 119i | APL-UPPO-SC - A_000435 - APL-UPPO-SC - A_000442 | Madisetti |
| 119j | APL-UPPO-SC - A_000478 | Madisetti |
| 119k | APL-UPPO-SC - A_000563 - APL-UPPO-SC - A_000565 | Madisetti |
| 119l | APL-UPPO-SC - A_000586 - APL-UPPO-SC - A_000588 | Mahon |
| 119m | APL-UPPO-SC - A_000589 - APL-UPPO-SC - A_000596 | Mahon |
| 119n | APL-UPPO-SC - A_000597 | Mahon |
| 119o | APL-UPPO-SC - A_000603 - APL-UPPO-SC - A_000607 | Mahon |
| 119p | APL-UPPO-SC - A_000665 - APL-UPPO-SC - A_000669 | Madisetti |

**PX0120**

| PX # | BATES RANGE | SOURCE |
|---|---|---|
| 120a | APL-UPPO-SC-B_000017 - APL-UPPO-SC-B_000019 | Madisetti |
| 120b | APL-UPPO-SC-B_000022 | Madisetti |
| 120c | APL-UPPO-SC-B_000023 | Madisetti |
| 120d | APL-UPPO-SC-B_000024 | Madisetti |
| 120e | APL-UPPO-SC-B_000025 | Madisetti |
| 120f | APL-UPPO-SC-B_000033 - APL-UPPO-SC-B_000035 | Madisetti |
| 120g | APL-UPPO-SC-B_000042 - APL-UPPO-SC-B_000043 | Madisetti |
| 120h | APL-UPPO-SC-B_000044 - APL-UPPO-SC-B_000045 | Madisetti |
| 120i | APL-UPPO-SC-B_000080 - APL-UPPO-SC-B_000083 | Madisetti |
| 120j | APL-UPPO-SC-B_000336 - APL-UPPO-SC-B_000337 | Mahon |
| 120k | APL-UPPO-SC-B_000415 - APL-UPPO-SC-B_000428 | Mahon |
| 120l | APL-UPPO-SC-B_000541 | Madisetti |
| 120m | APL-UPPO-SC-B_000544 | Madisetti |
| 120n | APL-UPPO-SC-B_000545 | Madisetti |
| 120o | APL-UPPO-SC-B_000547 - APL-UPPO-SC-B_000569 | Madisetti |
| 120p | APL-UPPO-SC-B_000578 | Madisetti |
| 120q | APL-UPPO-SC-B_000592 - APL-UPPO-SC-B_000594 | Madisetti |
| 120r | APL-UPPO-SC-B_000595 - APL-UPPO-SC-B_000597 | Madisetti |
| 120s | APL-UPPO-SC-B_000601 - APL-UPPO-SC-B_000613 | Madisetti |
| 120t | APL-UPPO-SC-B_000769 | Madisetti |
| 120u | APL-UPPO-SC-B_000775 - APL-UPPO-SC-B_000776 | Madisetti |
| 120v | APL-UPPO-SC-B_000780 - APL-UPPO-SC-B_000793 | Madisetti |
| 120w | APL-UPPO-SC-B_000794 - APL-UPPO-SC-B_000795 | Madisetti |
| 120x | APL-UPPO-SC-B_000796 - APL-UPPO-SC-B_000798 | Madisetti |
| 120y | APL-UPPO-SC-B_000951 - APL-UPPO-SC-B_000953 | Mahon |

**PX0120**

| PX # | BATES RANGE | SOURCE |
|---|---|---|
| 120z | APL-UPPO-SC-B_000965 - APL-UPPO-SC-B_000966 | Mahon |
| 120aa | APL-UPPO-SC-B_000977 - APL-UPPO-SC-B_000980 | Mahon |
| 120ab | APL-UPPO-SC-B_000996 | Mahon |
| 120ac | APL-UPPO-SC-B_001144 | Mahon |
| 120ad | APL-UPPO-SC-B_001148 | Mahon |
| 120ae | APL-UPPO-SC-B_001160 | Mahon |
| 120af | APL-UPPO-SC-B_001161 | Mahon |
| 120ag | APL-UPPO-SC-B_001162 | Mahon |
| 120ah | APL-UPPO-SC-B_001165 | Mahon |
| 120ai | APL-UPPO-SC-B_001166 - APL-UPPO-SC-B_001168 | Mahon |
| 120aj | APL-UPPO-SC-B_001169 | Mahon |
| 120ak | APL-UPPO-SC-B_001170 | Mahon |
| 120al | APL-UPPO-SC-B_001173 - APL-UPPO-SC-B_001182 | Mahon |
| 120am | APL-UPPO-SC-B_001374 - APL-UPPO-SC-B_001405 | Mahon |
| 120an | APL-UPPO-SC-B_001444 - APL-UPPO-SC-B_001447 | Mahon |
| 120ao | APL-UPPO-SC-B_001458 - APL-UPPO-SC-B_001567 | Madisetti |
| 120ap | APL-UPPO-SC-B_001468 - APL-UPPO-SC-B_001487 | Madisetti |
| 120aq | APL-UPPO-SC-B_001511 - APL-UPPO-SC-B_001526 | Madisetti |
| 120ar | APL-UPPO-SC-B_001668 - APL-UPPO-SC-B_001675 | Mahon |