08:10:10

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       MARSHALL DIVISION

 3
    OPTIS WIRELESS TECHNOLOGY,    )(  CIVIL ACTION NO.
 4  LLC, OPTIS CELLULAR           )(  2:19-CV-66-JRG
    TECHNOLOGY, LLC, PANOPTIS     )(
 5  PATENT MANAGEMENT, LLC,       )(
    UNWIRED PLANET, LLC, UNWIRED   )(
 6  PLANET INTERNATIONAL LIMITED, )(
         PLAINTIFFS,              )(
 7                                )(
    VS.                           )(
 8                                )(  MARSHALL, TEXAS
                                  )(  AUGUST 4, 2020
 9  APPLE INC.,                   )(  8:50 A.M.
         DEFENDANTS.              )(

10

11               TRANSCRIPT OF JURY TRIAL

12                  MORNING SESSION

13       BEFORE THE HONORABLE JUDGE RODNEY GILSTRAP

14           UNITED STATES CHIEF DISTRICT JUDGE

15
    APPEARANCES:
16

17  FOR THE PLAINTIFFS:

18
    MR. SAMUEL F. BAXTER
19  MS. JENNIFER TRUELOVE
    MCKOOL SMITH, P.C.
20  104 E. Houston Street
    Suite 300
21  Marshall, TX 75670

22
    MR. JASON G. SHEASBY
23  MS. ANNITA ZHONG
    IRELL & MANELLA LLP
24  1800 Avenue of the Stars
    Suite 900
25  Los Angeles, CA 90067
```

```
 1   FOR THE PLAINTIFFS:

 2
     MR. STEVEN J. POLLINGER
 3   MR. SETH R. HASENOUR
     MCKOOL SMITH, P.C.
 4   300 W. 6th Street
     Suite 1700
 5   Austin, TX 78701

 6
     MR. JONATHAN YIM
 7   MCKOOL SMITH, P.C.
     One Manhattan West
 8   395 9th Avenue
     50th Floor
 9   New York, NY 10001

10
     MR. CHRISTOPHER P. MCNETT
11   MCKOOL SMITH, P.C.
     1999 K Street, NW
12   Suite 600
     Washington, DC 20006
13

14   MS. INGRID PETERSEN
     MS. KELSEY SCHUETZ
15   IRELL & MANELLA LLP
     840 Newport Center Drive
16   Suite 400
     Newport Beach, CA 92660
17

18   FOR THE DEFENDANT:

19
     MR. JOSEPH J. MUELLER
20   WILMER CUTLER PICKERING
     HALE & DORR, LLP
21   60 State Street
     Boston, MA 02109
22

23   MR. MICHAEL J. SUMMERSGILL
     WILMER CUTLER PICKERING
24   HALE & DORR, LLP
     60 State Street
25   Boston, MA 02109
```

1    FOR THE DEFENDANT:

2

     MS. MELISSA R. SMITH
3    GILLAM & SMITH, LLP
     303 South Washington Avenue
4    Marshall, TX 75670

5

6

7

8    COURT REPORTER:      Ms. Shelly Holmes, CSR, TCRR
                          Official Court Reporter
9                         United States District Court
                          Eastern District of Texas
10                        Marshall Division
                          100 E. Houston
11                        Marshall, Texas  75670
                          (903) 923-7464
12

13
     (Proceedings recorded by mechanical stenography, transcript
14   produced on a CAT system.)

15

16

17

18

19

20

21

22

23

24

25

```
08:47:13   1                    P R O C E E D I N G S
08:47:13   2              (Jury out.)
08:47:39   3              COURT SECURITY OFFICER:  All rise.
08:47:39   4              THE COURT:  Be seated, please.
08:50:01   5              All right.  Counsel, are we prepared to bring in
08:50:16   6    the jury and begin with the Plaintiffs' first witness in
08:50:19   7    their case-in-chief?
08:50:20   8              MR. SHEASBY:  Yes, Your Honor.
08:50:23   9              THE COURT:  All right.  Then let's bring in the
08:50:27  10    jury, please.
08:50:39  11              (Jury in.)
08:50:54  12              THE COURT:  Welcome back, ladies and gentlemen.
08:50:59  13    Please have a seat.
08:51:00  14              As I told you at the end of yesterday, we would
08:51:05  15    proceed this morning with the Plaintiffs' case-in-chief.
08:51:07  16              So with that, Plaintiff, call your first witness.
08:51:09  17              MR. SHEASBY:  Your Honor, Plaintiffs call the
08:51:11  18    president and CEO of PanOptis, Brian Blasius.
08:51:14  19              THE COURT:  All right.  Mr. Blasius, if you'll
08:51:16  20    come forward, our courtroom deputy, Ms. Lockhart, will
08:51:20  21    administer the oath to you.
08:51:22  22              (Witness sworn.)
08:51:23  23              THE COURT:  If you'll come around, sir, have a
08:51:35  24    seat here at the witness stand.
08:51:37  25              All right.  Mr. Sheasby, you may proceed with your
```

08:51:54    1   direct examination.

08:51:54    2          BRIAN BLASIUS, PLAINTIFFS' WITNESS, SWORN

08:51:54    3                     DIRECT EXAMINATION

08:51:55    4   BY MR. SHEASBY:

08:51:55    5   Q.  Good morning, Mr. Blasius.

08:51:57    6   A.  Good morning.

08:51:58    7   Q.  Mr. Blasius, can you describe what your position is?

08:52:03    8   A.  Yes.  I am president and CEO of PanOptis.

08:52:08    9   Q.  Mr. Blasius, does PanOptis hold patents that were

08:52:12   10   invented by LG, Panasonic, and Samsung?

08:52:15   11   A.  Yes, we do.

08:52:16   12   Q.  Does -- does PanOptis have an ongoing obligation to

08:52:21   13   share revenue with those companies?

08:52:22   14   A.  Yes, we do.

08:52:23   15   Q.  Can you tell us the role that LG, Panasonic, Ericsson,

08:52:28   16   and Samsung played in the creation of the cellular networks

08:52:33   17   and, in specific, 4G/LTE?

08:52:37   18   A.  Yes.  All three of those companies were very

08:52:41   19   instrumental in creating the modern cellular communications

08:52:45   20   network we know today as 4G.  They invested a lot of

08:52:48   21   research and development and sent a lot of engineers to

08:52:52   22   help build the standard, which is what we know of as LTE.

08:52:56   23   Q.  We mentioned LG and Panasonic.  Can you explain briefly

08:53:03   24   the history of how Samsung patents came to be part of

08:53:08   25   PanOptis?

08:53:08  1    A.  Yes.  Samsung had approached PanOptis about acquiring a

08:53:13  2    company called Unwired Planet.  As part of that

08:53:19  3    transaction, Samsung took a license to all of our patents,

08:53:22  4    paid us a license fee for the use of those patents, and

08:53:25  5    then actually transferred a number of patents to our

08:53:27  6    program.

08:53:27  7    Q.  Now, you said two things.  First, you said license.

08:53:32  8    What is a patent license?

08:53:33  9    A.  A patent -- a patent is a property right much like a

08:53:40  10   house or a car.  If you think about when you use a property

08:53:43  11   right of somebody else, you actually have to pay a fee.  In

08:53:47  12   this case, a license is a payment for that use of the

08:53:53  13   asset or use of the property right.

08:53:55  14   Q.  How can PanOptis hold the patents that are invented by

08:53:59  15   other companies?

08:54:00  16   A.  Again, as I've said, a patent is a property right.  You

08:54:03  17   can think of it as a mineral right or a land right.  It can

08:54:07  18   be transferred to others, and then the other subsequent

08:54:11  19   owner can improve it or decide what they want to do with

08:54:14  20   it.

08:54:14  21   Q.  And, in this case, if there's an improvement, do you

08:54:16  22   have to share in the value of that improvement with LG and

08:54:19  23   Panasonic?

08:54:20  24   A.  Yes, we do.

08:54:21  25   Q.  Now, are there other companies that have the same

| | | |
|---|---|---|
| 08:54:25 | 1 | structure as PanOptis? |
| 08:54:27 | 2 | A.  Yes, there are a number of companies that are |
| 08:54:30 | 3 | structured like we are.  There's companies like Via |
| 08:54:34 | 4 | Licensing and MPEG LA who all contribute -- or actually |
| 08:54:39 | 5 | aggregate a number of patents and very important |
| 08:54:42 | 6 | technologies and make those available for license to people |
| 08:54:46 | 7 | in the industry. |
| 08:54:47 | 8 | Q.  Does Apple use these structures? |
| 08:54:49 | 9 | A.  Yes, Apple actually licenses some of its patents |
| 08:54:53 | 10 | through MPEG LA. |
| 08:54:54 | 11 | Q.  Has Apple invested in a company like PanOptis before? |
| 08:54:59 | 12 | MR. MUELLER:  Objection. |
| 08:55:00 | 13 | THE COURT:  State your objection. |
| 08:55:01 | 14 | MR. MUELLER:  Relevance, lack of foundation. |
| 08:55:19 | 15 | MR. SHEASBY:  I'm happy to respond. |
| 08:55:20 | 16 | THE COURT:  The relevance is overruled.  The lack |
| 08:55:23 | 17 | of foundation, I don't know what's within or without this |
| 08:55:27 | 18 | gentleman's personal knowledge.  I'll overrule it at this |
| 08:55:31 | 19 | time, but if it needs to be raised again it, certainly can |
| 08:55:34 | 20 | be. |
| 08:55:34 | 21 | MR. MUELLER:  Thank you, Your Honor. |
| 08:55:35 | 22 | Q.  (By Mr. Sheasby)  Mr. Blasius, how long have you spent |
| 08:55:37 | 23 | in the LTE licensing industry? |
| 08:55:38 | 24 | A.  I've been in the licensing industry for 20 years. |
| 08:55:41 | 25 | Q.  Are you familiar with structures that Apple has used in |

08:55:44   1   the past in the industry?

08:55:45   2   A.  Yes, I am.

08:55:45   3   Q.  Has Apple invested in companies that have the same

08:55:49   4   structure as PanOptis before?

08:55:50   5   A.  Yes, it has.

08:55:50   6   Q.  Can you give me one example of that?

08:55:52   7   A.  A company called Rockstar.

08:55:54   8   Q.  And what did Apple do to create that company?

08:55:57   9   A.  Apple got together with a number of other companies and

08:56:01   10  formed a consortium to acquire a number of patents from

08:56:04   11  Nortel.  As part of that transaction, they ended up

08:56:09   12  creating the company Rockstar, who then went ahead and

08:56:12   13  licensed those patents to the industry.

08:56:14   14  Q.  Is there anything uncommon, in your experience, about

08:56:17   15  the structure used by PanOptis?

08:56:18   16  A.  No.

08:56:18   17  Q.  Apple has used the same structure in the past to make

08:56:22   18  revenue; is that fair?

08:56:24   19          MR. MUELLER:  Objection, leading.

08:56:25   20          THE COURT:  Sustained.

08:56:26   21  Q.  (By Mr. Sheasby)  Do you have an understanding of where

08:56:28   22  Apple has used this same structure in the past in its

08:56:31   23  relationship to revenue?

08:56:32   24  A.  Yes.

08:56:33   25  Q.  What's your understanding?

08:56:37   1   A.  My understanding is that in this case, Apple has

08:56:40   2   invested in a company like Rockstar and has actually

08:56:45   3   received benefit from the royalties that were generated

08:56:50   4   from that company.

08:56:52   5        MR. SHEASBY:  If we could have PDX-9.4, Mr. Huynh.

08:56:58   6   Q.  (By Mr. Sheasby)  Mr. Blasius, are you an expert in LTE

08:57:03   7   technology?

08:57:03   8   A.  No, I am not.

08:57:04   9   Q.  Do you have a basic, from a business standpoint,

08:57:10  10   understanding of the history of wireless technology?

08:57:12  11   A.  Yes.

08:57:12  12   Q.  Can you give us the history of wireless technology as

08:57:15  13   you understand it?

08:57:16  14   A.  Sure.  In -- in the early '80s, the first generation of

08:57:21  15   technology was launched.  It was actually Motorola was the

08:57:23  16   company that launched the first commercial mobile phone.

08:57:27  17   That was the first generation 2G.

08:57:31  18        2G came along in the '90s, and things had advanced

08:57:36  19   where companies were able to use next generation

08:57:41  20   technologies.

08:57:44  21        In the 2000s, 3G came around, and companies

08:57:48  22   started to recognize that the need for data was going to be

08:57:51  23   vastly important.  There was going to be a lot of massive

08:57:54  24   amounts of data transmitted across cellular networks.

08:57:58  25        A group of the companies had gotten together in

08:58:01  1   the middle of the 2000s to try to formulate what they could

08:58:06  2   envision at the time, is to be the best network that they

08:58:09  3   could build to address this massive amount of data that was

08:58:12  4   going to be transmitted across the networks.

08:58:15  5         And, as you can see, when 4G was launched, that's

08:58:19  6   right at the time that the smartphone revolution and

08:58:22  7   explosion started to occur, and the data needs across the

08:58:28  8   network greatly increased.

08:58:32  9         MR. SHEASBY:  We're having a technical issue.

08:58:37  10        Mr. Huynh, can you -- can you go back to 9.4,

08:58:41  11  please -- 9.2?

08:58:42  12  Q.  (By Mr. Sheasby)  I'll re-ask the question.

08:58:45  13        You were stating that the needs of data increased

08:58:48  14  at a particular point in time; is that correct, sir?

08:58:52  15  A.  Yes, the -- the need for data increase came along with

08:58:56  16  the launch of 4G technical -- the 4G/LTE networks.

08:59:00  17  Q.  Now, why was there such a need for data at the time of

08:59:03  18  the launch of the 4G/LTE networks?

08:59:06  19  A.  Companies recognized that there was going to be a use

08:59:09  20  of a lot of type -- a lot of types of technologies of what

08:59:14  21  we used today.  Think about downloading content on YouTube

08:59:21  22  or downloading Netflix, streaming Netflix, sharing

08:59:26  23  pictures, using FaceTime or other types of video sharing,

08:59:31  24  that all was going to demand high speed data networks to be

08:59:31  25  able to communicate between the devices and the base

08:59:37  1  stations or towers.

08:59:37  2  Q.  Are you familiar with the smartphone industry?

08:59:40  3  A.  Yes, I am.

08:59:41  4  Q.  How did the relationship between consumption of data

08:59:44  5  and the introduction of smartphones relate, if at all?

08:59:47  6  A.  It was -- the consumption of data was -- it was a huge

08:59:56  7  important -- it was -- it was a huge important need for

09:00:02  8  companies to be able to address it.

09:00:03  9       If you look at what we do today, there's 43

09:00:06  10  billion megabytes that are transmitted across cellular

09:00:10  11  networks.  That's a huge amount of data, and that's each

09:00:14  12  and every day.

09:00:15  13  Q.  When did Apple launch its first smartphone in this

09:00:22  14  history?

09:00:22  15  A.  It launched their first LTE smartphone in 2012.

09:00:30  16  Q.  When did it launch its first smartphone generally?

09:00:32  17  A.  Its first smartphone was in 2007.  It was a 2G device.

09:00:37  18  Q.  So in 2007, Apple launched a 2G device, correct?

09:00:42  19  A.  Correct.

09:00:42  20  Q.  What were Panasonic, Samsung, and LG doing in 2007

09:00:47  21  vis-a-vis LTE?

09:00:48  22  A.  In -- in around that timeframe is when Samsung,

09:00:53  23  Panasonic, and LG were heavily invested in developing the

09:00:58  24  4G networks that we all know and appreciate today.

09:01:00  25  Q.  Now, 4G has been referred to as a standard.  Can you

09:01:06    1   explain what a standard is from a business standpoint?

09:01:09    2   A.   Yes.   A standard is literally a set of rules in how a

09:01:15    3   device must operate effectively and efficiently so it can

09:01:21    4   communicate with other types of devices.

09:01:23    5        I think yesterday, we heard about a description

09:01:27    6   where we all own different types of devices; we have a

09:01:30    7   Samsung device, we have an LG device, we have an Apple

09:01:33    8   device.   These all need to be able to communicate together

09:01:37    9   in a common way.   So we have a -- what's formulated as a

09:01:41   10   standard.

09:01:41   11   Q.   Do you have an understanding from your business of the

09:01:44   12   relationship between 4G and what's sometimes referred to as

09:01:48   13   5G technology?

09:01:49   14   A.   Yes.   5G is an emerging technology that you may have

09:01:53   15   heard of recently.   It's really built off of 4G, and 4G is

09:01:57   16   going to be very important for many years to come.

09:02:01   17   Q.   Now, what specifically does this case relate to?

09:02:04   18   A.   This case relates to 4G/LTE technology, and

09:02:07   19   specifically patents that were created by LG, Panasonic,

09:02:11   20   and Samsung.

09:02:17   21        MR. SHEASBY:   Mr. Huynh, can you take the

09:02:19   22   demonstratives down, please?   Thank you.

09:02:21   23   Q.   (By Mr. Sheasby)   So, to restate, what does this

09:02:24   24   lawsuit relate to?

09:02:25   25   A.   This lawsuit relates to the LTE and 4G patents that

| | | |
|---|---|---|
| 09:02:31 | 1 | were invented by Panasonic, LG, and Samsung. |
| 09:02:36 | 2 | Q.  Why is there a lawsuit against Apple? |
| 09:02:41 | 3 | A.  PanOptis owns these patents, and we've been talk -- |
| 09:02:45 | 4 | discussing license with Apple for some time.  Apple |
| 09:02:47 | 5 | actually infringes these patents, and that's why we're |
| 09:02:50 | 6 | here. |
| 09:02:51 | 7 | MR. MUELLER:  Objection, move to strike.  Court's |
| 09:02:58 | 8 | rulings. |
| 09:02:58 | 9 | THE COURT:  You have a response, Mr. Sheasby? |
| 09:03:00 | 10 | MR. SHEASBY:  Your Honor, the notice letter was |
| 09:03:02 | 11 | sent in January of 2017. |
| 09:03:08 | 12 | THE COURT:  Well, with the understanding that this |
| 09:03:12 | 13 | is Mr. Blasius's opinion, the opinion of PanOptis, not that |
| 09:03:15 | 14 | he's an expert witness offering a carefully analyzed |
| 09:03:19 | 15 | opinion about the infringement issue, I'll overrule the |
| 09:03:22 | 16 | objection. |
| 09:03:22 | 17 | Q.  (By Mr. Sheasby)  To this day, do you know what Apple's |
| 09:03:26 | 18 | fastest cellular offering is? |
| 09:03:27 | 19 | A.  Yes.  It is the 4G/LTE iPhone.  If you look at the top |
| 09:03:33 | 20 | of your iPhone, if you have one, you'll sometimes see the |
| 09:03:36 | 21 | symbol LTE at the top of it. |
| 09:03:38 | 22 | Q.  Have the inventor companies of the patents-in-suit |
| 09:03:43 | 23 | commercialized LTE technology? |
| 09:03:44 | 24 | A.  Yes.  LG and Samsung are very -- very well-known to |
| 09:03:52 | 25 | have smartphones in the marketplace.  They've launched |

| | | |
|--|--|--|
| 09:03:55 | 1 | their 4G/LTE iPhones one to two years before Apple did. |
| 09:04:00 | 2 | Q.  Are you familiar with the amount of research that was |
| 09:04:04 | 3 | going on at Panasonic, LG, and Samsung when these patents |
| 09:04:08 | 4 | were invented? |
| 09:04:09 | 5 | A.  Yes.  In 2008, the combined research and development |
| 09:04:15 | 6 | from those three companies was $14 billion. |
| 09:04:20 | 7 | THE COURT:  Let me stop just a minute. |
| 09:04:21 | 8 | Mr. Blasius, this is about the third time |
| 09:04:24 | 9 | Mr. Sheasby's asked you a question, do you know something, |
| 09:04:28 | 10 | and you've answered yes, and then you've immediately gone |
| 09:04:32 | 11 | into a full explanation of it.  If the question calls for |
| 09:04:36 | 12 | you to say, yes, I know about it, then that's a complete |
| 09:04:39 | 13 | answer.  If he then wants you to explain it, he'll follow |
| 09:04:43 | 14 | up with another question. |
| 09:04:45 | 15 | But we don't need a simple do you know about |
| 09:04:47 | 16 | something and then a long narrative explanation that's not |
| 09:04:50 | 17 | called for in the question. |
| 09:04:51 | 18 | MR. SHEASBY:  Thank you, Your Honor. |
| 09:04:52 | 19 | THE COURT:  Understood? |
| 09:04:53 | 20 | MR. SHEASBY:  Yes. |
| 09:04:53 | 21 | THE COURT:  All right.  Let's proceed. |
| 09:04:54 | 22 | Q.  (By Mr. Sheasby)  As part of your job, have you gained |
| 09:04:56 | 23 | an understanding of the importance of LTE from a business |
| 09:04:58 | 24 | standpoint? |
| 09:04:58 | 25 | A.  Yes. |

09:04:59  1  Q.  What is your understanding of the importance?

09:05:01  2  A.  It's become very important from the business standpoint

09:05:08  3  to address the needs of what was going to be happening with

09:05:10  4  the LTE network.  These companies got together and realized

09:05:17  5  that even small improvements across the use of data being

09:05:22  6  transmitted across the networks was going to lead with huge

09:05:26  7  efficiencies in the ability to transmit data.  You need to

09:05:29  8  think about how we look at the size of the amount of data

09:05:33  9  that's transmitted.

09:05:35  10       You can compare it to, for example, the U.S. UDP.

09:05:40  11  Even a small increase in that data leads to a huge benefit.

09:05:44  12  Q.  As part of your job, do you follow important events in

09:05:50  13  the cellular industry?

09:05:51  14  A.  Yes, I do.

09:05:52  15  Q.  What is Apple's position as to Panasonic and Ericsson

09:05:55  16  and Samsung and LG as it relates to continued innovation in

09:05:59  17  LTE and 5G technology?

09:06:02  18       MR. MUELLER:  Objection, foundation.

09:06:04  19       THE COURT:  Can you lay a foundation, Mr. Sheasby?

09:06:08  20       MR. SHEASBY:  Sure.

09:06:08  21  Q.  (By Mr. Sheasby)  Mr. Blasius, do you contend --

09:06:10  22       THE COURT:  One -- one other thing.  Mr. Mueller,

09:06:14  23  if you're going to object, you need to stand up --

09:06:16  24       MR. MUELLER:  Understood, Your Honor.

09:06:18  25       THE COURT:  -- when you address the Court --

09:06:18   1           MR. MUELLER:  Thank you.

09:06:18   2           THE COURT:  -- not just bob up and down.

09:06:19   3           Go ahead, Mr. Sheasby.

09:06:21   4   Q.  (By Mr. Sheasby)  As part of your job, do you follow

09:06:24   5   important events within the cellular industry?

09:06:26   6   A.  Yes.

09:06:26   7   Q.  Do you continue to monitor the innovation of LG,

09:06:31   8   Panasonic, Samsung, and Ericsson?

09:06:33   9   A.  Yes.

09:06:33   10  Q.  How does that innovation relate to Apple's cellular

09:06:36   11  innovation?

09:06:36   12  A.  Those companies have innovated prior -- earlier than

09:06:41   13  Apple have in these technologies.

09:06:42   14  Q.  And what about in the current state of research and

09:06:45   15  development?

09:06:45   16  A.  In the current state of the next generation technology,

09:06:49   17  5G, both Panasonic, Ericsson, and LG have remained ahead of

09:06:57   18  Apple in 5G.  They -- Panasonic and Ericsson have already

09:07:03   19  launched a 5G network.  Samsung has launched a 5G phone and

09:07:08   20  has also -- also built its 5G modem.  Apple has yet to

09:07:12   21  launch a 5G device and has not launched a 4G -- a 5G modem

09:07:18   22  either.

09:07:18   23  Q.  Mr. Blasius, can you tell us a bit about yourself and

09:07:21   24  your family?

09:07:21   25  A.  Yes.  I was born and raised outside of the -- in the

09:07:24  1   suburbs of Chicago, and I've lived there my entire life.

09:07:32  2         I'm married to my wife, Julie, and we've been

09:07:35  3   married for 23 years.  We have three children.  My wife had

09:07:39  4   worked for a number of years, but then decided to stay home

09:07:41  5   to help raise our children.

09:07:42  6         After they were grown, they -- she decided to go

09:07:44  7   back and received her Master's in special education.  My

09:07:49  8   daughter is 19 years old.  She attends college.  And I have

09:07:53  9   two boys, ages 17 and 14.

09:07:57  10  Q.  What do you do in your free time, Mr. Blasius?

09:07:59  11  A.  My children have been very active in sports, and as a

09:08:02  12  part of that, I've helped coach -- volunteering a lot of

09:08:06  13  their coaching and a lot of their sports, especially in the

09:08:09  14  areas of youth football.  And I also volunteer with the

09:08:14  15  high school football team.

09:08:14  16  Q.  Can you tell us about your educational background?

09:08:17  17  A.  I received a Bachelor's degree in finance from Northern

09:08:21  18  Illinois University in 1994.  And then while I was working,

09:08:24  19  I went to school at night to receive my Master's in

09:08:28  20  business administration from Northwestern University in

09:08:32  21  2002.

09:08:33  22  Q.  Can you tell us about your professional background?

09:08:38  23  A.  I started my career at Motorola, and I spent 18 years

09:08:41  24  there.  I worked in a variety of roles until I became

09:08:45  25  director of licensing for Motorola's patents.

09:08:48   1        After Motorola was acquired by Google in 2012, I
09:08:52   2   went to work for Google and continued in a number of
09:08:57   3   licensing management initiatives.
09:08:58   4   Q.  What was Motorola's business?
09:09:00   5   A.  Motorola has a very rich history of cellular
09:09:03   6   communications and wireless -- wireless communication
09:09:07   7   industry -- in the industry.  It was founded in Chicago.
09:09:11   8   The city was very proud of it.  And I think a lot of us
09:09:15   9   know that Motorola had launched the first -- and invented
09:09:19  10   the cell phone.  In 1973 is when they actually invented it.
09:09:24  11        In 1983, Motorola launched the first commercial
09:09:28  12   device and then went on to continue with a number of
09:09:31  13   firsts.  Think about the phones that they've had.  It was
09:09:33  14   the brick phone, the large phone you would hold up to your
09:09:37  15   head; the first flip phone, which was the StarTAC; and then
09:09:41  16   one of the more popular phones in the middle 2000s was the
09:09:46  17   RAZR device.
09:09:46  18   Q.  Did you -- did Motorola play a role in developing
09:09:50  19   4G/LTE?
09:09:50  20   A.  Yes, it did.
09:09:51  21   Q.  What other companies were involved in the development
09:09:54  22   of LTE in a significant way, according to your
09:09:56  23   understanding?
09:09:57  24   A.  There were a number of companies that participated, but
09:10:00  25   as far as the number of companies that contributed heavily,

09:10:03  1  there was a small number.  This included LG, Ericsson,

09:10:08  2  Panasonic, Samsung, Nokia, and Qualcomm.

09:10:13  3  Q.  In your role at Motorola, did you have interactions

09:10:17  4  with smartphone manufacturers?

09:10:19  5  A.  Yes.

09:10:20  6  Q.  What was the nature of your interactions?

09:10:23  7  A.  My job was to ensure that the companies that used

09:10:27  8  technologies like LTE paid fair compensation to Motorola

09:10:30  9  for the use of their technology that they innovated and

09:10:34  10  contributed to the com -- communications industry.

09:10:38  11  Q.  How did the smartphone industry expand while you were

09:10:42  12  at Motorola?

09:10:43  13  A.  In the middle of the 2000s, the smartphone explosion

09:10:47  14  really started to -- middle to the late 2000s, the

09:10:52  15  smartphone explosion started to occur.  A number of new

09:10:56  16  entrants came into the marketplace.  This included Apple,

09:10:58  17  who was a computer company, and a number of other Chinese

09:11:02  18  smartphone manufacturers.  These companies didn't really

09:11:05  19  invent or invest a lot in wireless communication

09:11:09  20  technologies.  They simply used the innovations of others

09:11:11  21  to help sell their devices.

09:11:13  22  Q.  Are you an expert in cellular standards or patents?

09:11:17  23  A.  No, I am not.  I rely on the technologists for that

09:11:22  24  information.  My expertise is in licensing.

09:11:24  25  Q.  You made a decision to join the team at PanOptis at

09:11:32   1    some point in time; is that correct, sir?

09:11:34   2    A.   Yes.

09:11:34   3    Q.   What role do you play at PanOptis, and how is it the

09:11:38   4    same or different from what you did at Motorola?

09:11:40   5    A.   So at PanOptis, our role is to really protect the

09:11:46   6    innovations of companies that had invested in the research

09:11:50   7    and development in creating these networks or the -- the

09:11:52   8    technology of LTE.

09:11:54   9         It's very similar to my role at Motorola where

09:11:57   10   there was a lot of investment and research done by

09:12:02   11   companies, and other companies were using that technology

09:12:05   12   to sell devices.  The role was to get fair compensation for

09:12:10   13   the innovations that were produced by those companies.

09:12:15   14   Q.   PanOptis, though, is a completely independent company,

09:12:18   15   correct?

09:12:18   16   A.   Yes, we are.

09:12:19   17   Q.   How have the patents that are owned by -- how are the

09:12:25   18   patents that are owned by PanOptis selected -- let me

09:12:29   19   withdraw the question and ask it this way.

09:12:32   20        Did Ericsson analyze the patents that LG and

09:12:37   21   Panasonic sold to PanOptis?

09:12:41   22   A.   Yes.

09:12:42   23        MR. MUELLER:  Objection, Your Honor.  I'm not sure

09:12:44   24   I can make this object -- objection based on deposition

09:12:46   25   instruction.  I'll try to keep it as terse as possible --

09:12:52  1  to this witness.

09:12:53  2          MR. SHEASBY:  I have to re-ask the question.

09:12:56  3  Q.  (By Mr. Sheasby)  I want you to exclude any discussion

09:12:59  4  of the specific patents at issue in this case.

09:13:01  5          Do you have a general understanding of how

09:13:03  6  Ericsson -- how the patents that were purchased by PanOptis

09:13:07  7  were analyzed?

09:13:08  8          MR. MUELLER:  Same objection.

09:13:11  9          THE COURT:  Without more, Mr. Sheasby, I'm going

09:13:21  10  to have to sustain the objection.  I mean, there's --

09:13:24  11  there's no -- there's no foundation laid for how this

09:13:27  12  gentleman would have knowledge with regard to the internal

09:13:30  13  analysis of another company he's not -- not connected with

09:13:34  14  in any way.

09:13:35  15          MR. SHEASBY:  I'm happy to re-ask the question,

09:13:38  16  Your Honor.

09:13:38  17          THE COURT:  You -- you certainly have that option.

09:13:41  18  Q.  (By Mr. Sheasby)  Mr. Blasius, did PanOptis do an

09:13:45  19  analysis of the patents that were provided by -- by

09:13:49  20  Samsung, Panasonic, and LG?

09:13:50  21  A.  Yes.

09:13:51  22  Q.  What analysis did it do?

09:13:52  23  A.  It thoroughly reviewed the patents to make sure that

09:13:56  24  they were getting very high quality patents from those

09:13:59  25  companies.

09:13:59   1   Q.   Who was involved in that analysis?

09:14:04   2   A.   There were a number of experts that were involved in

09:14:08   3   the analysis on PanOptis's end, and that would -- included

09:14:14   4   intellectual property lawyers, technologists.  And those

09:14:18   5   companies had reviewed information that was submitted from

09:14:26   6   our founding partners that were -- included lists of

09:14:29   7   patents that the partners had vetted between themselves.

09:14:32   8   Q.   And, sir, just to clarify, the -- PanOptis is a

09:14:36   9   completely independent company, correct?

09:14:37  10   A.   Yes, it is.

09:14:38  11   Q.   LG, Panasonic, and Samsung are not partners, correct?

09:14:41  12   A.   Correct.

09:14:46  13   Q.   Have other LG phone manufacturers taken licenses to the

09:14:49  14   patents that Apple is accused of infringing?

09:14:52  15   A.   Yes.

09:14:52  16   Q.   What companies have taken licenses to those patents?

09:14:56  17   A.   Companies include HTC, Samsung, Huawei, BlackBerry, and

09:15:04  18   ZTE, among others.

09:15:06  19   Q.   Do you know who makes the modem chips that are used for

09:15:11  20   your licensees?

09:15:12  21   A.   Yes.

09:15:13  22   Q.   Who makes them?

09:15:13  23   A.   The vast majority of the volume had been made by

09:15:18  24   Qualcomm and Intel.

09:15:18  25   Q.   Were you here in the courtroom yesterday when

| | | |
|---|---|---|
| 09:15:22 | 1 | Mr. Mueller gave his opening? |
| 09:15:23 | 2 | A.  Yes. |
| 09:15:24 | 3 | Q.  Do you know who makes the modem chips for Apple? |
| 09:15:28 | 4 | A.  Yes. |
| 09:15:31 | 5 | Q.  Who is it? |
| 09:15:32 | 6 | A.  It's Qualcomm and Intel, exactly the same. |
| 09:15:35 | 7 | Q.  During your negotiations with PanOptis licensees, do |
| 09:15:39 | 8 | you explain why PanOptis seeks payment from phone |
| 09:15:42 | 9 | manufacturers as opposed to modem chip manufacturers? |
| 09:15:46 | 10 | A.  Yes. |
| 09:15:47 | 11 | Q.  What is the basis for that? |
| 09:15:49 | 12 | A.  In my experience, the -- and it's been the |
| 09:15:54 | 13 | long-standing industry experiences that the smartphone |
| 09:15:57 | 14 | manufacturers are the companies that take responsibility |
| 09:16:00 | 15 | for the payment in -- in patents like these. |
| 09:16:05 | 16 | Q.  And you -- in your business, have you formed a view -- |
| 09:16:11 | 17 | you previously stated that some -- that companies have |
| 09:16:14 | 18 | taken a license to PanOptis's patents; is that correct? |
| 09:16:16 | 19 | A.  Yes. |
| 09:16:19 | 20 |         MR. SHEASBY:  Can we have PDX-9.5, Mr. Huynh, |
| 09:16:34 | 21 | please? |
| 09:16:34 | 22 | Q.  (By Mr. Sheasby)  Has one of the companies that has |
| 09:16:36 | 23 | paid for a license to the patents-in-suit ZTE? |
| 09:16:39 | 24 | A.  Yes. |
| 09:16:40 | 25 | Q.  Was ZTE presented with a claim chart regarding the '557 |

| | | |
|---|---|---|
| 09:16:47 | 1 | patent? |
| 09:16:47 | 2 | A.  Yes. |
| 09:16:48 | 3 | Q.  Do you know how long that claim chart was? |
| 09:16:50 | 4 | A.  It was very long. |
| 09:16:52 | 5 | Q.  The '557 patent is one of the patents-in-suit in this |
| 09:16:57 | 6 | case, correct? |
| 09:16:58 | 7 | A.  Yes. |
| 09:16:59 | 8 | Q.  What happened after the claim charts were presented to |
| 09:17:03 | 9 | ZTE? |
| 09:17:03 | 10 | A.  ZTE took a license to all of PanOptis's standard |
| 09:17:08 | 11 | essential patents. |
| 09:17:08 | 12 | Q.  Is ZTE a seller of LTE phones in the United States? |
| 09:17:13 | 13 | A.  Yes. |
| 09:17:14 | 14 | Q.  And by took a license, ZTE paid money for that license; |
| 09:17:20 | 15 | is that correct, sir? |
| 09:17:20 | 16 | A.  Correct. |
| 09:17:24 | 17 | Q.  You understand that the '833 and '332 patents have been |
| 09:17:29 | 18 | asserted in this case against Apple; is that correct, sir? |
| 09:17:32 | 19 | A.  Yes. |
| 09:17:33 | 20 | Q.  Were the '833 and '332 patents presented to other of |
| 09:17:39 | 21 | PanOptis's licensees? |
| 09:17:41 | 22 | A.  Yes, they were. |
| 09:17:42 | 23 | Q.  Were claim charts for those patents presented to ZTE, |
| 09:17:49 | 24 | Kyocera, and BlackBerry? |
| 09:17:50 | 25 | A.  Yes. |

09:17:50  1   Q.  Were those claim charts -- do you know the length of

09:17:53  2   those claim charts?

09:17:55  3   A.  Again, the claim charts are very long technical

09:17:58  4   documents.

09:17:58  5   Q.  Does ZTE, Kyocera, and BlackBerry sell LTE devices?

09:18:03  6   A.  Yes.

09:18:03  7   Q.  What happened after presenting the claim charts for

09:18:06  8   these two patents-in-suit to ZTE, Kyocera, and BlackBerry?

09:18:09  9   A.  They all took license to -- licenses to PanOptis's

09:18:15  10  standard essential patents.

09:18:15  11  Q.  Was -- you understand that the '284 is one of the

09:18:24  12  patents that's in suit in this case; is that correct, sir?

09:18:27  13  A.  Yes.

09:18:27  14  Q.  Was the claim charts for the '284 patent presented to

09:18:36  15  Huawei?

09:18:37  16  A.  Yes, it was.

09:18:37  17  Q.  How long was the claim chart?

09:18:39  18  A.  Again, it was a very long claim chart.

09:18:43  19  Q.  After the claim chart was presented to Huawei -- let me

09:18:46  20  take a step back.

09:18:47  21           Does Huawei sell LTE devices, sir?

09:18:50  22  A.  Yes, it does.

09:18:51  23  Q.  After the claim charts were presented to Huawei, what

09:18:55  24  did Huawei do?

09:18:56  25  A.  Huawei took a license to all of PanOptis's standard

09:18:59  1    essential patents.

09:18:59  2    Q.  Do the Plaintiffs have -- hold all right, title, and

09:19:07  3    interest in the patents-in-suit?

09:19:08  4    A.  Yes, we do.

09:19:09  5    Q.  Can you examine in your binder PX-5262, PX-5263, and

09:19:17  6    PX-5265?  And I'm going to ask you a question about them.

09:19:35  7    A.  Okay.

09:19:36  8    Q.  And the question is going to be, do those records

09:19:39  9    establish the ownership of the patents-in-suit by

09:19:41  10   PanOptis's family of companies?

09:19:43  11         MR. MUELLER:  Objection, leading.

09:19:44  12         THE COURT:  Sustained.

09:19:47  13   A.  Yes, these are the document --

09:19:50  14   Q.  (By Mr. Sheasby)  Mr. -- Mr. Blasius, I need to re-ask

09:19:52  15   the question.

09:19:53  16         THE COURT:  Restate the question.

09:19:55  17   Q.  (By Mr. Sheasby)  What do PX-5262, PX-5263, and PX-5265

09:20:04  18   lead you -- represent, Mr. Blasius?

09:20:05  19   A.  These represent the assignment records which establish

09:20:08  20   the ownership of the patents to PanOptis.

09:20:10  21   Q.  Has PanOptis approached Apple about licensing its

09:20:17  22   patents?

09:20:17  23   A.  Yes, we have.

09:20:19  24         MR. SHEASBY:  Mr. Huynh, can you pull up PX-0548a?

09:20:29  25   Q.  (By Mr. Sheasby)  Do you recognize this document,

09:20:32  1    Mr. Blasius?

09:20:32  2    A.  Yes.

09:20:33  3    Q.  What is this document?

09:20:34  4    A.  This document is a letter from PanOptis's then head of

09:20:41  5    licensing that was sent in January 6th of 2017.  It was a

09:20:47  6    letter that was sent to Bruce Sewell, who was Apple's

09:20:50  7    general counsel.  The letter is notifying Apple of the fact

09:20:57  8    that PanOptis owns a large number of cellular

09:21:05  9    communications patents, and specifically highlighting the

09:21:09  10   4G communication standards.

09:21:10  11   Q.  As part of your role at CEO of PanOptis, did you

09:21:17  12   familiarize yourself with Apple negotiations?

09:21:19  13   A.  Yes, I have.

09:21:20  14   Q.  Was there a meeting in February of 2017 between Apple

09:21:25  15   and PanOptis?

09:21:25  16   A.  Yes.

09:21:30  17   Q.  What was discussed at that meeting?

09:21:32  18   A.  In that meeting, Tom Miller and Ray Warren, who was a

09:21:38  19   then director of licensing at PanOptis, discussed a

09:21:44  20   further -- or discussed a further desire to enter into

09:21:48  21   these negotiations with Apple over these patents.

09:21:51  22   Q.  How do you know that?

09:21:52  23   A.  I read the records, and I reviewed the records and

09:21:57  24   actually talked to some of the individuals.

09:21:59  25   Q.  Mr. Miller is deceased, though; is that correct?

| | | |
|---|---|---|
| 09:22:03 | 1 | A.  He is, unfortunately. |
| 09:22:04 | 2 | Q.  Excluding -- I -- I -- for -- I want you to exclude any |
| 09:22:08 | 3 | discussions with Apple. |
| 09:22:11 | 4 | Does PanOptis send to potential licensees lists of |
| 09:22:15 | 5 | patents it believes are essential? |
| 09:22:17 | 6 | A.  Yes, we do. |
| 09:22:18 | 7 | MR. SHEASBY:  If you can pull up PX-9.8, |
| 09:22:24 | 8 | Mr. Huynh. |
| 09:22:28 | 9 | Q.  (By Mr. Sheasby)  Does 9.8 reflect the type of |
| 09:22:31 | 10 | information that PanOptis sends to potential licensees? |
| 09:22:34 | 11 | MR. MUELLER:  Objection, leading. |
| 09:22:38 | 12 | THE COURT:  Restate the question, Mr. Sheasby. |
| 09:22:41 | 13 | Q.  (By Mr. Sheasby)  What does PDX-9.6 reflect, |
| 09:22:47 | 14 | Mr. Warren -- Mr. Blasius? |
| 09:22:50 | 15 | A.  These lists reflect the -- the patent numbers, |
| 09:22:55 | 16 | specifically the patent numbers that we have declared to |
| 09:23:01 | 17 | the -- for the SEPs, and specifically lists individual |
| 09:23:06 | 18 | patent numbers, shows that they are essential to the LTE |
| 09:23:11 | 19 | standard, and then the specifications within the standard |
| 09:23:14 | 20 | to which we believe that they are essential to. |
| 09:23:17 | 21 | Q.  Is this information that PanOptis was providing to |
| 09:23:21 | 22 | licensees before this lawsuit? |
| 09:23:23 | 23 | MR. MUELLER:  Objection, leading. |
| 09:23:24 | 24 | THE COURT:  Sustained. |
| 09:23:30 | 25 | Q.  (By Mr. Sheasby)  Do you know the -- when -- do you |

09:23:34  1  know if -- do you know the date range, if any, during which

09:23:40  2  this information was provided by PanOptis -- by PanOptis to

09:23:46  3  its licensees?

09:23:47  4  A.  We've provided this information to a number of our

09:23:49  5  licensees going as far back as 2016/2017.

09:23:58  6  Q.  Do you recognize the five patent numbers on this

09:24:01  7  demonstrative?

09:24:01  8  A.  Yes.

09:24:07  9  Q.  What are they?

09:24:08  10  A.  These are the patents in this lawsuit.

09:24:10  11  Q.  And when you -- when it says essential to and then

09:24:16  12  lists numbers, can you explain what that is?

09:24:18  13  A.  The numbers on the right-hand side?

09:24:24  14  Q.  Yes.

09:24:26  15  A.  Those numbers are specifications or parts of the

09:24:31  16  standard in which the patents' claims are essential to

09:24:39  17  those specific specifications in the standard.

09:24:41  18  Q.  Who prepared this analysis -- this analysis that is

09:24:45  19  shared with potential licensees?

09:24:46  20  A.  We have a team of technologists that help prepare this.

09:24:51  21  Q.  Do you know what the training of those technologists

09:24:59  22  is?

09:24:59  23  A.  They have an engineering background.  They've

09:25:02  24  participated in the standards development bodies for a

09:25:05  25  number of years.

09:25:06    1    Q.   Are there independent third parties who have ranked

09:25:12    2    PanOptis's patents?

09:25:13    3    A.   Yes.

09:25:13    4    Q.   Does PanOptis present a ranking of its LTE patents to

09:25:17    5    potential licensees?

09:25:18    6    A.   No, we do not.

09:25:19    7    Q.   When the decision was made to initiate suit against

09:25:25    8    Apple, who selected the patents?

09:25:27    9    A.   Our technologists and our patent lawyers selected the

09:25:32   10    patents.

09:25:32   11    Q.   Did you discuss it with them?

09:25:35   12    A.   I did.

09:25:35   13    Q.   Who's going to teach the jury about the patents?

09:25:37   14    A.   Professors Mahon and Madisetti are going to help teach

09:25:44   15    the technology to the jury.  It's very complex information.

09:25:47   16    Q.   Have you met them before?

09:25:49   17    A.   Yes, I have.

09:25:49   18    Q.   Did you read the patents on your own, sir?

09:25:51   19    A.   No.  I needed to do that along with -- with the

09:25:56   20    experts.  It's very complex technology.

09:25:57   21    Q.   Did you sit with Professor Mahon and Madisetti?

09:26:01   22    A.   Yes, I did.

09:26:01   23    Q.   For how long?

09:26:02   24    A.   Multiple times, days and hour -- hours per day.

09:26:13   25    Q.   Does PanOptis use internal or external experts to

| | | |
|---|---|---|
| 09:26:19 | 1 | determine speed increase attributable to the patents? |
| 09:26:22 | 2 | A.  I'm sorry, can you repeat the question? |
| 09:26:24 | 3 | Q.  Does PanOptis use internal or external experts to |
| 09:26:28 | 4 | assess performance benefits associated with the patents? |
| 09:26:31 | 5 | A.  We use external experts for that. |
| 09:26:33 | 6 | Q.  Why is that? |
| 09:26:34 | 7 | A.  We believe in cases like these, it's more important to |
| 09:26:38 | 8 | use the external experts to be able to teach about the |
| 09:26:42 | 9 | benefits. |
| 09:26:42 | 10 | Q.  Have you met with the external experts in this case? |
| 09:26:45 | 11 | A.  Yes, I have. |
| 09:26:45 | 12 | Q.  Have you contacted Apple since filing suit? |
| 09:26:48 | 13 | A.  Yes. |
| 09:26:49 | 14 | Q.  What have you said to Apple? |
| 09:26:50 | 15 | A.  We informed Apple that we were still willing to license |
| 09:26:54 | 16 | our patents, and we offered an out-of-court resolution. |
| 09:27:01 | 17 | Q.  Are you familiar with how much money PanOptis has |
| 09:27:04 | 18 | invested in its business today? |
| 09:27:06 | 19 | A.  Yes. |
| 09:27:07 | 20 | Q.  How much? |
| 09:27:07 | 21 | A.  Over $450 million. |
| 09:27:09 | 22 | Q.  What portion of that -- are you familiar with what |
| 09:27:12 | 23 | portion of that has gone to the original inventive |
| 09:27:15 | 24 | companies? |
| 09:27:16 | 25 | A.  Yes. |

```
09:27:16   1   Q.  What portion?
09:27:17   2   A.  The -- the majority share has.
09:27:19   3           MR. SHEASBY:  I pass the witness, Your Honor.
09:27:20   4           THE COURT:  Cross-examination by the Defendant?
09:27:24   5           MR. MUELLER:  Yes, please, Your Honor.
09:27:26   6           Your Honor, may we pass up a few binders?
09:27:29   7           THE COURT:  You may.
09:27:30   8           MR. MUELLER:  Thank you, Your Honor.
09:27:49   9           May I proceed, Your Honor?
09:27:51  10           THE COURT:  Let's get the binders passed out to
09:27:54  11   the other side.
09:27:55  12           Now you may proceed.
09:27:57  13           MR. MUELLER:  Thank you, Your Honor.
09:27:57  14                     CROSS-EXAMINATION
09:27:57  15   BY MR. MUELLER:
09:27:57  16   Q.  Good morning, Mr. Blasius.
09:27:59  17   A.  Good morning.
09:27:59  18   Q.  My name is Joe Mueller.  I don't think we've met
09:28:02  19   before.
09:28:03  20   A.  No.
09:28:03  21   Q.  May I ask you a few questions?
09:28:06  22   A.  Yes.
09:28:06  23   Q.  Now, sir, you understand this is a patent case, right?
09:28:10  24   A.  Yes, sir.
09:28:11  25   Q.  And there are five companies, the Plaintiffs in this
```

```
09:28:17   1   case, that are asserting that Apple infringes five patents,
09:28:21   2   correct?
09:28:21   3   A.  Yes.
09:28:24   4   Q.  And the ladies and gentlemen of the jury over the
09:28:28   5   course of this week are going to have to compare those five
09:28:32   6   patents to the Apple products to see if you're right,
09:28:35   7   right?
09:28:35   8   A.  I -- I don't agree with that.
09:28:42   9   Q.  You don't agree that the ladies and gentlemen of the
09:28:44  10   jury are going to have to compare the five patents to the
09:28:48  11   products that you're accusing of infringement?
09:28:53  12   A.  No.
09:28:53  13   Q.  You don't agree with that?
09:28:56  14   A.  I can't a hundred percent agree with that.
09:28:59  15   Q.  Well, let's put it this way:  There's five patents in
09:29:04  16   this case, correct?
09:29:05  17   A.  Yes.
09:29:05  18   Q.  The ladies and gentlemen of the jury have those five
09:29:08  19   patents in their binders.  You know that, right?
09:29:11  20   A.  Yes.
09:29:12  21   Q.  And you, sir, are the one fact witness from the
09:29:17  22   Plaintiffs who's going to sit in that chair and take the
09:29:25  23   stand, correct?
09:29:26  24   A.  I'm the one fact witness from PanOptis, yes.
09:29:27  25   Q.  And you, sir, did not discuss any of those five patents
```

| | | |
|---|---|---|
| 09:29:31 | 1 | with the ladies and gentlemen of the jury just now, did |
| 09:29:35 | 2 | you? |
| 09:29:35 | 3 | A.  No. |
| 09:29:39 | 4 | Q.  Now, in fact, your -- you -- your companies, these five |
| 09:29:44 | 5 | companies, are seeking over a half a billion dollars for |
| 09:29:47 | 6 | these five patents, correct? |
| 09:29:50 | 7 | A.  Yes. |
| 09:29:51 | 8 | Q.  And you understand over the course of this week, the |
| 09:29:55 | 9 | ladies and gentlemen of the jury are going to have to read |
| 09:29:56 | 10 | through those patents as part of their work on this case, |
| 09:29:59 | 11 | right? |
| 09:29:59 | 12 | A.  Yes. |
| 09:30:04 | 13 | Q.  But you, sir, in this case did not trouble yourself to |
| 09:30:11 | 14 | read the five patents, did you? |
| 09:30:12 | 15 | MR. SHEASBY:  Your Honor, objection.  That's |
| 09:30:14 | 16 | argumentative. |
| 09:30:14 | 17 | THE COURT:  Overruled. |
| 09:30:19 | 18 | You need to answer the question, Mr. Blasius. |
| 09:30:22 | 19 | A.  Not in their entirety. |
| 09:30:24 | 20 | Q.  (By Mr. Mueller)  So, as of today, you're sitting here |
| 09:30:28 | 21 | before the ladies and gentlemen of the jury seeking a half |
| 09:30:31 | 22 | a billion dollars, and you haven't read them -- the |
| 09:30:34 | 23 | patents, as of today.  Do I have that right? |
| 09:30:38 | 24 | A.  Not in their entirety. |
| 09:30:40 | 25 | Q.  Well, have you read a piece here and there? |

| | | |
|---|---|---|
| 09:30:42 | 1 | A.  Yes. |
| 09:30:43 | 2 | Q.  Don't you understand the ladies and gentlemen of the |
| 09:30:46 | 3 | jury are going to be studying them carefully, and you |
| 09:30:50 | 4 | yourself never did that, did you? |
| 09:30:51 | 5 | A.  No, not in their entirety. |
| 09:30:56 | 6 | Q.  But you're seeking $500 million for the patents that |
| 09:31:00 | 7 | you never studied, even as of today? |
| 09:31:02 | 8 | A.  Yes. |
| 09:31:05 | 9 | Q.  And you're the one fact witness we're going to hear |
| 09:31:09 | 10 | from, do I have that right, taking the stand? |
| 09:31:16 | 11 | A.  I am -- I am the fact witness here. |
| 09:31:19 | 12 | Q.  And it's fair to say you've done less work than the |
| 09:31:23 | 13 | ladies and gentlemen of the jury are going to be doing this |
| 09:31:24 | 14 | week; do I have that right? |
| 09:31:25 | 15 | A.  No, that's incorrect. |
| 09:31:27 | 16 | Q.  Let's talk a little bit about your job.  You were |
| 09:31:31 | 17 | described as the president and CEO of PanOptis, correct? |
| 09:31:35 | 18 | A.  Yes. |
| 09:31:36 | 19 | Q.  Now, there's actually five Plaintiffs in this case, |
| 09:31:40 | 20 | correct? |
| 09:31:40 | 21 | A.  Yes. |
| 09:31:44 | 22 | Q.  Unwired Planet International Limited, right? |
| 09:31:51 | 23 | A.  Yes. |
| 09:31:52 | 24 | Q.  Optis Wireless Technology, LLC? |
| 09:31:57 | 25 | A.  Yes. |

09:31:57    1    Q.   And who are the other three?

09:32:02    2    A.   Excuse me?

09:32:03    3    Q.   Who are the other three?

09:32:04    4    A.   Optis Cellular Technology, LLC; Unwired Planet, LLC;

09:32:12    5    and Patent -- PanOptis Patent Management, LLC.

09:32:16    6    Q.   So there's five, right?

09:32:18    7    A.   Yes.

09:32:18    8    Q.   Now, four of those companies operate out of the same

09:32:22    9    office suite, correct?

09:32:24   10    A.   Correct.

09:32:28   11    Q.   And none of those five companies produce any actual

09:32:34   12    products, right?

09:32:35   13    A.   Correct.

09:32:39   14    Q.   You referred to the technologists that work at the

09:32:42   15    companies.  There's no lab, is there?

09:32:45   16    A.   No lab where?  In the office?

09:32:56   17    Q.   At any of these five companies, whether in that office

09:33:00   18    or anywhere else, there is no laboratory, correct?

09:33:02   19    A.   Correct.

09:33:05   20    Q.   There's no location where folks are working on research

09:33:09   21    and development at these five companies, correct?

09:33:16   22    A.   Correct.

09:33:17   23    Q.   And there's no baseband chip creation going on at these

09:33:22   24    five companies, right?

09:33:24   25    A.   Correct.

09:33:26  1   Q.  In fact, there's no product creation whatsoever at

09:33:31  2   these five companies, correct?

09:33:34  3   A.  Yes, that's correct.

09:33:37  4   Q.  Now, sir, you were described as the president and CEO

09:33:41  5   of these five companies; do I have that right?

09:33:45  6   A.  Yes.

09:33:45  7   Q.  Now, you actually receive your W-9 tax form from a

09:33:50  8   different company, right?

09:33:51  9   A.  Yes.

09:33:54  10  Q.  Who is that?

09:33:55  11  A.  Hilco Global.

09:34:00  12  Q.  I'm sorry?

09:34:01  13  A.  Hilco Global.

09:34:04  14  Q.  And what is your job at Hilco Global?

09:34:08  15  A.  I am hired -- I -- I am hired specifically for the role

09:34:15  16  of -- my current role as president and CEO of PanOptis.

09:34:19  17  Q.  And, actually, the way in which you're the president

09:34:23  18  and CEO is by way of contract through a management

09:34:27  19  agreement; do I have that right?

09:34:28  20       MR. SHEASBY:  Your Honor, objection, motion in

09:34:31  21  limine.  Structure of the companies.

09:34:35  22       MR. MUELLER:  He's described as the president and

09:34:37  23  CEO, Your Honor.

09:34:47  24       THE COURT:  Can you specify the specific order in

09:34:49  25  limine for me, Mr. Sheasby?

| | | |
|---|---|---|
| 09:35:03 | 1 | MR. SHEASBY:  12. |
| 09:35:12 | 2 | THE COURT:  That was denied with regard to the |
| 09:35:15 | 3 | ordinary business structure of the parties.  I think these |
| 09:35:18 | 4 | questions probably fall in that category.  I'll overrule |
| 09:35:21 | 5 | your objection. |
| 09:35:22 | 6 | MR. SHEASBY:  Thank you, Your Honor. |
| 09:35:23 | 7 | Q.  (By Mr. Mueller)  Sir, you are CEO and president by way |
| 09:35:26 | 8 | of contract through a management agreement; do I have that |
| 09:35:28 | 9 | right? |
| 09:35:37 | 10 | A.  Correct. |
| 09:35:37 | 11 | Q.  So you're not actually a direct employee of these five |
| 09:35:41 | 12 | companies, are you? |
| 09:35:44 | 13 | A.  I wouldn't characterize it that way. |
| 09:35:54 | 14 | Q.  Well, you don't receive a W-9 tax form from any of the |
| 09:35:58 | 15 | five, do you? |
| 09:35:59 | 16 | A.  No. |
| 09:36:04 | 17 | Q.  You receive your W-9 from Hilco, correct? |
| 09:36:07 | 18 | A.  Yes. |
| 09:36:08 | 19 | Q.  And you're the president and CEO through a contract |
| 09:36:12 | 20 | with these other five companies, right? |
| 09:36:14 | 21 | A.  I can't agree -- I can't agree with that statement. |
| 09:36:27 | 22 | Q.  Well, let's take a look at your deposition. |
| 09:36:30 | 23 | Now, you were deposed in this case, correct? |
| 09:36:33 | 24 | A.  Yes. |
| 09:36:34 | 25 | Q.  And a deposition is our opportunity to ask you some |

```
09:36:38   1    questions before trial, correct?
09:36:41   2    A.  Yes.
09:36:41   3    Q.  And you understand that's part of the fairness of the
09:36:44   4    process.  We get a chance to hear from you before you
09:36:47   5    arrive in court today, right?
09:36:50   6    A.  Yes.
09:36:50   7    Q.  And so you sat for a deposition, correct?
09:36:54   8    A.  Yes, I did.
09:36:54   9    Q.  And it was under oath, right?
09:36:59  10    A.  Yes.
09:36:59  11    Q.  You swore to tell the truth in that deposition?
09:37:03  12    A.  Yes.
09:37:03  13    Q.  And you did, right?
09:37:04  14    A.  I did.
09:37:07  15    Q.  So let's take a look at your deposition.  There should
09:37:10  16    be a binder in front of you.  It's Tab 1.  And take your
09:37:12  17    time and let me know when you're at Page 5.
09:37:25  18          And I want to focus your attention on Line 24
09:37:32  19    through 25.  Do you see where you were asked:  Have you
09:37:40  20    ever been an employee of PanOptis Patent Management?
09:37:44  21          And then a little bit further down, Page 1 on the
09:37:47  22    next page --
09:37:48  23          MR. SHEASBY:  Your Honor, this is not proper
09:37:52  24    impeachment.
09:37:52  25          THE COURT:  If you're going to object,
```

09:37:54  1  Mr. Sheasby, you need to stand up, too.

09:37:55  2       MR. SHEASBY:  This is not proper impeachment,

09:37:58  3  Your Honor.  He needs to show it to the witness, and he

09:37:59  4  needs to ask the witness if that's what he testified to,

09:38:01  5  and then it can be published.  This is not how -- how you

09:38:06  6  impeach.  It's not any different from what he said.

09:38:08  7       MR. MUELLER:  Your Honor, I object to the -- the

09:38:11  8  argument.

09:38:11  9       THE COURT:  Well, I'm going to sustain the

09:38:14  10  Plaintiffs' objection as to the form of the impeachment.

09:38:16  11  You do need to show it to the witness first and confirm

09:38:19  12  that's what he said, and then you can publish it.

09:38:21  13       MR. MUELLER:  Understood, Your Honor.  Thank you.

09:38:23  14  Q.  (By Mr. Mueller)  Mr. Blasius, if you could please look

09:38:25  15  at Lines 24 to 25, and we'll keep this off the screen.

09:38:29  16       Do you see you were asked:

09:38:30  17       Question:  Have you ever been an employee of

09:38:34  18  PanOptis Patent Management?

09:38:34  19       Answer:  Yes, I am a -- I am, by way of contract

09:38:39  20  through a management agreement, named president and CEO of

09:38:42  21  PanOptis.

09:38:43  22       Sir, were you asked that question, and did you

09:38:45  23  give that answer?

09:38:50  24  A.  I'm just looking for -- so Page 5 -- what line?

09:38:55  25  Q.  It starts at Line 24, sir, and it carries over to the

09:39:00  1   next page, Lines 1 through 3.  And take your time.  I want

09:39:05  2   to make sure you see it.  Have you read it, sir?

09:39:33  3   A.  Yes.

09:39:34  4   Q.  Were you asked:

09:39:35  5         Question:  Have you ever been an employee of

09:39:38  6   PanOptis Patent Management?

09:39:39  7         Answer:  Yes, I am a -- I am, by way of contract

09:39:49  8   through a management agreement, named president and CEO of

09:39:53  9   PanOptis.

09:39:53  10        Were you asked that question and did you give that

09:39:56  11  answer?

09:39:56  12  A.  Yes.

09:40:07  13        MR. SHEASBY:  Your Honor, rule of completeness.

09:40:11  14  Page 6, Lines 18 through 23.

09:40:13  15        THE COURT:  You can address it on redirect,

09:40:15  16  Mr. Sheasby.

09:40:17  17        MR. MUELLER:  And may I now show the testimony to

09:40:19  18  the jury, Your Honor?

09:40:22  19        THE COURT:  Yes.  Typically, Mr. Mueller, the

09:40:24  20  witness is asked, did you read these lines?  Did you give

09:40:26  21  these answers?  You don't read them out loud so the jury

09:40:31  22  hears them.  You confirm the witness has read them and

09:40:34  23  those are the answers he gave.  And if he affirms that,

09:40:37  24  then you show the published section to the jury and go

09:40:40  25  over it with them.  That's the proper impeachment method.

09:40:43  1          MR. MUELLER:  Understood, Your Honor.  Thank you.

09:40:44  2          THE COURT:  By the time we're seeing this, you've

09:40:46  3   read it to him verbatim twice.

09:40:50  4          MR. MUELLER:  Understood.  I'm not going to read

09:40:53  5   it again, Your Honor.  Thank you.

09:40:55  6          THE COURT:  All right.  Let's get our impeachment

09:40:58  7   process straight going forward.

09:40:58  8          MR. MUELLER:  Absolutely, Your Honor.

09:40:59  9          THE COURT:  Let's move along.

09:40:59  10  Q.  (By Mr. Mueller)  Mr. Blasius, you testified that you

09:41:01  11  had been in this industry for quite some time, the cellular

09:41:04  12  industry, right?

09:41:05  13  A.  Yes.

09:41:05  14  Q.  And how long exactly have you been working in the

09:41:08  15  cellular industry?

09:41:13  16  A.  In the cellular industry, for over 25 years.

09:41:16  17  Q.  And your particular responsibilities in this industry

09:41:22  18  have been focused on patents and patent licensing, right?

09:41:25  19  A.  Yes.

09:41:27  20  Q.  But you also talked to us on direct examination about

09:41:31  21  standards, right?

09:41:31  22  A.  Correct.

09:41:35  23  Q.  You also talked to us about products that were launched

09:41:38  24  in the mid-2000s and later, correct?

09:41:40  25  A.  Yes.

| | | |
|---|---|---|
| 09:41:42 | 1 | Q.  And you have familiarity with those topics, right? |
| 09:41:48 | 2 | A.  Yes. |
| 09:41:49 | 3 | Q.  So I want to show you something that was said yesterday |
| 09:41:52 | 4 | in opening statement and ask you about it in light of your |
| 09:41:56 | 5 | own experience, okay? |
| 09:41:58 | 6 | A.  Okay. |
| 09:41:59 | 7 | Q.  All right. |
| 09:41:59 | 8 |         MR. MUELLER:  If we could put up from the |
| 09:42:02 | 9 | transcript yesterday Page 209, Lines 8 through 15. |
| 09:42:09 | 10 | Q.  (By Mr. Mueller)  And you were here for the opening |
| 09:42:12 | 11 | statements, right, sir? |
| 09:42:12 | 12 | A.  Yes, I was. |
| 09:42:13 | 13 | Q.  You were sitting right here? |
| 09:42:14 | 14 | A.  Yes. |
| 09:42:14 | 15 | Q.  Okay.  This is from Plaintiffs' opening statement, |
| 09:42:17 | 16 | quote: |
| 09:42:18 | 17 |         Now, there's an interesting story here.  So we |
| 09:42:20 | 18 | think of Apple as a company that makes phones.  But in |
| 09:42:24 | 19 | 2007, for example, when Apple launched its first phone, it |
| 09:42:27 | 20 | was a computer company. |
| 09:42:28 | 21 |         In 2007, when Apple launched its first phone, it |
| 09:42:32 | 22 | launched it as 2G.  So the exact time that Samsung, |
| 09:42:35 | 23 | Panasonic, and LG were creating this incredible 4G |
| 09:42:38 | 24 | technology, Apple was stuck at 2G. |
| 09:42:40 | 25 |         You heard that said by Mr. Sheasby, right? |

09:42:43  1   A.  Yes.

09:42:48  2   Q.  So you understand the opening statements are not

09:42:51  3   evidence.  We're now presenting evidence through witnesses

09:42:53  4   and documents, right?

09:42:54  5   A.  Yes.

09:42:57  6   Q.  So I want to ask you about some facts here.

09:43:00  7        First, did Samsung, Panasonic, and LG alone create

09:43:05  8   this incredible 4G standard?

09:43:14  9   A.  No, they did it with others.

09:43:16  10  Q.  Well, in fact, there were many others, right, sir?

09:43:19  11  A.  There were -- there were a number of others that

09:43:26  12  included major contributions.

09:43:28  13  Q.  Dozens and dozens of companies went to the European

09:43:35  14  Telecommunications Standards Institute and worked on these

09:43:36  15  standards, correct?

09:43:45  16  A.  Yes.

09:43:45  17  Q.  So any suggestion that Samsung, Panasonic, and LG got

09:43:50  18  together and created 4G on their own, that's not correct,

09:43:55  19  is it, sir?

09:43:55  20  A.  I wouldn't characterize it that way.

09:44:03  21  Q.  Meaning you wouldn't characterize it as Samsung,

09:44:07  22  Panasonic, and LG creating LTE, would you?

09:44:10  23  A.  Can you repeat the question, please?

09:44:21  24  Q.  Sure.  You would not tell the jury as a matter of fact

09:44:25  25  that Samsung, Panasonic, and LG got together and created

| | | |
|---|---|---|
| 09:44:30 | 1 | LTE?  You would not say that, would you? |
| 09:44:33 | 2 | A.  There is more to that story. |
| 09:44:44 | 3 | Q.  And the more to that story is the dozens and dozens of |
| 09:44:49 | 4 | other companies that were involved in creating LTE, right? |
| 09:44:52 | 5 | A.  No, I wouldn't agree with that. |
| 09:44:58 | 6 | Q.  Sir, dozens and dozens of other companies went to the |
| 09:45:04 | 7 | European Telecommunications Standards Institute and |
| 09:45:07 | 8 | attended meetings like the one we saw on one of the slides |
| 09:45:10 | 9 | that Mr. Sheasby showed.  Isn't that true? |
| 09:45:13 | 10 | A.  That's not entirely accurate about what was created. |
| 09:45:18 | 11 | Q.  Sir, I asked the question, dozens and dozens of other |
| 09:45:24 | 12 | companies went to the European Telecommunications Standards |
| 09:45:26 | 13 | Institute and went to those meetings, that's a fact, isn't |
| 09:45:29 | 14 | it? |
| 09:45:32 | 15 | A.  Yes, that is true. |
| 09:45:33 | 16 | Q.  Now, this also says, Apple was stuck at 2G.  Do you see |
| 09:45:42 | 17 | that, sir? |
| 09:45:42 | 18 | A.  Yes, I see that. |
| 09:45:49 | 19 | Q.  And, in fact, there was a suggestion that Apple had |
| 09:45:51 | 20 | fallen behind Samsung, right? |
| 09:45:56 | 21 | A.  Yes. |
| 09:45:57 | 22 | Q.  Had to take technology from Samsung to catch up, that |
| 09:46:00 | 23 | was the suggestion, right? |
| 09:46:01 | 24 | A.  I don't recall that specific point from -- from that, |
| 09:46:18 | 25 | but -- and I don't see it here. |

09:46:20   1   Q.  Well, you, sir, were in the industry yourself in the

09:46:25   2   mid-2000s, right?

09:46:29   3   A.  Yes.

09:46:32   4           MR. MUELLER:  Let's take a look at DDX-4.3.

09:46:36   5   Q.  (By Mr. Mueller)  Sir, you know that Samsung was

09:46:43   6   offering phones like this in the mid-2000s, correct?

09:46:48   7   A.  This appears to be a phone that was produced by Samsung

09:47:01   8   from -- from what I can see.

09:47:03   9   Q.  And you remember phones like that from your own work at

09:47:06   10  that time, correct?

09:47:06   11  A.  Yes.

09:47:09   12  Q.  Has lots of buttons on the bottom half of the screen,

09:47:16   13  right?

09:47:16   14  A.  Yes.

09:47:16   15  Q.  A smaller screen on the top; do you see that, sir?

09:47:20   16  A.  Yes, I see that.

09:47:21   17  Q.  And there's some click wheels and so on in the middle,

09:47:25   18  right?

09:47:25   19  A.  Yes.

09:47:28   20          MR. MUELLER:  Let's go to DDX4.4.

09:47:31   21  Q.  (By Mr. Mueller)  The original iPhone was introduced in

09:47:34   22  2007, correct?

09:47:38   23  A.  Yes.

09:47:38   24  Q.  And you would agree, sir, that was a big deal in the

09:47:41   25  industry at the time, wasn't it?

| | | |
|---|---|---|
| 09:47:43 | 1 | A.  It was -- it was -- it was a new -- a new launch of a |
| 09:47:51 | 2 | new device. |
| 09:47:51 | 3 | Q.  And it was an entirely new design, wasn't it? |
| 09:47:56 | 4 | A.  Yes, it was a new design. |
| 09:48:06 | 5 | Q.  And, in fact, the Samsung phones that were released in |
| 09:48:09 | 6 | the next few years after that changed, didn't they? |
| 09:48:13 | 7 | A.  I would agree that some of their phones have changed. |
| 09:48:30 | 8 | MR. MUELLER:  Well, let's advance the slide, if we |
| 09:48:32 | 9 | could, to DDX4.5. |
| 09:48:35 | 10 | Q.  (By Mr. Mueller)  Samsung started to release phones |
| 09:48:37 | 11 | that looked remarkably like the iPhone, didn't they? |
| 09:48:40 | 12 | A.  Yes, yes, they -- Samsung has phones that are very much |
| 09:48:56 | 13 | like the phones you see here. |
| 09:48:59 | 14 | MR. MUELLER:  Well, if we advance to 4.6. |
| 09:49:02 | 15 | Q.  (By Mr. Mueller)  It's not just the shape, the graphics |
| 09:49:10 | 16 | and the icons look highly similar, correct? |
| 09:49:13 | 17 | A.  Yes, I see that. |
| 09:49:14 | 18 | Q.  Apple came up with this approach first, didn't they? |
| 09:49:19 | 19 | A.  Apple -- Apple launched this design first, yes. |
| 09:49:34 | 20 | Q.  And Samsung copied it, didn't they? |
| 09:49:37 | 21 | A.  I don't know if I can agree with that. |
| 09:49:53 | 22 | Q.  Sir, the suggestion was made to the jury that Apple was |
| 09:49:56 | 23 | behind and had to take Samsung's technology.  You know, as |
| 09:49:59 | 24 | a matter of fact, it's the opposite, right? |
| 09:50:05 | 25 | A.  I wouldn't agree with that -- with this -- with the |

09:50:09   1   facts in this case.

09:50:10   2   Q.  Sir, do you agree those phones on the right-hand side

09:50:13   3   of this screen are Samsung phones that in your own personal

09:50:17   4   experience from working in this field were released around

09:50:20   5   about 2010?

09:50:26   6   A.  I can see the dates here.  I assume they're correct.

09:50:39   7   I -- I don't know the specific model numbers to the

09:50:41   8   dates --

09:50:41   9   Q.  Fair enough.

09:50:43   10   A.  -- on the Samsung devices.

09:50:45   11   Q.  Fair enough.  But you have no basis to dispute Samsung

09:50:49   12   was offering phones like that in the 2010 time period,

09:50:52   13   correct?

09:50:52   14   A.  Yes, from what I can see here, Samsung has these phones

09:51:04   15   in 2010 and 2011.

09:51:06   16   Q.  Three years after the original iPhone was introduced,

09:51:11   17   correct?

09:51:11   18   A.  These products that I see here, yes, they were three

09:51:23   19   years after.

09:51:24   20   Q.  So the truth is Apple hadn't fallen behind Samsung,

09:51:30   21   Samsung had fallen behind Apple, correct?

09:51:32   22   A.  I can't agree with that.

09:51:45   23   Q.  LTE, let's talk about it.

09:51:50   24        MR. MUELLER:  Will you take those slides down?

09:51:52   25   Thank you, sir.

09:51:53   1   Q.  (By Mr. Mueller)   LTE, the standard, we can agree, was

09:51:57   2   created in a standards setting organization called the

09:52:02   3   European Telecommunications Standards organization, as well

09:52:03   4   as some other standards groups, right?

09:52:06   5   A.  Yes, that's correct.

09:52:09   6   Q.  And the five companies that are the Plaintiffs in this

09:52:13   7   case are not members of ETSI, right?

09:52:14   8   A.  Correct.

09:52:20   9   Q.  You don't go to the ETSI meetings?

09:52:24  10   A.  No.

09:52:24  11   Q.  You don't make technical proposals to ETSI?

09:52:27  12   A.  No.

09:52:29  13   Q.  None of that, right?

09:52:31  14   A.  We don't do that, no.

09:52:34  15   Q.  Now, other companies do.  They actually go to these

09:52:40  16   meetings, correct?

09:52:42  17   A.  Yes.

09:52:43  18   Q.  And you know one of the companies that goes to these

09:52:47  19   meetings is Qualcomm, right?

09:52:50  20   A.  Yes, I understand Qualcomm.

09:52:53  21   Q.  Qualcomm is a major supplier of those baseband chips,

09:53:01  22   correct?

09:53:01  23   A.  Yes.

09:53:01  24   Q.  Qualcomm does attend these meetings and make proposals

09:53:07  25   for standards like LTE, correct?

09:53:08   1   A.   Yes.

09:53:13   2   Q.   Intel is another company that has made baseband chips

09:53:17   3   over the years, right?

09:53:18   4   A.   Yes.

09:53:23   5   Q.   Intel has gone to these meetings for standards like

09:53:28   6   LTE, correct?

09:53:28   7   A.   I believe so.   I don't have personal knowledge about

09:53:39   8   that.

09:53:39   9   Q.   You have no reason to dispute that?

09:53:42   10  A.   I -- I don't -- I don't believe I can dispute that.

09:53:49   11  Q.   Have you yourself ever gone to one of those meetings?

09:53:52   12  A.   No.

09:53:53   13  Q.   Have you ever read the LTE standard, by the way?

09:53:58   14  A.   No.   It's a very long document.

09:54:01   15  Q.   It's a very big document --

09:54:03   16  A.   It's very technical.

09:54:05   17  Q.   I'm sorry.

09:54:05   18  A.   And very technical.

09:54:07   19  Q.   Have you ever tried to read any portion of it?

09:54:09   20  A.   No, that's not what I would do in my job.

09:54:12   21  Q.   Have you ever tried to read the piece of it that these

09:54:16   22  five companies are claiming these five patents cover that

09:54:21   23  are seeking $500 million, have you ever tried to read that?

09:54:24   24  A.   No, I rely on the technologists to do that.

09:54:27   25  Q.   Qualcomm and Intel over the years have supplied

```
09:54:30   1   baseband chips, correct?
09:54:35   2   A.  Yes.
09:54:36   3   Q.  And did you hear me say in my own opening statement
09:54:40   4   yesterday that Apple, over the years, has used Qualcomm and
09:54:45   5   Intel as suppliers of baseband chips?
09:54:46   6   A.  Yes.
09:54:51   7   Q.  Have your five companies ever contacted Qualcomm or
09:54:56   8   Intel?
09:54:56   9   A.  No.
09:54:59  10   Q.  Not once?
09:55:00  11   A.  No.
09:55:03  12   Q.  Not once about these five patents?
09:55:05  13   A.  No.
09:55:09  14   Q.  Now, you understand the infringement claims in this
09:55:11  15   case are being directed in significant part to the baseband
09:55:16  16   chips of Qualcomm and Intel?
09:55:17  17   A.  I can't agree with that a hundred percent.
09:55:28  18   Q.  Do you have any idea one way or the other?
09:55:32  19   A.  About which --
09:55:34  20   Q.  About whether the infringement theories in this case
09:55:37  21   relate to baseband chips.  Do you know?
09:55:40  22   A.  No, the infringement theories relate to the LTE
09:55:47  23   standard in the specifications.
09:55:49  24   Q.  But you understand that you can't just -- well,
09:55:53  25   withdrawn.
```

09:55:53  1          You're not suing the European Telecommunications

09:55:57  2  Standards Institute in this case, are you?

09:55:58  3  A.  No, we are not.

09:56:01  4  Q.  You're not saying ETSI, you infringe by publishing this

09:56:05  5  LTE standard?  You're not saying that, are you?

09:56:09  6  A.  No.

09:56:10  7  Q.  What you're accusing of infringement in this case are

09:56:14  8  actual products, phones, iPads, watches, right?

09:56:22  9  A.  Yes, the products that are using the LTE standard.

09:56:25  10  Q.  And so the ladies and gentlemen of the jury are going

09:56:27  11  to have to decide whether the five patents in this case are

09:56:30  12  used in the actual products accused of infringement, right?

09:56:33  13  A.  Not -- not exactly.  There -- the -- the fact that

09:56:42  14  they -- that the products are using the LTE standard.

09:56:45  15  Q.  Well, sir, you understand that at some -- in some form

09:56:48  16  or fashion, you've got to try to make a link to the actual

09:56:51  17  products, right?

09:56:52  18  A.  Yes.

09:56:53  19  Q.  So, ultimately, the jury needs to decide do these

09:56:58  20  products use the five patents, correct?

09:57:00  21  A.  It's not entirely correct.

09:57:15  22  Q.  Sir, the fact that these five patents have been

09:57:21  23  declared essential doesn't make them necessarily essential,

09:57:24  24  does it?

09:57:25  25  A.  The declara -- the declaration actually declares that

09:57:37   1   the patent may be essential.

09:57:38   2   Q.  May be essential, right?  That's -- those are the words

09:57:43   3   in the declaration, may be essential?

09:57:45   4   A.  The declaration, yes.

09:57:47   5   Q.  So let's just make sure the ladies and gentlemen of the

09:57:50   6   jury understand this process.

09:57:51   7           Folks who are at ETSI can declare patents

09:57:58   8   essential to ETSI, right?

09:58:00   9   A.  Yes.

09:58:08  10   Q.  And ETSI maintains a database of those declarations,

09:58:15  11   right?

09:58:15  12   A.  Correct.

09:58:17  13   Q.  And there's thousands upon thousands of patents in that

09:58:21  14   database, right?

09:58:21  15   A.  Yes.

09:58:26  16   Q.  And there's no one at ETSI checking them as they come

09:58:30  17   in the door to see if they're actually essential or not,

09:58:37  18   correct?

09:58:37  19   A.  Correct.

09:58:38  20   Q.  That doesn't happen, right?

09:58:43  21   A.  Not at ETSI.

09:58:44  22   Q.  So what's happening here is companies are themselves

09:58:49  23   declaring that their patents may be essential, right?

09:58:57  24   A.  Yes.

09:58:57  25   Q.  And you heard me in my opening statement.  I said that

| | | |
|---|---|---|
| 09:59:00 | 1 | I could declare myself an NFL quarterback.  It wouldn't |
| 09:59:04 | 2 | necessarily make it true.  You heard me say that? |
| 09:59:06 | 3 | A.  Yes, I heard you say that. |
| 09:59:08 | 4 | Q.  And the same thing with this ETSI database, the fact |
| 09:59:11 | 5 | that a company declares a patent as essential doesn't |
| 09:59:13 | 6 | necessarily make it true, right? |
| 09:59:15 | 7 | A.  In my experience, the company that declares it |
| 09:59:23 | 8 | essential believes that it may be essential to the |
| 09:59:26 | 9 | standard. |
| 09:59:26 | 10 | Q.  Well, in fact, sir, in your experience, there's been an |
| 09:59:30 | 11 | over declaration problem, right? |
| 09:59:31 | 12 | A.  Yes. |
| 09:59:34 | 13 | Q.  And what you mean by that is there's been more patents |
| 09:59:38 | 14 | declared essential than are actually essential, correct? |
| 09:59:41 | 15 | A.  Yes. |
| 09:59:45 | 16 | Q.  And, sir, you understand the ladies and gentlemen of |
| 09:59:48 | 17 | this jury get to decide whether you're right?  They have |
| 09:59:53 | 18 | the power to decide if these are actually essential and |
| 09:59:56 | 19 | used in the Apple products, correct? |
| 09:59:58 | 20 | A.  Yes, they do. |
| 09:59:59 | 21 | Q.  They don't have to take your declaration at face value; |
| 10:00:02 | 22 | they get to look at the evidence, right? |
| 10:00:04 | 23 | A.  Correct. |
| 10:00:05 | 24 | Q.  And you understand that in a patent case, you can't |
| 10:00:09 | 25 | just ask for money, you got to prove your case |

10:00:14  1   patent-by-patent, limitation-by-limitation in the claims,

10:00:17  2   correct?

10:00:17  3   A.  Yes.

10:00:24  4   Q.  And we can agree on this.  You didn't look at a single

10:00:27  5   claim limitation with Mr. Sheasby in your direct

10:00:30  6   examination, right?

10:00:30  7   A.  No, not -- we did not look at that in my direct.

10:00:41  8         MR. MUELLER:  Your Honor, may I use the easel?

10:00:45  9         THE COURT:  You may.

10:00:58  10  Q.  (By Mr. Mueller)  Mr. Blasius, I want to ask you a few

10:01:01  11  questions about the acquisitions of these patents.  You

10:01:06  12  referred to the jury the amount of money in total that

10:01:08  13  these five companies have spent as part of the operations

10:01:11  14  of these companies, correct?

10:01:12  15  A.  Yes.

10:01:13  16  Q.  And I think you threw around the number $450 million?

10:01:18  17  A.  Yes.

10:01:18  18  Q.  You didn't mean to suggest that $450 million was just

10:01:23  19  for the five patents in this case, did you?

10:01:29  20  A.  We've -- no, we've invested the $450 million in the

10:01:33  21  business.

10:01:34  22  Q.  Well, let's make clear to the ladies and gentlemen of

10:01:36  23  the jury what actually happened here.  I want to take these

10:01:40  24  transactions one-by-one, starting with Samsung.  Do you

10:01:44  25  have that in mind?

| | | |
|---|---|---|
| 10:01:45 | 1 | THE COURT:  Mr. Mueller, we don't really need |
| 10:01:49 | 2 | sidebar comments about let's make this clear to the ladies |
| 10:01:52 | 3 | and gentlemen of the jury.  If you'll ask the question and |
| 10:01:53 | 4 | he gives a straight answer, the ladies and gentlemen of the |
| 10:01:56 | 5 | jury will get it. |
| 10:01:56 | 6 | MR. MUELLER:  Thank you, Your Honor. |
| 10:01:57 | 7 | Q.  (By Mr. Mueller)  Mr. Blasius, may we talk about the |
| 10:02:01 | 8 | Samsung transaction? |
| 10:02:02 | 9 | A.  Yes. |
| 10:02:02 | 10 | Q.  How much money was paid to Samsung? |
| 10:02:14 | 11 | A.  How much money did we pay Samsung? |
| 10:02:17 | 12 | Q.  That's right, sir. |
| 10:02:18 | 13 | A.  We did not pay Samsung. |
| 10:02:21 | 14 | Q.  Nothing at all? |
| 10:02:22 | 15 | A.  No. |
| 10:02:22 | 16 | Q.  What did you give Samsung in return for the patents? |
| 10:02:25 | 17 | A.  We gave them a license to our patents and had agreed to |
| 10:02:33 | 18 | acquire the company. |
| 10:02:36 | 19 | Q.  So Samsung received a license to a -- to a set of |
| 10:02:45 | 20 | patents.  Do I have that right? |
| 10:02:47 | 21 | A.  Yes. |
| 10:02:48 | 22 | Q.  And how many patents in particular did Samsung receive |
| 10:02:51 | 23 | a license to? |
| 10:02:51 | 24 | A.  It was the license to the three portfolios. |
| 10:03:04 | 25 | Q.  And how many patents are in those three portfolios? |

```
10:03:07   1   A.  A few thousand.

10:03:10   2   Q.  Several thousand?

10:03:11   3   A.  Several.

10:03:12   4   Q.  And, in return, what did Samsung give to the

10:03:24   5   Plaintiffs?

10:03:25   6   A.  In return for the license?

10:03:30   7   Q.  In return for what was given to Samsung, what did

10:03:34   8   Samsung give to you?

10:03:35   9   A.  They paid license fees in cash and also transferred the

10:03:42  10   patents to us.

10:03:43  11   Q.  How many patents?

10:03:43  12   A.  There were 19 patent families.

10:03:50  13   Q.  And how many total patents?

10:03:53  14   A.  I don't recall the exact number.

10:03:57  15   Q.  Dozens?

10:04:00  16   A.  In total, worldwide, that -- that sounds accurate.

10:04:10  17   Q.  And of those dozens of patents that were transferred to

10:04:19  18   the Plaintiffs, which of them are in this case?

10:04:23  19   A.  In this case?  One.

10:04:27  20   Q.  Which one?

10:04:27  21   A.  I believe it's the '774 patent, if I recall correctly.

10:04:40  22   Q.  So let's try to sum up, sir, if we could, okay?

10:04:49  23        First --

10:04:50  24        MR. SHEASBY:  Your Honor, I object to these

10:04:52  25   sidebars.
```

| | | |
|---|---|---|
| 10:04:52 | 1 | MR. MUELLER:  I was asking a question, |
| 10:04:55 | 2 | Your Honor:  May we -- may we sum up, sir? |
| 10:04:57 | 3 | THE COURT:  Overruled. |
| 10:04:58 | 4 | Proceed with your question. |
| 10:04:59 | 5 | Q.  (By Mr. Mueller)  Samsung received a license to the |
| 10:05:01 | 6 | Plaintiffs' portfolios of patents, correct? |
| 10:05:08 | 7 | A.  Yes. |
| 10:05:08 | 8 | Q.  Several thousand patents, right? |
| 10:05:15 | 9 | A.  Yes. |
| 10:05:15 | 10 | Q.  And, in return, Samsung transferred 19 patent families, |
| 10:05:24 | 11 | correct? |
| 10:05:24 | 12 | A.  Yes, I see that. |
| 10:05:26 | 13 | Q.  With dozens of patents in them, right? |
| 10:05:31 | 14 | A.  Yes. |
| 10:05:32 | 15 | Q.  Of which one of them is the '774, correct? |
| 10:05:38 | 16 | A.  Correct. |
| 10:05:39 | 17 | Q.  And nothing in that agreement identifies the '774 |
| 10:05:43 | 18 | patent as having special significance, correct? |
| 10:05:51 | 19 | A.  I don't recall.  I don't have the agreement in front of |
| 10:06:04 | 20 | me.  I know that the agreement had a list associated with |
| 10:06:10 | 21 | it. |
| 10:06:11 | 22 | Q.  Sir, as you sit here right now, you can't recall |
| 10:06:14 | 23 | anything in that agreement identifying the '774 as having |
| 10:06:18 | 24 | special significance, correct? |
| 10:06:33 | 25 | A.  I can't recall of what's in -- I can't recall exactly |

```
10:06:37   1   what's in the agreement.
10:06:38   2   Q.   May we turn to the Panasonic agreement?
10:06:41   3   A.   Sure.
10:06:42   4   Q.   What did Panasonic receive from the Plaintiffs?
10:06:57   5   A.   What did Panasonic receive?
10:06:59   6   Q.   That's right, sir.  What did Panasonic -- what did
10:07:02   7   Panasonic receive?
10:07:03   8   A.   They received a payment for us creating the company,
10:07:15   9   along with an ongoing commitment that they were going to
10:07:20  10   share in a -- share in a substantial amount of royalties.
10:07:24  11   Q.   How much was the payment?
10:07:25  12   A.   I can't remember the specific number on the payment
10:07:44  13   that was made upfront.  It was in excess -- it was tens of
10:07:51  14   millions of dollars.
10:07:52  15   Q.   You don't remember how much it was?
10:07:53  16   A.   I don't recall the exact number.
10:07:54  17   Q.   Less than a hundred million?
10:07:57  18   A.   I believe that to be accurate.
10:08:04  19   Q.    And you mentioned some ongoing share of revenues; is
10:08:15  20   that right, sir?
10:08:16  21   A.   Yes.
10:08:18  22   Q.   What did the Plaintiffs receive in return?
10:08:22  23   A.   We received the -- the patents that were listed in the
10:08:40  24   assignment documents and received ownership of the patents.
10:08:43  25   Q.   How many?
```

| | | |
|---|---|---|
| 10:08:45 | 1 | A.  There were -- there were a number of patents, probably |
| 10:09:03 | 2 | near a thousand, maybe more. |
| 10:09:08 | 3 | Q.  Which of those a thousand or more patents are in this |
| 10:09:18 | 4 | case? |
| 10:09:18 | 5 | A.  I believe there's two from Panasonic. |
| 10:09:38 | 6 | Q.  Do you know which ones? |
| 10:09:40 | 7 | A.  I don't recall the exact numbers of which ones are |
| 10:09:53 | 8 | the -- the Panasonic patents. |
| 10:09:57 | 9 | Q.  You don't remember? |
| 10:10:02 | 10 | A.  I can't recall the exact number of -- I don't -- I |
| 10:10:14 | 11 | don't want to misrepresent which ones are the Panasonic |
| 10:10:17 | 12 | numbers and which ones are the LG numbers. |
| 10:10:18 | 13 | Q.  Sir, there's nothing in the agreement with Panasonic |
| 10:10:22 | 14 | that identifies those patents, whatever they are, as having |
| 10:10:26 | 15 | special significance, correct? |
| 10:10:32 | 16 | A.  I can't agree with that. |
| 10:10:40 | 17 | Q.  Sir, you don't even remember the two patents yourself, |
| 10:10:43 | 18 | do you? |
| 10:10:43 | 19 | A.  I don't want to misrepresent the -- which -- I don't |
| 10:10:49 | 20 | want to misrepresent the numbers.  I know the numbers of |
| 10:10:52 | 21 | the patents.  I don't want to misrepresent the names |
| 10:10:55 | 22 | between the companies. |
| 10:10:55 | 23 | Q.  I can try to jog your memory.  Is it the '557 patent? |
| 10:10:59 | 24 | A.  So the '557 patent is -- I would assume -- if you're |
| 10:11:04 | 25 | saying that, that is the Panasonic patent. |

10:11:07   1   Q.  No, sir, I'm asking.  Do you know if the '557 patent

10:11:10   2   came from Panasonic?

10:11:11   3   A.  Again, I'm -- I don't want to misrepresent which

10:11:30   4   numbers are with which company.  I know there's the five

10:11:34   5   patents-in-suit, and I don't want to misrepresent the

10:11:36   6   numbers.  So I believe it to be the '557.

10:11:39   7   Q.  Do you know if the '284 patent is the other patent that

10:11:41   8   came from Panasonic?  Do you know one way or the other?

10:11:45   9   A.  I believe it to be.  I -- it's -- again, I don't want

10:12:05   10  to misrepresent if it's a Panasonic or an LG patent.  I

10:12:09   11  know there's --

10:12:10   12  Q.  There's two?

10:12:12   13  A.  Right.

10:12:13   14  Q.  So whatever those two are, do you know whether the

10:12:18   15  Panasonic agreement with the Plaintiffs put any special

10:12:23   16  significance on those two?  Do you know one way or the

10:12:26   17  other?

10:12:26   18  A.  I know that the agreement was transferring the patents,

10:12:44   19  and the agreement was to -- and the spirit of the agreement

10:12:47   20  was to transfer patents in the LTE space.

10:12:50   21  Q.  Sir, if you'd please just stay with my question.

10:12:53   22        Do you know whether the two patents that are in

10:12:55   23  this case that originated with Panasonic were given any

10:12:58   24  special significance in the Panasonic agreement?  Do you

10:13:00   25  know that, sir?

10:13:01   1          THE COURT:  Mr. Mueller, if you think the witness

10:13:04   2    is non-responsive, you don't need to tell him to stay with

10:13:07   3    your question.  You need to raise it with the Court.  I'll

10:13:10   4    deal with any non-responsiveness.

10:13:12   5          MR. MUELLER:  Thank you, Your Honor.

10:13:13   6          THE COURT:  Restate your question, and then we'll

10:13:15   7    get the witness to answer.

10:13:16   8    Q.  (By Mr. Mueller)  Sir, do you know whether the

10:13:17   9    agreement between Panasonic and the five companies that are

10:13:21   10   the Plaintiffs in this case attached any special

10:13:24   11   significance to the two Panasonics -- Panasonic patents in

10:13:33   12   this case?

10:13:33   13   A.  I do not.

10:13:34   14   Q.  Let's go to the third -- well, may we turn to the LG

10:13:43   15   agreement, sir?

10:13:46   16   A.  Yes.

10:13:46   17   Q.  Under the Plaintiffs' agreement with LG, what did LG

10:13:55   18   receive?

10:13:55   19   A.  LG received a payment.

10:14:07   20   Q.  How much?

10:14:14   21   A.  I believe it to be around $30 million.

10:14:18   22   Q.  What did the Plaintiffs receive in return?

10:14:27   23   A.  We received the patents from LG.

10:14:35   24   Q.  How many?

10:14:36   25   A.  Again, it was several hundred, maybe a thousand.

```
10:14:48   1   Q.  Which of those thousand patents are asserted in this
10:14:56   2   case?
10:14:56   3   A.  Again, and I don't want to misrepresent, but if you say
10:15:05   4   that the '284 and the '557 were Panasonic, then the '833
10:15:15   5   and the '332 should be LG.
10:15:17   6   Q.  Sir, I'm asking:  Do you know?
10:15:20   7   A.  Yes, I believe it to be the '833 and the '332.
10:15:24   8   Q.  Were the '833 and the '332 given any special
10:15:34   9   significance in the agreement with LG?
10:15:41  10   A.  Not that I recall.
10:15:42  11   Q.  Now, have we have gone through all three agreements for
10:15:48  12   this case, sir?
10:15:49  13   A.  Yes, I believe so.
10:15:56  14   Q.  Under those agreements, the Plaintiffs received
10:16:00  15   thousands and thousands of patents, correct?
10:16:09  16   A.  Yes.
10:16:09  17   Q.  Sir, you don't recall any evidence in these three
10:16:14  18   agreements that the five patents in this case were given
10:16:17  19   special significance, correct?
10:16:31  20   A.  I -- I don't recall exactly.  They -- they could have
10:16:36  21   been -- there could have been references to -- to
10:16:41  22   technologies.  I -- I don't recall exactly in the exhibits.
10:16:44  23   Q.  As you sit here today, you don't recall any such
10:16:47  24   evidence, do you?
10:16:48  25   A.  I don't recall.
```

10:16:54  1    Q.  Sir, did you speak with Mr. Sheasby on direct

10:16:58  2    examination about licenses to these patents?

10:17:01  3    A.  Yes.

10:17:03  4    Q.  Now, you didn't mean to suggest those licenses were

10:17:06  5    just for the five patents in this case, did you?

10:17:08  6    A.  No, I did not.

10:17:13  7    Q.  Because they're not, the licenses are more than that;

10:17:18  8    is that right, sir?

10:17:18  9    A.  Yes.

10:17:23  10   Q.  Are they licenses to the whole portfolios?

10:17:32  11   A.  Yes, they are.

10:17:33  12   Q.  May we talk a bit more about these licenses?

10:17:40  13   A.  Sure.

10:17:40  14   Q.  Let me show you another statement from the opening.

10:17:46  15        MR. MUELLER:  This is Page 216, Lines 23, to Page

10:17:51  16   217, Line 6.

10:17:52  17   Q.  (By Mr. Mueller)  And Mr. Sheasby said:  So, to be

10:18:01  18   clear, LG, Panasonic, and Samsung, who participated in the

10:18:04  19   creation of those standards, LG, Panasonic, and Samsung

10:18:08  20   patents, which are licensed by essentially every other

10:18:12  21   major LTE phone manufacturer in the United States.

10:18:15  22        Were you here for that statement, sir?

10:18:17  23   A.  Yes, I was.

10:18:21  24   Q.  And do you agree that essentially every other major LTE

10:18:25  25   phone manufacturer in the United States has licensed these

| | | |
|---|---|---|
| 10:18:29 | 1 | patents? |
| 10:18:45 | 2 | A.  Generally, a large portion of it have. |
| 10:18:53 | 3 | MR. MUELLER:  Move to strike as non-responsive. |
| 10:18:57 | 4 | THE COURT:  Overruled. |
| 10:18:59 | 5 | Q.  (By Mr. Mueller)  Let's go through -- may we go through |
| 10:19:02 | 6 | some specific companies, sir? |
| 10:19:04 | 7 | A.  Yes.  Sorry. |
| 10:19:12 | 8 | MR. MUELLER:  Let's pull up PDX-1.13, which is a |
| 10:19:16 | 9 | slide from the opening statement. |
| 10:19:18 | 10 | Q.  (By Mr. Mueller)  Did you see this yesterday, sir? |
| 10:19:20 | 11 | Let's wait until it's pulled up here. |
| 10:19:30 | 12 | You saw this in the opening statement, sir? |
| 10:19:32 | 13 | A.  Yes, I did. |
| 10:19:35 | 14 | Q.  And do you see there's a list of companies on the |
| 10:19:37 | 15 | bottom there? |
| 10:19:47 | 16 | A.  Yes, I see the list. |
| 10:19:49 | 17 | Q.  And these are companies that have some relationship to |
| 10:19:52 | 18 | the cellular industry? |
| 10:19:53 | 19 | A.  I -- I believe that to be.  I see a number of the |
| 10:20:08 | 20 | companies there that I recognize. |
| 10:20:10 | 21 | Q.  May we go through a few of them? |
| 10:20:13 | 22 | A.  Yes. |
| 10:20:13 | 23 | Q.  Hitachi.  Hitachi has not taken a license to the |
| 10:20:19 | 24 | Plaintiffs' patents, correct? |
| 10:20:20 | 25 | A.  No, they haven't. |

| | | |
|---|---|---|
| 10:20:26 | 1 | Q.  Siemens has not taken a license to the Plaintiffs' |
| 10:20:30 | 2 | patents, correct? |
| 10:20:31 | 3 | A.  No. |
| 10:20:36 | 4 | Q.  Sony has not taken a license to the Plaintiffs' |
| 10:20:40 | 5 | patents, correct? |
| 10:20:40 | 6 | A.  No. |
| 10:20:47 | 7 | Q.  IBM has not taken a license to the Plaintiffs' patents, |
| 10:20:51 | 8 | correct? |
| 10:20:56 | 9 | A.  No. |
| 10:20:56 | 10 | Q.  Sharp has not taken a license to the Plaintiffs' |
| 10:21:01 | 11 | patents, correct? |
| 10:21:01 | 12 | A.  No. |
| 10:21:05 | 13 | Q.  GE has not taken a license to the Plaintiffs' patents, |
| 10:21:09 | 14 | correct? |
| 10:21:09 | 15 | A.  No. |
| 10:21:12 | 16 | Q.  Hewlett-Packard has not taken a license to the |
| 10:21:16 | 17 | Plaintiffs' patents, correct? |
| 10:21:17 | 18 | A.  No. |
| 10:21:20 | 19 | Q.  Nokia has not taken a license to the Plaintiffs' |
| 10:21:24 | 20 | patents, correct? |
| 10:21:24 | 21 | A.  I don't believe so. |
| 10:21:46 | 22 | Q.  Technicolor has not taken a license to the Plaintiffs' |
| 10:21:49 | 23 | patents, correct? |
| 10:21:50 | 24 | A.  No, they haven't. |
| 10:21:59 | 25 | Q.  Phillips has not taken a license to the Plaintiffs' |

| | | |
|---|---|---|
| 10:22:02 | 1 | patents, correct? |
| 10:22:03 | 2 | A.  No, they haven't. |
| 10:22:07 | 3 | Q.  And this list goes on, the list on the screen, doesn't |
| 10:22:11 | 4 | it? |
| 10:22:11 | 5 | A.  Yes, it's a list, a large list. |
| 10:22:16 | 6 | Q.  Many, many companies have decided not to take a license |
| 10:22:19 | 7 | to the Plaintiffs' patents, correct? |
| 10:22:21 | 8 | A.  I can't agree with that as the way you phrased it. |
| 10:22:32 | 9 | Q.  Now, Plaintiffs have tried to -- we heard in your |
| 10:22:38 | 10 | direct examination have tried to approach various companies |
| 10:22:42 | 11 | about taking a license, right? |
| 10:22:43 | 12 | A.  Yes. |
| 10:22:44 | 13 | Q.  Including Walmart, correct? |
| 10:22:51 | 14 | A.  Yes. |
| 10:22:51 | 15 | Q.  There is no Walmart license, is there? |
| 10:22:56 | 16 | A.  No. |
| 10:22:57 | 17 | Q.  You approached Caterpillar, correct? |
| 10:23:00 | 18 | A.  Yes. |
| 10:23:04 | 19 | Q.  There is no Caterpillar license, right? |
| 10:23:08 | 20 | A.  Correct. |
| 10:23:11 | 21 | Q.  You approached Amazon, correct? |
| 10:23:18 | 22 | A.  Yes. |
| 10:23:18 | 23 | Q.  There is no Amazon license, is there? |
| 10:23:21 | 24 | A.  No. |
| 10:23:23 | 25 | Q.  You approached Sony, correct? |

318

| | | |
|---|---|---|
| 10:23:27 | 1 | A.  Yes. |
| 10:23:31 | 2 | Q.  There is no Sony license, is there? |
| 10:23:34 | 3 | A.  No. |
| 10:23:34 | 4 | Q.  You approached Daimler, the car company, correct? |
| 10:23:40 | 5 | A.  Yes. |
| 10:23:40 | 6 | Q.  There is no Daimler license, is there? |
| 10:23:45 | 7 | A.  No. |
| 10:23:46 | 8 | Q.  You approached Phillips, correct? |
| 10:23:48 | 9 | A.  I don't recall if we approached Phillips. |
| 10:23:59 | 10 | Q.  You approached Polaroid, correct? |
| 10:24:07 | 11 | A.  Yes. |
| 10:24:08 | 12 | Q.  There is no Polaroid license, is there? |
| 10:24:10 | 13 | A.  No. |
| 10:24:11 | 14 | Q.  You approached Hyundai, the car company, correct? |
| 10:24:16 | 15 | A.  Yes. |
| 10:24:18 | 16 | Q.  There is no Hyundai license, is there? |
| 10:24:24 | 17 | A.  No. |
| 10:24:25 | 18 | Q.  You approached Honda, correct? |
| 10:24:32 | 19 | A.  Yes. |
| 10:24:33 | 20 | Q.  There is no Honda license, is there? |
| 10:24:35 | 21 | A.  No. |
| 10:24:40 | 22 | Q.  You approached Hewlett-Packard, correct? |
| 10:24:42 | 23 | A.  Yes. |
| 10:24:46 | 24 | Q.  There is no Hewlett-Packard license, is there? |
| 10:24:48 | 25 | A.  No. |

| | | |
|---|---|---|
| 10:24:49 | 1 | Q.  You approached Best Buy, correct? |
| 10:24:51 | 2 | A.  Yes. |
| 10:24:55 | 3 | Q.  There is no Best Buy license, is there? |
| 10:24:58 | 4 | A.  No. |
| 10:24:59 | 5 | Q.  So any suggestion that you approach companies, seek a |
| 10:25:03 | 6 | license, and they take it automatically, that's just not |
| 10:25:06 | 7 | true, is it? |
| 10:25:18 | 8 | A.  I can't agree with that a hundred percent. |
| 10:25:20 | 9 | Q.  Sir, the vast majority of the companies that you've |
| 10:25:23 | 10 | approached for a license haven't taken one, have they? |
| 10:25:26 | 11 | A.  No, not yet. |
| 10:25:39 | 12 | Q.  Not yet, right? |
| 10:25:41 | 13 | A.  No, they haven't. |
| 10:25:45 | 14 | Q.  Be very clear on this, the vast majority of the |
| 10:25:49 | 15 | companies that you've approached for a license have not |
| 10:25:52 | 16 | taken one, correct? |
| 10:25:52 | 17 | A.  There's more of a story to that question -- to help |
| 10:26:00 | 18 | answer that question. |
| 10:26:05 | 19 | Q.  The vast majority of the companies that you've |
| 10:26:08 | 20 | approached for a license have not taken a license, correct? |
| 10:26:16 | 21 | A.  I wouldn't characterize it that way. |
| 10:26:19 | 22 | Q.  Well, there is no license, we can agree on that? |
| 10:26:22 | 23 | THE COURT:  All right.  Let's -- let's stop this. |
| 10:26:24 | 24 | We're going to ask a straight question, and we're going to |
| 10:26:27 | 25 | get an answer, yes, no, or I don't know.  Okay?  Not I |

10:26:32   1   wouldn't characterize it that way.  We're not going to go

10:26:35   2   back and forth 16 times about this.

10:26:37   3          Ask the question again, Mr. Mueller.

10:26:40   4          MR. MUELLER:  Thank you, Your Honor.

10:26:41   5   Q.  (By Mr. Mueller)  The vast majority of the companies

10:26:43   6   that you've approached for a license to your portfolio,

10:26:48   7   including the five patents in this case, have not taken a

10:26:52   8   license, correct?

10:26:52   9   A.  Yes.

10:26:59  10          MR. MUELLER:  Let's please put up PDX-1.12.

10:27:04  11   Q.  (By Mr. Mueller)  Sir, did you see this slide in the

10:27:08  12   opening statement yesterday from the Plaintiffs?

10:27:10  13   A.  Yes, I did.

10:27:14  14   Q.  And these are the five companies that did take a

10:27:17  15   license, right?

10:27:17  16   A.  Yes.

10:27:22  17   Q.  Now, it wasn't just to the five patents in this case,

10:27:25  18   correct?

10:27:25  19   A.  Correct.

10:27:28  20   Q.  It was to the thousands of patents in the portfolio,

10:27:32  21   right?

10:27:32  22   A.  Yes.

10:27:41  23   Q.  May we go through these companies one-by-one?

10:27:44  24   A.  Yes.

10:27:45  25   Q.  Huawei is limited in its ability to sell in the U.S.

| | | |
|---|---|---|
| 10:27:50 | 1 | under federal law, correct -- or federal rulings, correct? |
| 10:27:54 | 2 | A.  Yes, I understand that there's restrictions. |
| 10:28:01 | 3 | Q.  -- because it's been deemed a security threat to the |
| 10:28:04 | 4 | U.S., correct? |
| 10:28:05 | 5 | A.  Yes, I understand that to be as you described. |
| 10:28:15 | 6 | Q.  Not a lot of Huawei phones being sold in the U.S. right |
| 10:28:18 | 7 | now, correct? |
| 10:28:19 | 8 | A.  Correct. |
| 10:28:21 | 9 | Q.  ZTE also does not sell very many phones in the U.S., |
| 10:28:25 | 10 | correct? |
| 10:28:25 | 11 | A.  Correct. |
| 10:28:29 | 12 | Q.  Its sales are focused in Asia, correct? |
| 10:28:36 | 13 | A.  That is incorrect. |
| 10:28:38 | 14 | Q.  Its sales are focused overseas, we can agree on that? |
| 10:28:43 | 15 | A.  Yes. |
| 10:28:43 | 16 | Q.  BlackBerry -- the original BlackBerry went bankrupt, |
| 10:28:50 | 17 | correct? |
| 10:28:50 | 18 | A.  They're -- yes.  I believe they went bankrupt.  I don't |
| 10:28:58 | 19 | specifically recall. |
| 10:28:59 | 20 | Q.  HTC also has suffered mightily with sales perspective, |
| 10:29:12 | 21 | correct? |
| 10:29:12 | 22 | A.  Yes. |
| 10:29:12 | 23 | Q.  And Kyocera sells in small volumes, as well, right? |
| 10:29:18 | 24 | A.  Ky -- Kyocera -- Kyocera sells devices in the -- I |
| 10:29:35 | 25 | wouldn't characterize it as small volumes.  I wouldn't -- I |

| | | |
|---|---|---|
| 10:29:40 | 1 | can't agree with that. |
| 10:29:41 | 2 | Q.  Kyocera is not one of the major phone suppliers in the |
| 10:29:44 | 3 | U.S., correct? |
| 10:29:45 | 4 | A.  Correct. |
| 10:29:45 | 5 | Q.  And that's the list, right, sir? |
| 10:29:48 | 6 | A.  Yes, that's the list on this chart. |
| 10:29:54 | 7 | Q.  So we have two companies, HTC and BlackBerry, that |
| 10:29:57 | 8 | either went bankrupt or are suffering mightily, correct? |
| 10:30:01 | 9 | A.  I see -- I see that. |
| 10:30:09 | 10 | Q.  We have Huawei and ZTE, which are barely allowed to |
| 10:30:13 | 11 | sell in the U.S., in the case of Huawei, and barely sell in |
| 10:30:23 | 12 | the U.S. in the case of ZTE, right? |
| 10:30:25 | 13 | A.  That's correct. |
| 10:30:25 | 14 | Q.  And we have Kyocera, correct? |
| 10:30:27 | 15 | A.  Yes. |
| 10:30:29 | 16 | MR. MUELLER:  So let's go back to Page 216, |
| 10:30:32 | 17 | Lines 23 to 217, Line 6, from the opening statement |
| 10:30:48 | 18 | yesterday. |
| 10:30:49 | 19 | Q.  (By Mr. Mueller)  Again, Mr. Sheasby made the |
| 10:30:51 | 20 | representation:  Licensed by essentially every other major |
| 10:30:55 | 21 | LTE phone manufacturer in the United States. |
| 10:30:59 | 22 | Sir, there are no licensees beyond the five that |
| 10:31:01 | 23 | we just looked at, correct? |
| 10:31:02 | 24 | A.  That's incorrect. |
| 10:31:16 | 25 | Q.  Sir, we just went through the five companies that are |

| | | |
|---|---|---|
| 10:31:19 | 1 | licensed to these patents, correct? |
| 10:31:22 | 2 | A.  Yes. |
| 10:31:22 | 3 | Q.  That's it, right? |
| 10:31:24 | 4 | A.  No. It's -- it's not. |
| 10:31:26 | 5 | Q.  Sir, there are no other licenses, correct?  We just |
| 10:31:32 | 6 | went through the list. |
| 10:31:35 | 7 | A.  Well, that was -- that was the list that you presented. |
| 10:31:38 | 8 | There's other licenses. |
| 10:31:40 | 9 | MR. MUELLER:  Can we go back to the -- the slide, |
| 10:31:43 | 10 | please?  This is PDX-1.12. |
| 10:31:46 | 11 | Q.  (By Mr. Mueller)  Sir, you understand this was |
| 10:31:48 | 12 | Plaintiffs' slide? |
| 10:31:49 | 13 | A.  Yes. |
| 10:31:52 | 14 | Q.  You understand these are the licenses that the |
| 10:31:54 | 15 | Plaintiff talked about in the opening statement? |
| 10:31:56 | 16 | A.  Yes. |
| 10:32:00 | 17 | Q.  It's not my slide, right? |
| 10:32:04 | 18 | A.  No. |
| 10:32:04 | 19 | Q.  Do you think every other major LTE phone manufacturer |
| 10:32:08 | 20 | is listed on this slide? |
| 10:32:09 | 21 | A.  No. |
| 10:32:14 | 22 | Q.  Now, you used to work at Google, correct? |
| 10:32:20 | 23 | A.  Yes. |
| 10:32:20 | 24 | Q.  Google makes phones? |
| 10:32:23 | 25 | A.  Yes, they do. |

| | | |
|---|---|---|
| 10:32:25 | 1 | Q. There is no Google license, is there? |
| 10:32:27 | 2 | A. No. |
| 10:32:27 | 3 | Q. Now, Google makes LTE phones, correct? |
| 10:32:30 | 4 | A. Yes. |
| 10:32:32 | 5 | Q. And they have for some time? |
| 10:32:34 | 6 | A. Yes. |
| 10:32:39 | 7 | Q. And you know those phones well because you worked at |
| 10:32:42 | 8 | Google, right? |
| 10:32:42 | 9 | A. Yes, I did work at Google. |
| 10:32:45 | 10 | Q. And there is no Google license to these patents, |
| 10:32:49 | 11 | correct? |
| 10:32:49 | 12 | A. Correct. |
| 10:32:57 | 13 | Q. Motorola makes phones, right? |
| 10:33:02 | 14 | A. Yes. |
| 10:33:02 | 15 | Q. And you worked at Motorola for some -- some time, as |
| 10:33:05 | 16 | well? |
| 10:33:06 | 17 | A. Yes. |
| 10:33:07 | 18 | Q. Motorola makes LTE phones, right? |
| 10:33:09 | 19 | A. Yes. |
| 10:33:13 | 20 | Q. In fact, fair to say Motorola was one of the earliest |
| 10:33:16 | 21 | suppliers of LTE phones to the market? |
| 10:33:18 | 22 | A. Yes. |
| 10:33:23 | 23 | Q. There is no Motorola license to these patents, correct? |
| 10:33:26 | 24 | A. That's incorrect. |
| 10:33:45 | 25 | Q. Incorrect.  You're saying there is a Motorola license |

10:33:48   1   to these patents?

10:33:49   2   A.   To some of the patents.

10:33:57   3   Q.   To the five patents in this case?

10:33:59   4   A.   Yes, I believe Motorola has a license to one of the

10:34:16   5   patents.

10:34:16   6   Q.   To one; is that right, sir?

10:34:19   7   A.   Yes.

10:34:21   8   Q.   And that's not something you discussed with the jury on

10:34:24   9   your direct examination, correct?

10:34:26  10   A.   No.

10:34:29  11   Q.   You didn't mention anything about a Motorola license,

10:34:31  12   did you?

10:34:32  13   A.   No.

10:34:37  14   Q.   And whatever you're referring to now doesn't cover four

10:34:43  15   of the patents in the case; do I have that right?

10:34:47  16   A.   Correct.

10:34:54  17   Q.   Sir, fair to say a very significant number of major

10:34:58  18   phone manufacturers do not -- have not taken a license to

10:35:03  19   these patents, correct?

10:35:03  20   A.   That is correct.

10:35:13  21   Q.   And any suggestion that the industry has recognized

10:35:17  22   that you have to take a license to these patents is not

10:35:20  23   true, is it?

10:35:21  24   A.   I wouldn't agree with that.

10:35:29  25   Q.   Last few questions.   Mr. Sheasby showed you a letter

| 10:35:33 | 1 | that your company sent to Apple in January 2017. |
| 10:35:38 | 2 | MR. MUELLER:  If you'd please pull up PDX-548a |
| 10:35:46 | 3 | [sic]. |
| 10:35:47 | 4 | Q.  (By Mr. Mueller)  This is the letter, right, sir? |
| 10:35:48 | 5 | A.  Yes. |
| 10:35:51 | 6 | Q.  This was sent in January of 2017, correct? |
| 10:35:58 | 7 | A.  Yes. |
| 10:35:59 | 8 | Q.  And, sir, this particular letter does not mention by |
| 10:36:03 | 9 | number any of the five patents in this case, does it? |
| 10:36:06 | 10 | A.  No, it does not. |
| 10:36:12 | 11 | Q.  Now -- |
| 10:36:16 | 12 | MR. MUELLER:  We can take that down. |
| 10:36:17 | 13 | Q.  (By Mr. Mueller)  When someone sends a letter like |
| 10:36:19 | 14 | that, in your experience, that doesn't mean they're |
| 10:36:22 | 15 | automatically entitled to be paid, correct? |
| 10:36:24 | 16 | A.  No, I wouldn't -- no. |
| 10:36:43 | 17 | Q.  You don't just get to send someone a letter and say, |
| 10:36:49 | 18 | pay me.  That's not right, is it? |
| 10:36:53 | 19 | A.  Can you repeat the question? |
| 10:37:06 | 20 | Q.  Sir, someone who owns patents can't just send a letter |
| 10:37:10 | 21 | and say, pay me, right? |
| 10:37:12 | 22 | A.  Yes, they can. |
| 10:37:16 | 23 | Q.  Well, they can say it.  That doesn't mean the person |
| 10:37:19 | 24 | who receives the letter has to do it, correct? |
| 10:37:21 | 25 | A.  They may -- well, they don't have -- have to at that |

| | | |
|---|---|---|
| 10:37:33 | 1 | instant, no. |
| 10:37:34 | 2 | Q.  And you talked with Mr. Sheasby about how patents are |
| 10:37:37 | 3 | like property lines, right? |
| 10:37:38 | 4 | A.  Not property lines.  We talked about property. |
| 10:37:45 | 5 | Q.  Property -- |
| 10:37:46 | 6 | MR. MUELLER:  Your Honor, may I approach the |
| 10:37:57 | 7 | easel? |
| 10:37:58 | 8 | THE COURT:  You may. |
| 10:37:59 | 9 | Q.  (By Mr. Mueller)  So let's say I have a property with a |
| 10:38:01 | 10 | boundary like this.  Do you see this, sir? |
| 10:38:03 | 11 | A.  Yes. |
| 10:38:04 | 12 | Q.  And I have neighbors on either side, one neighbor here |
| 10:38:09 | 13 | and one neighbor here.  Do you see that, sir? |
| 10:38:11 | 14 | A.  Yes. |
| 10:38:11 | 15 | Q.  And you were here for the -- the voir dire yesterday? |
| 10:38:13 | 16 | A.  For the what, I'm sorry? |
| 10:38:17 | 17 | Q.  I'm sorry, the jury selection process. |
| 10:38:19 | 18 | A.  I was not here in the morning. |
| 10:38:20 | 19 | Q.  Okay.  Fair enough. |
| 10:38:22 | 20 | A.  Yes. |
| 10:38:22 | 21 | Q.  But you see here I've drawn Neighbor 1, Neighbor 2.  Do |
| 10:38:28 | 22 | you see that, sir? |
| 10:38:29 | 23 | A.  Yes. |
| 10:38:29 | 24 | Q.  Now, as a matter of property, I don't get to move my |
| 10:38:32 | 25 | property line over here into my neighbor's yard, do I? |

10:38:35  1   A.  No.

10:38:40  2   Q.  Now, for patents, the property line is defined by the

10:38:43  3   claims in the patents, correct?

10:38:45  4   A.  You can characterize it that way, yes.

10:38:55  5   Q.  And were you here when I --- I tried to walk with the

10:38:58  6   jury through one example of a claim during my opening

10:39:01  7   statement?

10:39:01  8   A.  Yes, I was here.

10:39:02  9   Q.  That's an example of the property line for a patent,

10:39:05  10  the claim language, correct?

10:39:06  11  A.  The way you -- if you're characterizing it that way.

10:39:16  12  Q.  You've been working on patent issues for about 20-plus

10:39:19  13  years, right?

10:39:21  14  A.  Yes.

10:39:21  15  Q.  And you know that you don't get to move the lines in

10:39:24  16  your patents after the patent is issued?

10:39:31  17  A.  The claims -- correct, the claims are the claims.

10:39:34  18  Q.  And you understand you've got to prove your case

10:39:37  19  claim-by-claim before the ladies and gentlemen of the jury?

10:39:39  20  A.  I don't know if I can answer -- I'm not a legal expert.

10:39:49  21  So I just want to -- you know, I know we have the claims

10:39:53  22  and how we're trying to apply -- and we're showing that

10:39:56  23  we're applying the claims to the infringing technologies.

10:39:58  24  Q.  Last question.  In your direct examination by

10:40:02  25  Mr. Sheasby, you were not shown a single claim of a single

```
10:40:05   1   patent, correct?
10:40:06   2   A.  Correct.
10:40:13   3           MR. MUELLER:  Nothing further, Your Honor.
10:40:14   4           THE COURT:  You pass the witness?  Do you pass the
10:40:16   5   witness, Mr. Mueller?
10:40:16   6           MR. MUELLER:  I'm sorry, Your Honor.  I pass the
10:40:18   7   witness.  I pass the witness.
10:40:20   8           THE COURT:  All right.  Before we proceed with
10:40:23   9   Plaintiffs' redirect examination of this witness, ladies
10:40:25  10   and gentlemen, we're going to take a very short recess.
10:40:28  11   I'll ask you just to leave your juror notebooks closed in
10:40:32  12   your chairs.
10:40:33  13           Remember, don't discuss this case with yourselves
10:40:35  14   or anyone else, follow all my instructions, and we'll have
10:40:37  15   you back in here shortly to continue with the Plaintiffs'
10:40:40  16   redirect of Mr. Blasius.
10:40:42  17           The jury is excused for recess at this time.
10:40:46  18           COURT SECURITY OFFICER:  All rise.
10:40:48  19           (Jury out.)
10:41:02  20           THE COURT:  The Court stands in recess.
10:41:06  21           (Recess.)
11:03:54  22           (Jury out.)
11:03:54  23           COURT SECURITY OFFICER:  All rise.
11:03:56  24           THE COURT:  Be seated, please.
11:03:57  25           Let's bring in the jury, please, Mr. Elliott.
```

| | | |
|---|---|---|
| 11:04:04 | 1 | COURT SECURITY OFFICER:  All rise. |
| 11:04:32 | 2 | (Jury in.) |
| 11:04:33 | 3 | THE COURT:  Please be seated. |
| 11:04:34 | 4 | All right.  Plaintiff, you may proceed with |
| 11:04:36 | 5 | redirect of the witness. |
| 11:04:39 | 6 | MR. SHEASBY:  Thank you, Your Honor. |
| 11:04:39 | 7 | REDIRECT EXAMINATION |
| 11:04:39 | 8 | BY MR. SHEASBY: |
| 11:04:39 | 9 | Q.  Good morning, Mr. Blasius. |
| 11:04:42 | 10 | A.  Good morning. |
| 11:04:44 | 11 | MR. SHEASBY:  Mr. Huynh, can we have DDX-5? |
| 11:04:49 | 12 | Q.  (By Mr. Sheasby)  This slide was shown to you by |
| 11:04:55 | 13 | Mr. Mueller, fair? |
| 11:04:56 | 14 | A.  Yes. |
| 11:04:57 | 15 | Q.  And I think Mr. Mueller actually used the word |
| 11:05:01 | 16 | "copying" in trying to discuss this slide, suggesting that |
| 11:05:06 | 17 | Samsung copied Apple, correct? |
| 11:05:08 | 18 | A.  Yes. |
| 11:05:08 | 19 | Q.  And he was talking about the shape of the phone, fair? |
| 11:05:12 | 20 | A.  Yes. |
| 11:05:13 | 21 | Q.  Was he also talking about the icons on the phone? |
| 11:05:18 | 22 | A.  Yes, he was. |
| 11:05:19 | 23 | Q.  Does this case have anything to do with phone designs |
| 11:05:22 | 24 | or icons? |
| 11:05:24 | 25 | A.  No, not at all. |

| | | |
|---|---|---|
| 11:05:26 | 1 | Q.  Do you know why Mr. Mueller was talking to the jury |
| 11:05:31 | 2 | about phone designs and icons? |
| 11:05:33 | 3 | A.  No. |
| 11:05:36 | 4 | Q.  Now, I don't know if you -- if you look at the bottom |
| 11:05:41 | 5 | right-hand corner, it's the Samsung Galaxy S.  You see that |
| 11:05:47 | 6 | from February 2011? |
| 11:05:48 | 7 | A.  Yes. |
| 11:05:48 | 8 | Q.  And he accused Samsung of copying Apple based on that, |
| 11:05:53 | 9 | fair? |
| 11:05:53 | 10 | MR. MUELLER:  I'm going to object to the leading, |
| 11:05:57 | 11 | Your Honor. |
| 11:05:57 | 12 | THE COURT:  Restate your question, Mr. Sheasby. |
| 11:06:00 | 13 | Q.  (By Mr. Sheasby)  Did Mr. Mueller accuse Samsung of |
| 11:06:07 | 14 | copying Apple based on that phone? |
| 11:06:09 | 15 | A.  Yes, he did. |
| 11:06:10 | 16 | Q.  What does the word "4G" in that title mean, |
| 11:06:13 | 17 | Mr. Blasius? |
| 11:06:14 | 18 | A.  Fourth generation or also known as LTE. |
| 11:06:18 | 19 | Q.  So the phone on the right-hand corner in Apple's |
| 11:06:23 | 20 | demonstrative is an LTE phone, correct? |
| 11:06:25 | 21 | A.  Yes. |
| 11:06:29 | 22 | Q.  That's from February 2011? |
| 11:06:31 | 23 | MR. MUELLER:  Again, I'm going to object to the |
| 11:06:32 | 24 | leading. |
| 11:06:34 | 25 | THE COURT:  All right.  I'll sustain the leading. |

11:06:35  1  Q.  (By Mr. Sheasby)  What date is for that Galaxy S 4G/LTE

11:06:40  2  phone?

11:06:40  3  A.  February 2011.

11:06:43  4  Q.  When did Apple produce -- when did Apple produce its

11:06:54  5  first LTE phone?

11:06:55  6  A.  Not until 2012.

11:06:57  7  Q.  And what type of cellular communication was used in

11:07:01  8  that Apple 2007 phone?

11:07:04  9  A.  That was 2G GSM technology.

11:07:06  10  Q.  On what date did Apple introduce 4G?

11:07:10  11  A.  Apple introduced 4G in 2012.

11:07:16  12  Q.  Samsung -- based on this slide, what date did Samsung

11:07:21  13  use LG?

11:07:23  14  A.  For this phone, it was February 2011.

11:07:25  15  Q.  And do you have an understanding of -- of -- of exactly

11:07:28  16  how far in advance Samsung was ahead of Apple in LTE

11:07:36  17  technology?

11:07:36  18  A.  Almost two years.

11:07:38  19  Q.  And this is -- and what was the purpose that

11:07:40  20  Mr. Mueller used this slide to show, do you know, to the

11:07:45  21  jury?

11:07:45  22  A.  It was to show that there was a design change.

11:07:49  23  Q.  Does this -- in your understanding of the case, does

11:07:51  24  this relate in anyway whatsoever to the case?

11:07:53  25        MR. MUELLER:  Object to the leading, Your Honor.

| | | |
|---|---|---|
| 11:07:54 | 1 | THE COURT:  Sustained as to leading. |
| 11:08:06 | 2 | Restate the question, counsel. |
| 11:08:07 | 3 | Q.  (By Mr. Sheasby)  There is something on this -- do you |
| 11:08:09 | 4 | think that -- let me withdraw the question and let me ask |
| 11:08:10 | 5 | it this way. |
| 11:08:10 | 6 | THE COURT:  I want you to ask it in a non-leading |
| 11:08:12 | 7 | form.  This is direct examination. |
| 11:08:14 | 8 | Q.  (By Mr. Sheasby)  Did Mr. Mueller reference anything |
| 11:08:17 | 9 | about the 4G capacity of the phone he showed in this |
| 11:08:20 | 10 | exhibit? |
| 11:08:21 | 11 | A.  No, he did not. |
| 11:08:24 | 12 | Q.  Do you have an understanding as to why Mr. Mueller |
| 11:08:33 | 13 | chose not to disclose that to the jury? |
| 11:08:35 | 14 | A.  Because, in my opinion, I believe he was trying to |
| 11:08:42 | 15 | reference a copying of Samsung versus Apple because of a |
| 11:08:47 | 16 | design copy, not because of Samsung's use -- or Apple's use |
| 11:08:52 | 17 | of the LTE technology. |
| 11:08:58 | 18 | MR. SHEASBY:  Let's go to PDX-1.12. |
| 11:09:03 | 19 | Q.  (By Mr. Sheasby)  This is a slide Mr. Mueller showed |
| 11:09:09 | 20 | you? |
| 11:09:10 | 21 | A.  Yes. |
| 11:09:10 | 22 | Q.  Does Samsung have a license to all the patents-in-suit? |
| 11:09:15 | 23 | A.  Yes, they do. |
| 11:09:16 | 24 | Q.  Does Panasonic have a license to all the |
| 11:09:19 | 25 | patents-in-suit? |

| | | |
|---|---|---|
| 11:09:19 | 1 | A.  Yes, they do. |
| 11:09:23 | 2 | Q.  Does LG have a license to all the patents-in-suit? |
| 11:09:28 | 3 | A.  Yes, they do. |
| 11:09:29 | 4 | Q.  Does Huawei have a license to all the patents-in-suit? |
| 11:09:31 | 5 | A.  Yes, they do. |
| 11:09:33 | 6 | Q.  Collectively, what portion of the worldwide cellular |
| 11:09:37 | 7 | market do those four licensees represent? |
| 11:09:39 | 8 | A.  Probably over -- for those four licensees? |
| 11:09:46 | 9 | Q.  Yes, sir. |
| 11:09:47 | 10 | A.  Well, over -- the majority share, I would think. |
| 11:09:50 | 11 | Q.  So, as a matter of volume, what portion of the industry |
| 11:09:55 | 12 | is licensed to PanOptis's patents? |
| 11:10:04 | 13 | A.  As a matter of volume? |
| 11:10:05 | 14 | Q.  Yes. |
| 11:10:06 | 15 | A.  Likely over 600 million devices per year would be my |
| 11:10:14 | 16 | best estimate. |
| 11:10:15 | 17 | Q.  And as a percentage, what would that be? |
| 11:10:18 | 18 | A.  I would -- I would estimate it to be about 60 percent. |
| 11:10:25 | 19 | Q.  So your estimate, about 60 percent of the worldwide |
| 11:10:30 | 20 | cellular market is licensed to PanOptis's patents? |
| 11:10:34 | 21 | A.  Yes.  May even be a little bit higher.  I don't have |
| 11:10:41 | 22 | those numbers in front of me.  But it's the majority -- |
| 11:10:43 | 23 | majority of the other players in the market. |
| 11:10:47 | 24 | Q.  Now, do you know who manufactures Google's phones for |
| 11:10:53 | 25 | them? |

11:10:53  1   A.  HTC did the historical manufacturing of it.

11:10:55  2   Q.  So Mr. Mueller suggested that Google wasn't licensed to

11:11:02  3   the patents-in-suit, fair?

11:11:03  4   A.  He -- he did suggest that, yes.

11:11:04  5   Q.  HTC historically has manufactured Google phones; is

11:11:10  6   that fair?

11:11:10  7            MR. MUELLER:  Object to the leading, Your Honor.

11:11:12  8   Q.  (By Mr. Sheasby)  Who has historically manufactured

11:11:14  9   Google phones?

11:11:15  10            THE COURT:  Just a minute.  I know these leading

11:11:18  11   objections are tiresome, but if he's going to raise the

11:11:22  12   objection, which he has a right to do, you're going to have

11:11:25  13   to let me rule on it before you ask another question.

11:11:28  14            MR. SHEASBY:  I understand, Your Honor.

11:11:29  15            THE COURT:  Let's proceed in a non-leading

11:11:31  16   fashion.

11:11:32  17   Q.  (By Mr. Sheasby)  Who makes Google phones,

11:11:34  18   historically?

11:11:34  19   A.  HTC was one of their major providers.

11:11:38  20   Q.  Does -- what is the status of HTC as a licensee to

11:11:45  21   PanOptis's patents?

11:11:48  22   A.  They held the license for a long period of time to --

11:11:56  23   to our patents.

11:11:57  24   Q.  Now, Mr. Mueller referenced Siemens as someone who

11:12:02  25   doesn't have a license.  Do you have a recollection of

| | | |
|---|---|---|
| 11:12:04 | 1 | that? |
| 11:12:04 | 2 | A.   I do. |
| 11:12:04 | 3 | Q.   Do you have an understanding of whether Siemens sells |
| 11:12:12 | 4 | 4G/LTE phones? |
| 11:12:13 | 5 | A.   To my understanding, they do not.  And they have not |
| 11:12:15 | 6 | participated in the market for a very long time. |
| 11:12:18 | 7 | Q.   Do you have any idea why Mr. Mueller would be talking |
| 11:12:21 | 8 | about Siemens with this jury? |
| 11:12:24 | 9 | A.   From my perspective, he was trying to identify a number |
| 11:12:28 | 10 | of companies that were on an Apple internal document to try |
| 11:12:32 | 11 | to show that we didn't license a number of companies that |
| 11:12:35 | 12 | had existed in the marketplace, but these were a lot of |
| 11:12:40 | 13 | companies that don't participate in the cellular industry, |
| 11:12:43 | 14 | like Siemens, like -- there was another computer company on |
| 11:12:51 | 15 | there.  There were a number of other companies on this list |
| 11:12:55 | 16 | that do not produce devices in the marketplace. |
| 11:12:58 | 17 | Q.   Does Technicolor produce an LTE phone? |
| 11:13:01 | 18 | A.   No, it does not. |
| 11:13:02 | 19 | Q.   Does Caterpillar produce an LTE phone? |
| 11:13:05 | 20 | A.   They don't produce an LTE phone, no.  They -- they |
| 11:13:11 | 21 | don't produce it. |
| 11:13:14 | 22 |         MR. SHEASBY:   Now, let's go to PDX-13. |
| 11:13:17 | 23 | Q.   (By Mr. Sheasby)  You were here for the opening; is |
| 11:13:19 | 24 | that correct? |
| 11:13:19 | 25 | A.   Yes, I was. |

11:13:21  1  Q.  Do you have background knowledge regarding the history

11:13:26  2  of what's depicted on PDX-13?

11:13:29  3  A.  Yes.

11:13:29  4  Q.  Is PDX-13 factually accurate?

11:13:35  5  A.  Yes, it is.

11:13:37  6  Q.  Now, you'll see that Panasonic and Samsung and LG --

11:13:41  7  well, let me ask you this:

11:13:42  8        Where on this diagram is Apple's first iPhone?

11:13:48  9  It's right about there; is that fair?

11:13:50  10  A.  In, yes, late 2007.

11:13:53  11  Q.  And what was that iPhone?

11:13:55  12  A.  That was a 2G second generation iPhone.

11:14:01  13  Q.  And during that time period, do you have an

11:14:05  14  understanding of what Samsung, Panasonic, and LG were

11:14:08  15  building?

11:14:09  16  A.  From a device perspective?

11:14:12  17  Q.  From a network perspective?

11:14:14  18  A.  From a network perspective, they were already invested

11:14:20  19  in building the 4G/LTE network.

11:14:23  20  Q.  Do you have familiarity of whether Apple had any

11:14:25  21  meaningful role in 4G construction?

11:14:27  22  A.  No, it did not.

11:14:29  23  Q.  Now, Mr. Mueller talked about whether these patents had

11:14:39  24  any particular focus or attention paid to them.  Do you

11:14:43  25  remember that line of conversation?

| | | |
|---|---|---|
| 11:14:45 | 1 | A.  Yes. |
| 11:14:49 | 2 | Q.  Now, in your direct examination, you testified that |
| 11:14:51 | 3 | there were third-party patent -- third-party companies who |
| 11:14:55 | 4 | had ranked the PanOptis patents? |
| 11:14:57 | 5 | MR. MUELLER:  Objection, leading. |
| 11:14:58 | 6 | MR. SHEASBY:  I'll withdraw. |
| 11:15:01 | 7 | Q.  (By Mr. Sheasby)  In your testimony, did you discuss |
| 11:15:03 | 8 | third-party rankings? |
| 11:15:04 | 9 | A.  Yes, I did. |
| 11:15:05 | 10 | Q.  Do you have an understanding of whether there are any |
| 11:15:09 | 11 | third-party rankings of PanOptis's patents? |
| 11:15:12 | 12 | A.  Yes, I understand that Apple has -- uses a third-party |
| 11:15:17 | 13 | ranking. |
| 11:15:18 | 14 | Q.  Putting -- so I want to ask a specific question. |
| 11:15:21 | 15 | In your business, do you have personal familiar -- |
| 11:15:24 | 16 | familiarity with a database known as Innography? |
| 11:15:27 | 17 | A.  Yes. |
| 11:15:28 | 18 | Q.  Have PanOptis employees been trained on Innography? |
| 11:15:33 | 19 | A.  Yes, they have. |
| 11:15:35 | 20 | Q.  Have you received training from those PanOptis |
| 11:15:39 | 21 | employees about Innography? |
| 11:15:39 | 22 | A.  Yes. |
| 11:15:40 | 23 | Q.  Have you used Innography? |
| 11:15:41 | 24 | A.  Yes, I have. |
| 11:15:42 | 25 | Q.  You were here in -- were you here in opening when there |

| | | |
|---|---|---|
| 11:15:46 | 1 | was a discussion of Apple's use of Innography? |
| 11:15:50 | 2 | A.  Yes. |
| 11:15:51 | 3 | Q.  Do -- does the Innography database have scoring for the |
| 11:15:58 | 4 | patents that are at issue in this case? |
| 11:16:00 | 5 | A.  Yes, it does. |
| 11:16:07 | 6 | MR. SHEASBY:  So let's pull up PDX-2551 [sic]. |
| 11:16:21 | 7 | Q.  (By Mr. Sheasby)  Do you recognize PDX-2551 [sic], |
| 11:16:25 | 8 | Mr. Blasius? |
| 11:16:25 | 9 | A.  Yes. |
| 11:16:26 | 10 | Q.  What is it? |
| 11:16:26 | 11 | A.  This is the '332 patent. |
| 11:16:28 | 12 | Q.  Where is the source of this discussion of the '332 |
| 11:16:36 | 13 | patent? |
| 11:16:36 | 14 | A.  I'm -- I'm sorry? |
| 11:16:37 | 15 | Q.  Is this an Innography document, sir? |
| 11:16:40 | 16 | A.  Yes.  This -- this? |
| 11:16:42 | 17 | Q.  Yes, sir. |
| 11:16:43 | 18 | A.  Can you expand it, please?  I just want to -- yes, it's |
| 11:16:48 | 19 | an Innography document. |
| 11:16:49 | 20 | Q.  And on the left-hand side, you see where it says ETSI |
| 11:16:52 | 21 | LTE; do you see that language, sir? |
| 11:16:55 | 22 | A.  Yes. |
| 11:16:55 | 23 | Q.  And if you scroll down, do you see where it says, |
| 11:17:05 | 24 | current assignee, Optis Cellular and original assignee LG |
| 11:17:11 | 25 | Electronics? |

11:17:11   1   A.  Yes, I see that.

11:17:12   2          MR. SHEASBY:  And if you turn to Page 2 of this

11:17:16   3   document, and let's expand, Mr. Huynh, the strength score.

11:17:24   4   Q.  (By Mr. Sheasby)  Do you see where this -- what is that

11:17:30   5   passage in the '332 patent -- '332 Innography database

11:17:35   6   describing?

11:17:35   7   A.  It's describing that it's given a strength rating in

11:17:41   8   the 90th to 100 percentile of all of the patents in their

11:17:47   9   database.

11:17:47   10  Q.  This is a industry database prepared by third parties.

11:17:52   11  Do you have an understanding as to whether that's the case?

11:17:54   12  A.  Yes, that's my understanding.

11:17:56   13  Q.  You heard from opening that this database is something

11:18:00   14  that Apple uses?

11:18:01   15         MR. MUELLER:  Objection, Your Honor.  Lack of

11:18:02   16  foundation.

11:18:03   17         THE COURT:  Overruled.

11:18:07   18  A.  Yes, that's -- I heard that in the opening.

11:18:09   19  Q.  (By Mr. Sheasby)  So I want to -- Mr. Mueller was

11:18:12   20  suggesting that no one had pointed out the importance of

11:18:17   21  the five patents-in-suit.  Is that a fair characterization

11:18:24   22  of his testimony -- of his examination of you?

11:18:27   23         MR. MUELLER:  Objection, leading.

11:18:29   24         THE COURT:  Sustained.

11:18:29   25  Q.  (By Mr. Sheasby)  Did Mr. Mueller make any type of

| | | |
|---|---|---|
| 11:18:31 | 1 | suggestion whether someone had noted the importance of |
| 11:18:35 | 2 | these patents? |
| 11:18:36 | 3 | A.  I believe he did, yes. |
| 11:18:38 | 4 | Q.  And what was the suggestion that he made? |
| 11:18:39 | 5 | A.  I don't recall the specific language, but I was |
| 11:18:44 | 6 | thinking he was -- my recollection was that he was |
| 11:18:47 | 7 | suggesting that nobody had identified it within the |
| 11:18:51 | 8 | agreement. |
| 11:18:52 | 9 | Q.  Has -- |
| 11:18:53 | 10 | A.  And -- and that's how I -- I believe I inter -- that's |
| 11:18:59 | 11 | how I believe I answered. |
| 11:19:01 | 12 | Q.  Are each of the -- do you know whether each of the five |
| 11:19:05 | 13 | patents-in-suit are identified in the Innography database |
| 11:19:08 | 14 | and scored in the Innography database? |
| 11:19:10 | 15 | A.  Yes, they are. |
| 11:19:12 | 16 |         MR. SHEASBY:  So let's turn up 252, PX-252 [sic]. |
| 11:19:20 | 17 | This is for the '833 patent. |
| 11:19:22 | 18 | Q.  (By Mr. Sheasby)  Do you see that, sir? |
| 11:19:24 | 19 | A.  Yes. |
| 11:19:24 | 20 | Q.  And that's once again -- is -- is that in the |
| 11:19:27 | 21 | Innography database? |
| 11:19:28 | 22 | A.  It is. |
| 11:19:28 | 23 | Q.  And is it given a score in the Innography database? |
| 11:19:30 | 24 | A.  Yes, it is. |
| 11:19:31 | 25 |         MR. SHEASBY:  Let's pull up PX-2553. |

| | | |
|---|---|---|
| 11:19:36 | 1 | Q.  (By Mr. Sheasby)   What is 2523? |
| 11:19:46 | 2 | A.  This is the '284 patent. |
| 11:19:49 | 3 | Q.  Do you have an understanding as to whether the '284 |
| 11:19:52 | 4 | patent is in the Innography database? |
| 11:19:53 | 5 | A.  Yes, it is. |
| 11:19:57 | 6 | Q.  Do you have an understanding of what cellular |
| 11:20:00 | 7 | communication standard it's referenced under? |
| 11:20:02 | 8 | A.  Yes, it's LTE. |
| 11:20:03 | 9 | Q.  Is there a score for the '284 patent in the Innography |
| 11:20:09 | 10 | database? |
| 11:20:09 | 11 | A.  Yes. |
| 11:20:11 | 12 | MR. SHEASBY:  Let's go to PX-2554. |
| 11:20:15 | 13 | Q.  (By Mr. Sheasby)   What is this, Mr. Blasius? |
| 11:20:21 | 14 | A.  This is Innography's printout or reference to the |
| 11:20:29 | 15 | 555 -- excuse me, the '557 patent. |
| 11:20:30 | 16 | Q.  What standard does this Innography list the patent as |
| 11:20:34 | 17 | essential to? |
| 11:20:34 | 18 | A.  LTE. |
| 11:20:36 | 19 | Q.  Does this have a score for the '557 patent? |
| 11:20:41 | 20 | A.  Yes, it does. |
| 11:20:43 | 21 | MR. SHEASBY:  Let's go to PX-2555. |
| 11:20:49 | 22 | Q.  (By Mr. Sheasby)   What is this document? |
| 11:21:00 | 23 | A.  This is the '774 patent from the Innography database. |
| 11:21:02 | 24 | Q.  What does it list the '774 patent as related to? |
| 11:21:08 | 25 | A.  LTE. |

| | | |
|---|---|---|
| 11:21:08 | 1 | Q.  Does it have a score for the '774 patent, sir? |
| 11:21:12 | 2 | A.  Yes, it -- it does. |
| 11:21:14 | 3 | Q.  Did Mr. Mueller show you any of these scores of the |
| 11:21:21 | 4 | Innography database in your direct examination -- in your |
| 11:21:23 | 5 | cross-examination? |
| 11:21:23 | 6 | A.  No, he did not. |
| 11:21:25 | 7 | Q.  You were here in opening; is that correct, sir? |
| 11:21:37 | 8 | A.  Yes, I was. |
| 11:21:37 | 9 | Q.  Do you have an understanding of who uses the Innography |
| 11:21:39 | 10 | database? |
| 11:21:39 | 11 | A.  Yes, I understand that Apple uses it. |
| 11:21:43 | 12 | Q.  Apple's attorneys use it; is that your understanding? |
| 11:21:48 | 13 | MR. MUELLER:  Your Honor, lack of foundation. |
| 11:21:51 | 14 | Leading, as well. |
| 11:21:55 | 15 | MR. SHEASBY:  I withdraw the question. |
| 11:21:56 | 16 | THE COURT:  All right.  Ask your next question |
| 11:21:58 | 17 | then. |
| 11:21:58 | 18 | Q.  (By Mr. Sheasby)  Now, Mr. Mueller suggested -- did |
| 11:22:09 | 19 | Mr. Mueller make any suggestions regarding the amount of |
| 11:22:12 | 20 | work you put into trying to understand the patents-in-suit? |
| 11:22:15 | 21 | A.  Yes, he did. |
| 11:22:16 | 22 | Q.  About how many hours have you spent talking with |
| 11:22:20 | 23 | experts and trying to understand the patents-in-suit? |
| 11:22:29 | 24 | A.  In total, I would say it's probably been about 24 to 30 |
| 11:22:36 | 25 | hours in total. |

11:22:38  1   Q.  Sitting with experts --

11:22:39  2   A.  Yes.

11:22:39  3   Q.  -- and trying to understand?

11:22:44  4         MR. SHEASBY:  Well, let's turn back to PX-2551.

11:22:48  5   So let's blow this up.

11:22:50  6   Q.  (By Mr. Sheasby)  Do you know -- do you have an

11:22:53  7   understanding of what the technical importance of the '332

11:22:56  8   patent is, sir?

11:22:58  9         MR. MUELLER:  Your Honor, I'm going to object,

11:23:00  10  lack of foundation.  He hasn't read it.

11:23:05  11        MR. SHEASBY:  He's just testified he spent 24

11:23:08  12  hours sitting with experts to try to understand the patent,

11:23:11  13  and Mr. Mueller spent a lot of time on cross-examination

11:23:14  14  trying to suggest that he doesn't know anything about these

11:23:17  15  patents.  And I'm trying to establish that that's not

11:23:20  16  accurate.

11:23:20  17        THE COURT:  That's true.  But he's also testified

11:23:28  18  he didn't read the patent.

11:23:31  19        MR. SHEASBY:  He testified he didn't read all of

11:23:33  20  them -- all of it, Your Honor.

11:23:35  21        THE COURT:  Re-lay your foundation, Mr. Sheasby.

11:23:39  22  Q.  (By Mr. Sheasby)  Mr. Blasius, did you spend time

11:23:43  23  sitting with the independent experts in this case to try to

11:23:45  24  understand the technology in the patents-in-suit?

11:23:47  25  A.  Yes, I did.

11:23:53   1   Q.   As part of that, did they walk you through the critical

11:23:56   2   portions of the patents-in-suit?

11:23:57   3   A.   Yes.

11:23:58   4   Q.   Do you have personal knowledge of what you believe are

11:24:01   5   the importance -- the technical importance of the

11:24:05   6   patents-in-suit?

11:24:06   7   A.   Yes.

11:24:06   8   Q.   What's the technical importance of the '332 patent?

11:24:08   9   A.   From -- from a technical standpoint, it improves the

11:24:15   10  speed by which the handset receives information from the

11:24:18   11  network and -- and results in a data savings on the LTE

11:24:21   12  network.

11:24:22   13          MR. SHEASBY:   Let's go to 2552 -- Exhibit 2552.

11:24:28   14  Let's pull that up.

11:24:29   15  Q.   (By Mr. Sheasby)  By working with the experts, did you

11:24:32   16  gain an understanding of the importance of the '833 patent?

11:24:37   17  A.   Yes, I did.

11:24:39   18  Q.   What's your understanding of the importance?

11:24:43   19  A.   It basically optimizes the way reference signals or

11:24:47   20  certain signals are transmitted between the handset device

11:24:51   21  and the base station.

11:24:52   22  Q.   Does it result in a benefit?

11:24:53   23  A.   Yes, it results in a benefit.  And I -- my recollection

11:24:57   24  was it was about a 10 percent increase in data speeds

11:25:01   25  across the network.

11:25:02  1           MR. SHEASBY:  Let's go to 2554.

11:25:05  2  Q.  (By Mr. Sheasby)  Did you sit with experts to

11:25:14  3  understand the importance of the '557 patent?

11:25:15  4  A.  Yes, I did.

11:25:18  5  Q.  What was your understanding of the '557 patent's

11:25:21  6  importance, sir?

11:25:21  7  A.  The '557 patent has to do with how the network rapidly

11:25:26  8  allocates bandwidth to the device, and, therefore, results

11:25:30  9  in another speed increase for data being transmitted back

11:25:34  10  and forth between the handset and the network.

11:25:37  11  Q.  Do you know what type of benefit that actually

11:25:46  12  provides?

11:25:46  13  A.  I believe it's a .13 percent benefit increase.

11:25:52  14           MR. SHEASBY:  Why don't we go to PX-2555?

11:26:02  15  Q.  (By Mr. Sheasby)  This is the '774 patent.  Did you sit

11:26:04  16  with the independent experts to understand the importance

11:26:05  17  of the '774 patent?

11:26:06  18  A.  Yes, I did.

11:26:08  19  Q.  And what's your understanding of that?

11:26:09  20  A.  My understanding of this patent is that there was a

11:26:14  21  use and -- the use of multiple antennas in order to help

11:26:19  22  communicate and increase the data speeds between the base

11:26:22  23  stations and the handsets.

11:26:23  24  Q.  Do you know of any major cell phone manufacturer in the

11:26:29  25  United States other than Apple that does not have a license

| | | |
|---|---|---|
| 11:26:31 | 1 | to at least a portion of PanOptis's portfolio? |
| 11:26:33 | 2 | A.  Any other major cell phone manufacturer? |
| 11:26:38 | 3 | Q.  Yes. |
| 11:26:38 | 4 | A.  Besides who, I'm sorry? |
| 11:26:41 | 5 | Q.  Besides Apple. |
| 11:26:43 | 6 | A.  Besides Apple? |
| 11:26:43 | 7 | Q.  Yes. |
| 11:26:45 | 8 | A.  No. |
| 11:26:45 | 9 | Q.  Just one final question. |
| 11:26:48 | 10 | MR. SHEASBY:  Mr. Huynh, if we can have |
| 11:26:50 | 11 | Mr. Blasius's deposition testimony. |
| 11:26:52 | 12 | Q.  (By Mr. Sheasby)  At the beginning of your deposition, |
| 11:26:58 | 13 | Mr. Mueller, did he ask you questions about whether you |
| 11:27:01 | 14 | ever received -- whether you were ever paid directly by |
| 11:27:06 | 15 | PanOptis? |
| 11:27:06 | 16 | MR. MUELLER:  Your Honor, two things.  I didn't |
| 11:27:08 | 17 | take his deposition.  And, second, I'm not sure what the |
| 11:27:10 | 18 | purpose of referring to it now is. |
| 11:27:13 | 19 | MR. SHEASBY:  I'll withdraw the question. |
| 11:27:15 | 20 | Q.  (By Mr. Sheasby)  In Mr. Mueller's examination of you, |
| 11:27:18 | 21 | did he talk about who employs you and pays you? |
| 11:27:21 | 22 | A.  Yes, he did. |
| 11:27:22 | 23 | Q.  And he showed you a portion of your deposition |
| 11:27:25 | 24 | transcript, correct? |
| 11:27:26 | 25 | A.  Yes. |

| | | |
|---|---|---|
| 11:27:27 | 1 | Q.  And he suggested that you had never received a W-9 from |
| 11:27:32 | 2 | PanOptis.  Do you have an understanding of him trying to |
| 11:27:36 | 3 | suggest that? |
| 11:27:37 | 4 | A.  Yes. |
| 11:27:37 | 5 |         MR. SHEASBY:  Let's pull up Column 6, Lines 19 |
| 11:27:40 | 6 | through 23 of your deposition.  I believe that's PDF |
| 11:27:48 | 7 | page -- Mr. Huynh.  Let's pull up 18, Lines -- 6, Lines 18 |
| 11:28:01 | 8 | through 23.  I need all of it, Mr. Huynh. |
| 11:28:07 | 9 | Q.  (By Mr. Sheasby)  Question:  Have you ever received a |
| 11:28:13 | 10 | W-9 from PanOptis? |
| 11:28:14 | 11 |         Answer:  I believe when I first started at Marconi |
| 11:28:18 | 12 | Group, we were actually employed through PanOptis. |
| 11:28:20 | 13 |         Do you see that, sir? |
| 11:28:21 | 14 | A.  Yes. |
| 11:28:22 | 15 | Q.  And do you see below it says:  So I believe at some |
| 11:28:26 | 16 | point I was getting a paycheck or I was getting paid by |
| 11:28:30 | 17 | PanOptis. |
| 11:28:31 | 18 |         Do you see that, sir? |
| 11:28:32 | 19 | A.  Yes, I do see that. |
| 11:28:34 | 20 | Q.  Do you have any understanding why Mr. Mueller didn't |
| 11:28:38 | 21 | show that portion of your deposition to the jury? |
| 11:28:41 | 22 | A.  I -- I don't -- I don't have an understanding why he |
| 11:28:49 | 23 | didn't -- he omitted that.  I just -- |
| 11:28:49 | 24 |         THE COURT:  It calls for rank speculation.  Let's |
| 11:28:52 | 25 | move on. |

| | | |
|---|---|---|
| 11:28:52 | 1 | MR. SHEASBY:  I pass the witness, Your Honor. |
| 11:28:54 | 2 | THE COURT:  All right.  Is there additional cross? |
| 11:28:55 | 3 | MR. MUELLER:  There is, Your Honor. |
| 11:28:57 | 4 | THE COURT:  Okay.  Let's proceed with the |
| 11:29:01 | 5 | additional cross-examination. |
| 11:29:02 | 6 | MR. MUELLER:  Can you stay on that same page? |
| 11:29:06 | 7 | May I proceed, Your Honor? |
| 11:29:07 | 8 | THE COURT:  You may. |
| 11:29:08 | 9 | MR. MUELLER:  Thank you. |
| 11:29:08 | 10 | RECROSS-EXAMINATION |
| 11:29:08 | 11 | BY MR. MUELLER: |
| 11:29:08 | 12 | Q.  Sir, I asked you on your cross-examination where you |
| 11:29:12 | 13 | received your W-9 form from, correct? |
| 11:29:14 | 14 | A.  Yes, you did. |
| 11:29:15 | 15 | Q.  I didn't ask you where you had received it in the past. |
| 11:29:18 | 16 | I asked you where you receive it now, didn't I? |
| 11:29:20 | 17 | A.  I -- I believe -- I -- I don't recall specifically, but |
| 11:29:29 | 18 | that's how I understood you asking the question at the |
| 11:29:31 | 19 | time. |
| 11:29:31 | 20 | Q.  I didn't say, have you ever received a W-9 from |
| 11:29:35 | 21 | PanOptis, did I? |
| 11:29:36 | 22 | A.  Again, I'm sorry, I can't recall exact how -- I |
| 11:29:42 | 23 | understood you to be asking do you receive one now. |
| 11:29:46 | 24 | Q.  Sir, I was asking who your direct employer is; isn't |
| 11:29:50 | 25 | that what I was asking about? |

11:29:52   1   A.  Yes.

11:29:54   2          MR. MUELLER:  So let's go to the line right before

11:29:56   3   this.

11:29:57   4   Q.  (By Mr. Mueller)  Question -- or do you see this, sir?

11:29:59   5   Let me make sure you read it first.  Lines 15 through 17.

11:30:03   6   Please take a moment and review it.

11:30:15   7   A.  Okay.

11:30:15   8   Q.  Question:  Do you receive a W-9 from PanOptis?

11:30:20   9          Answer:  No, I do not.  I receive a W-9 from my --

11:30:25  10   from my direct employer, which is Hilco Global.

11:30:29  11          Were you asked that question, and did you give

11:30:31  12   that answer?

11:30:32  13   A.  Yes.

11:30:32  14   Q.  And, sir, that's, in fact, what I asked you on

11:30:35  15   cross-examination, who your direct employer is, right?

11:30:38  16   A.  I -- I believe so, yes -- yes.  I seem to recall that.

11:30:47  17          MR. MUELLER:  Mr. Lee, if we could please put up

11:30:51  18   PDX-4.4 -- or 4.5, the Samsung phone from 2006.

11:30:59  19   Q.  (By Mr. Mueller)  Sir, Mr. Sheasby asked you about the

11:31:19  20   Samsung phones that I asked you about on cross-examination,

11:31:23  21   correct?

11:31:23  22   A.  Yes.

11:31:23  23   Q.  And, now, you understand the representation was made

11:31:29  24   that Apple had fallen behind Samsung in innovation as of

11:31:33  25   this time period.  That was the representation made during

11:31:37   1   opening statements, right?

11:31:37   2   A.   I believe that's the representation he made, yes.

11:31:39   3   Q.   And I showed you these slides, and we walked through

11:31:42   4   the sequence of the phones in that time period, correct?

11:31:47   5   A.   Yes.

11:31:48   6   Q.   And you'd agree with me that when the iPhone was

11:31:51   7   introduced to the market, it was a pretty big success,

11:31:57   8   right?

11:31:57   9   A.   It was -- it was -- it was introduced.  It was a

11:31:59  10   successful product.

11:32:00  11   Q.   And folks in the market liked it, right?

11:32:02  12   A.   Some did, yeah.  Some did, yeah.

11:32:07  13   Q.   Quite a few did.  We can agree on that?

11:32:10  14   A.   It was a popular phone.

11:32:13  15   Q.   It was a very new form of cell phone than had existed

11:32:19  16   previously, correct?

11:32:21  17   A.   Yes.

11:32:21  18   Q.   And Samsung, in the years that followed, changed some

11:32:26  19   of its phones to mimic the iPhone, correct?

11:32:28  20   A.   They have a -- I can't agree to say that it's a mimic.

11:32:46  21   I mean, they have a similar design.

11:32:48  22        MR. MUELLER:   Well, let's advance to the next

11:32:51  23   slide, if we could, please.

11:32:51  24   Q.   (By Mr. Mueller)   And, sir, do you see here it's a

11:32:54  25   very, very similar design to the iPhone, right?

| | | |
|---|---|---|
| 11:32:57 | 1 | A.  Yes, it's a similar design. |
| 11:32:59 | 2 | Q.  Now, you said design a few times, right? |
| 11:33:02 | 3 | A.  Yes. |
| 11:33:02 | 4 | Q.  The design is actually how it works.  You press those |
| 11:33:07 | 5 | icons to turn on different applications, correct? |
| 11:33:13 | 6 | A.  In -- I -- I believe design to be something kind of |
| 11:33:17 | 7 | holistically.  It's the look and feel. |
| 11:33:20 | 8 | Q.  The look and feel of the device, right? |
| 11:33:22 | 9 | A.  Yes. |
| 11:33:22 | 10 | Q.  How you use it, correct? |
| 11:33:25 | 11 | A.  Yes. |
| 11:33:25 | 12 | Q.  And this was a very new way of using a cell phone, the |
| 11:33:30 | 13 | iPhone design, correct? |
| 11:33:32 | 14 | A.  It was a new way of using the phone. |
| 11:33:38 | 15 | MR. MUELLER:  And, Mr. Lee, if we can go back to |
| 11:33:42 | 16 | the 2006 Samsung phone for a moment, please. |
| 11:33:44 | 17 | Q.  (By Mr. Mueller)  This is a different design, correct? |
| 11:33:45 | 18 | A.  Yes, it is. |
| 11:33:49 | 19 | Q.  So if you're using this one, you would type on the |
| 11:33:52 | 20 | physical keyboard, correct? |
| 11:33:54 | 21 | A.  Yes. |
| 11:33:54 | 22 | Q.  You would use the track wheel in the middle, right? |
| 11:33:59 | 23 | A.  Yes. |
| 11:34:00 | 24 | Q.  And you would press those buttons in the center, |
| 11:34:02 | 25 | correct? |

11:34:02   1   A.   Correct.

11:34:03   2           MR. MUELLER:   Mr. Lee, if we could go back to this

11:34:07   3   slide we were just on.

11:34:08   4   Q.   (By Mr. Mueller)   Here, Mr. Blasius, a fundamentally

11:34:11   5   different way of using these devices, correct?

11:34:13   6   A.   Correct, of using the device.

11:34:16   7   Q.   There's no physical keyboard, right?

11:34:19   8   A.   There is not.

11:34:20   9   Q.   The device -- the screen can be transformed into a

11:34:25  10   keyboard or a video screen or an almost infinite number of

11:34:29  11   other things, right?

11:34:30  12   A.   Yes, that's correct.

11:34:31  13   Q.   And Apple came up with that, right?

11:34:34  14   A.   There were -- Apple developed the product for it, but

11:34:45  15   there were -- there were other products that did similar

11:34:48  16   things.

11:34:48  17   Q.   Sir, Apple and the iPhone was the pioneer for this type

11:34:52  18   of design where the icons are laid out in the fashion we

11:34:55  19   see here; isn't that true?

11:34:57  20   A.   I don't know if I can agree with that a hundred

11:35:08  21   percent, but they did launch that device, yes.

11:35:10  22   Q.   And in the years that followed, Samsung copied it,

11:35:14  23   right?

11:35:14  24   A.   Samsung -- I can't agree with that.   They -- they came

11:35:24  25   out with other devices.

11:35:25  1  Q.  Now, Mr. Sheasby, on the last direct examination,

11:35:29  2  directed your attention to the 4G in the right-hand corner,

11:35:33  3  right?

11:35:33  4  A.  Yes.

11:35:33  5  Q.  And suggested that Samsung was ahead of Apple with

11:35:37  6  respect to 4G, right?

11:35:41  7  A.  Yes.

11:35:42  8  Q.  Now, in this time period, 2010, 2011, 2012, the iPhone

11:35:48  9  was doing just fine in the market, wasn't it?

11:35:51  10  A.  It was a popular device.

11:35:53  11  Q.  It was a very popular device, wasn't it?

11:35:55  12  A.  Yes, but it's -- if -- it was popular.

11:36:04  13  Q.  And, sir, any suggestion that the iPhone had fallen on

11:36:08  14  hard times around 2011, that's just not true, is it?

11:36:12  15  A.  No, that's incorrect.

11:36:13  16  Q.  The iPhone had not fallen on hard times.  The i --

11:36:19  17  A.  I'm sorry, can you repeat the question?

11:36:22  18  Q.  I'll repeat the question.

11:36:23  19  A.  Yes.

11:36:24  20  Q.  The iPhone in 2011 had not fallen on hard times,

11:36:28  21  correct?

11:36:28  22  A.  That's an incorrect statement.

11:36:33  23  Q.  You're saying the iPhone wasn't popular in 2011?

11:36:36  24  A.  The iPhone was starting to fall behind other devices

11:36:40  25  that weren't offering that technology.

| | | |
|---|---|---|
| 11:36:43 | 1 | Q.  Sir, true or false, the iPhone was popular in 2011? |
| 11:36:50 | 2 | A.  It was a popular device, true. |
| 11:36:56 | 3 | Q.  Now, the LTE functionality in the iPhone in 2012 was |
| 11:37:00 | 4 | based on a Qualcomm chip, correct? |
| 11:37:02 | 5 | A.  In which device? |
| 11:37:09 | 6 | Q.  You mentioned the iPhone that was launched in 2012 with |
| 11:37:12 | 7 | LTE; do you recall that? |
| 11:37:13 | 8 | A.  Yes. |
| 11:37:13 | 9 | Q.  That used a Qualcomm baseband chip, right? |
| 11:37:19 | 10 | A.  I believe it did. |
| 11:37:20 | 11 | Q.  So Apple wasn't off copying Samsung's LTE and designing |
| 11:37:25 | 12 | some chip to copy Samsung; that never happened, did it? |
| 11:37:29 | 13 | A.  It was -- yes, it did.  They were using -- they were |
| 11:37:33 | 14 | using -- please repeat the question again. |
| 11:37:36 | 15 | Q.  Sure. |
| 11:37:37 | 16 | A.  Please repeat the question. |
| 11:37:38 | 17 | Q.  In 2012, Apple did not steal Samsung's LTE, copy it |
| 11:37:43 | 18 | into a chip, and stick that chip into their devices.  That |
| 11:37:49 | 19 | never happened, right? |
| 11:37:50 | 20 | A.  They used the technology of others. |
| 11:37:52 | 21 | Q.  Sir, what they actually did was buy chips from |
| 11:37:57 | 22 | Qualcomm, correct? |
| 11:37:57 | 23 | A.  They may have bought chips from Qualcomm. |
| 11:37:59 | 24 | Q.  And Qualcomm -- |
| 11:38:00 | 25 | A.  And they -- |

| | | |
|---|---|---|
| 11:38:01 | 1 | Q.  I'm sorry.  Please finish your answer. |
| 11:38:04 | 2 | A.  They bought chips from Qualcomm. |
| 11:38:07 | 3 | Q.  They bought chips from Qualcomm for LTE, right? |
| 11:38:11 | 4 | A.  They bought chips from Qualcomm to enable the LTE |
| 11:38:15 | 5 | functionality. |
| 11:38:15 | 6 | Q.  Qualcomm is a big player in LTE, right? |
| 11:38:17 | 7 | A.  They are one of. |
| 11:38:18 | 8 | Q.  One of the major players; is that true? |
| 11:38:22 | 9 | A.  They're one of the players, yes, that's true. |
| 11:38:26 | 10 | Q.  And Qualcomm actually makes baseband chips, correct? |
| 11:38:29 | 11 | A.  Yes, they do. |
| 11:38:30 | 12 | Q.  And that's what Apple did, it approached a chip |
| 11:38:34 | 13 | supplier who's a major player in LTE for chips, right? |
| 11:38:38 | 14 | A.  As you -- as you explained it, it approached -- yes, |
| 11:38:50 | 15 | okay. |
| 11:38:50 | 16 | Q.  And, sir, you, the Plaintiffs, these five companies, |
| 11:38:54 | 17 | have never approached Qualcomm about these five patents, |
| 11:38:57 | 18 | right? |
| 11:38:57 | 19 | A.  No, we haven't. |
| 11:39:00 | 20 | MR. MUELLER:  Your Honor, may I approach the |
| 11:39:03 | 21 | easel? |
| 11:39:06 | 22 | THE COURT:  You may. |
| 11:39:07 | 23 | Q.  (By Mr. Mueller)  Mr. Sheasby just now asked you about |
| 11:39:13 | 24 | the licenses of Panasonic, Samsung, and LG; do you recall |
| 11:39:19 | 25 | that? |

| | | |
|---|---|---|
| 11:39:19 | 1 | A.  Yes. |
| 11:39:20 | 2 | Q.  Now, Panasonic, Samsung, and LG are the original owners |
| 11:39:23 | 3 | of the patents in this case, right? |
| 11:39:25 | 4 | A.  Correct. |
| 11:39:26 | 5 | Q.  Who, sir, is the most significant phone supplier to |
| 11:39:40 | 6 | take a license to these patents other than the original |
| 11:39:42 | 7 | owners? |
| 11:39:46 | 8 | A.  Other than Panasonic, LG, and Samsung? |
| 11:39:52 | 9 | Q.  To the five patents in this case, who is the most |
| 11:39:56 | 10 | significant phone supplier to take a license other than the |
| 11:40:00 | 11 | original owners? |
| 11:40:02 | 12 | A.  Huawei. |
| 11:40:03 | 13 | Q.  Huawei.  And Huawei barely sells phones in the U.S., |
| 11:40:16 | 14 | correct? |
| 11:40:16 | 15 | A.  Yes, that's correct.  They have a small volume. |
| 11:40:21 | 16 | Q.  They've been deemed a security risk by the U.S. |
| 11:40:25 | 17 | Government? |
| 11:40:25 | 18 | MR. SHEASBY:  Your Honor, I object.  This is the |
| 11:40:27 | 19 | second time the suggestion has been made that there's |
| 11:40:27 | 20 | something improper about us giving a license to Huawei |
| 11:40:33 | 21 | based on a security risk.  I strongly object to this -- |
| 11:40:33 | 22 | MR. MUELLER:  I'll withdraw the question.  That's |
| 11:40:35 | 23 | not my suggestion, but I'll withdraw it. |
| 11:40:35 | 24 | THE COURT:  Well, let's move on.  This -- this |
| 11:40:37 | 25 | witness is not an expert on American security matters. |

11:40:40   1   He's not involved in the National Security Agency.  He only

11:40:44   2   knows what he's heard where everybody else has heard it.

11:40:47   3   That's not a proper area for examination.  Let's move on.

11:40:51   4        MR. MUELLER:  I understand.

11:40:52   5   Q.  (By Mr. Mueller)  And that -- that is a license you

11:40:54   6   would identify, sir, as the most significant phone supplier

11:40:57   7   license other than the original owners, correct?

11:40:59   8   A.  Yes.

11:41:02   9   Q.  Now, Google, your former employer, is a major phone

11:41:09  10   supplier today, correct?

11:41:10  11   A.  I wouldn't characterize them as major, no, that's

11:41:13  12   incorrect.

11:41:13  13   Q.  They sell phones in the U.S. market, correct?

11:41:16  14   A.  Yes.

11:41:17  15   Q.  And Google does not have a license to any of these

11:41:21  16   patents, correct?

11:41:25  17   A.  That's incorrect.  I believe they have a license to one

11:41:28  18   of the patents.

11:41:29  19   Q.  Google?

11:41:29  20   A.  Yes.

11:41:30  21   Q.  Now you're saying they do have a license to one of the

11:41:34  22   patents?

11:41:35  23   A.  Yes.  I think when you asked me before, I forgot about

11:41:45  24   a license that existed.  It was -- it was a pre-existing

11:41:50  25   license.

| | | |
|---|---|---|
| 11:41:50 | 1 | Q.  You forgot earlier when I asked you? |
| 11:41:53 | 2 | A.  Yes. |
| 11:41:53 | 3 | Q.  And what number patent does that license cover? |
| 11:41:57 | 4 | A.  Which number?  The '332 patent. |
| 11:41:59 | 5 | Q.  But not the other four? |
| 11:42:03 | 6 | A.  Excuse me, not the '332.  The '774 patent. |
| 11:42:07 | 7 | Q.  Not the other four? |
| 11:42:10 | 8 | A.  Correct. |
| 11:42:11 | 9 | Q.  Now, let's -- may we talk about this Innography |
| 11:42:16 | 10 | database? |
| 11:42:16 | 11 | A.  Yes. |
| 11:42:17 | 12 | Q.  You were just asked some questions about this by |
| 11:42:21 | 13 | Mr. Sheasby, right? |
| 11:42:22 | 14 | A.  Yes. |
| 11:42:23 | 15 | Q.  And this Innography database is maintained by some |
| 11:42:27 | 16 | company called Innography? |
| 11:42:29 | 17 | A.  Correct. |
| 11:42:29 | 18 | Q.  Now, let's be very clear, it's not an Apple database, |
| 11:42:33 | 19 | right? |
| 11:42:33 | 20 | A.  It's not an Apple database, no. |
| 11:42:35 | 21 | Q.  Apple didn't create this? |
| 11:42:38 | 22 | A.  No. |
| 11:42:39 | 23 | Q.  How many times have you used Innography? |
| 11:42:42 | 24 | A.  A couple of times. |
| 11:42:43 | 25 | Q.  Two? |

11:42:44  1   A.  In my role, I would -- have used it very few times.

11:42:49  2   Maybe twice.

11:42:50  3   Q.  Maybe twice?

11:42:51  4   A.  Yeah.

11:42:52  5   Q.  In 25 years, how many times have you used it total?

11:42:55  6   What, twice?

11:42:56  7   A.  It's not something that I would do.  Yeah, I don't use

11:43:00  8   it often.

11:43:01  9   Q.  Now, you've been a professional licensing -- you've

11:43:04  10  held professional licensing positions for over two decades,

11:43:08  11  correct?

11:43:08  12  A.  Yes.

11:43:08  13  Q.  And in all those years, you've used it at most twice?

11:43:14  14  A.  Correct.  In my role as not being a technologist, I

11:43:19  15  would not use it often, personally.

11:43:22  16  Q.  I'm sorry, I didn't mean to interrupt.  Did you finish

11:43:24  17  your answer?

11:43:25  18  A.  In my role I would not use that.

11:43:28  19  Q.  In your role in patent licensing, you would not use the

11:43:32  20  Innography database?

11:43:32  21  A.  I'm not a technologist, correct.

11:43:35  22  Q.  So you don't rely on the Innography database in your

11:43:38  23  role -- roles over the years, correct?

11:43:40  24  A.  We've used it.  But I personally do not use that in my

11:43:44  25  role.

| | | |
|---|---|---|
| 11:43:44 | 1 | Q.  And you have no idea how that thing was created, do |
| 11:43:47 | 2 | you? |
| 11:43:47 | 3 | A.  The database? |
| 11:43:49 | 4 | Q.  That's right? |
| 11:43:51 | 5 | A.  That's incorrect. |
| 11:43:52 | 6 | Q.  You don't know precisely who created those entries, do |
| 11:43:55 | 7 | you? |
| 11:43:56 | 8 | A.  Who created the entries?  No, I do not. |
| 11:44:00 | 9 | Q.  You've never spoken with those folks, have you? |
| 11:44:02 | 10 | A.  With the Innography, no. |
| 11:44:04 | 11 | Q.  You've never asked them how they did their work, right? |
| 11:44:08 | 12 | A.  I have not asked them how they do their work, but I |
| 11:44:11 | 13 | understand how they've -- aggregate the information. |
| 11:44:13 | 14 | Q.  Sir, you've only read it twice, and you've never spoken |
| 11:44:17 | 15 | to anyone at the company, correct? |
| 11:44:19 | 16 | A.  Correct. |
| 11:44:23 | 17 | Q.  Now, you showed the jury a few sheets that were taken |
| 11:44:26 | 18 | from that database, right? |
| 11:44:28 | 19 | A.  Yes. |
| 11:44:28 | 20 | Q.  Who gave those to you? |
| 11:44:31 | 21 | A.  Who gave those -- these? |
| 11:44:33 | 22 | Q.  Who gave the sheets from Innography you showed to the |
| 11:44:37 | 23 | jury, to you? |
| 11:44:38 | 24 |        MR. SHEASBY:  Your Honor, they're pre-admitted |
| 11:44:39 | 25 | exhibits.  They were given through this process.  I object |

| | | |
|---|---|---|
| 11:44:42 | 1 | to this line of questioning. |
| 11:44:43 | 2 | MR. MUELLER:  I can rephrase, Your Honor. |
| 11:44:44 | 3 | THE COURT:  All right.  Rephrase the question. |
| 11:44:47 | 4 | Q.  (By Mr. Mueller)  When was the first time you saw those |
| 11:44:51 | 5 | sheets of paper that were shown to the jury? |
| 11:44:52 | 6 | A.  When was the first time I saw those?  Recently.  In the |
| 11:45:02 | 7 | last -- within the last week. |
| 11:45:03 | 8 | Q.  Within the last week; is that right, sir? |
| 11:45:05 | 9 | A.  Pardon me? |
| 11:45:08 | 10 | Q.  Within the last week; is that right? |
| 11:45:10 | 11 | A.  Yes, yes. |
| 11:45:12 | 12 | Q.  Was it over the weekend? |
| 11:45:13 | 13 | A.  Within the last week, I've seen that -- that -- those |
| 11:45:32 | 14 | documents. |
| 11:45:32 | 15 | Q.  And before that, in all the years that your companies |
| 11:45:36 | 16 | have held these patents, you never looked at those sheets, |
| 11:45:40 | 17 | have you? |
| 11:45:40 | 18 | A.  No, I wouldn't do that in my role. |
| 11:45:44 | 19 | Q.  You didn't do that, did you? |
| 11:45:45 | 20 | A.  That's not something I would do in my role, no. |
| 11:45:50 | 21 | Q.  Sir, you didn't do that, did you? |
| 11:45:52 | 22 | A.  No. |
| 11:45:54 | 23 | Q.  Now, you talked to Mr. Sheasby just now about the |
| 11:45:59 | 24 | benefits of these patents; do you recall that? |
| 11:46:01 | 25 | A.  Yes. |

| | | |
|---|---|---|
| 11:46:01 | 1 | Q.   And you pointed to the percentile strength ratings in |
| 11:46:07 | 2 | this database, right? |
| 11:46:08 | 3 | A.   Yes. |
| 11:46:08 | 4 | Q.   This is a database that you've only read twice? |
| 11:46:11 | 5 | A.   Yes. |
| 11:46:15 | 6 | Q.   And you don't know how those strength ratings were |
| 11:46:18 | 7 | created, do you? |
| 11:46:18 | 8 | A.   No, that's incorrect. |
| 11:46:20 | 9 | Q.   Sir, you don't know how the folks who created those |
| 11:46:24 | 10 | ratings, what they looked at, do you? |
| 11:46:26 | 11 | A.   No, that's incorrect.  I do. |
| 11:46:29 | 12 | Q.   Well, you don't know it from talking to anyone at |
| 11:46:34 | 13 | Innography, we can agree on that? |
| 11:46:36 | 14 | A.   Correct. |
| 11:46:36 | 15 | Q.   Now, in terms of the benefits of the patents, you were |
| 11:46:43 | 16 | designated as a witness on that topic for your deposition, |
| 11:46:46 | 17 | correct? |
| 11:46:46 | 18 | A.   Yes. |
| 11:46:51 | 19 | Q.   And that meant you had a responsibility to speak on |
| 11:46:54 | 20 | behalf of these five companies, right? |
| 11:46:57 | 21 | A.   Yes. |
| 11:46:57 | 22 | Q.   And a responsibility to prepare yourself to speak on |
| 11:46:59 | 23 | those subjects, correct? |
| 11:47:04 | 24 | A.   Correct. |
| 11:47:04 | 25 | Q.   Now, to get ready to discharge that duty, you didn't |

| | | |
|---|---|---|
| 11:47:07 | 1 | speak to any of the inventors, right? |
| 11:47:09 | 2 | A.  Not directly. |
| 11:47:11 | 3 | Q.  On any of the five patents? |
| 11:47:15 | 4 | A.  Not directly. |
| 11:47:16 | 5 | Q.  And you didn't do any research yourself with respect to |
| 11:47:20 | 6 | the benefits for these patents, correct? |
| 11:47:24 | 7 | A.  No.  The technology is too complex for me.  I'm not a |
| 11:47:29 | 8 | technologist. |
| 11:47:30 | 9 | Q.  And aside from communications with the lawyers, which I |
| 11:47:33 | 10 | don't want you to get into, you weren't aware of any other |
| 11:47:36 | 11 | information with respect to the performance, reliability, |
| 11:47:40 | 12 | speed, or efficiency of these patents, correct? |
| 11:47:45 | 13 | A.  No.  I received that through communications with the -- |
| 11:47:52 | 14 | with the experts. |
| 11:47:53 | 15 | Q.  Sir, at your deposition, you were not able to give any |
| 11:47:57 | 16 | information about those subjects other than communications |
| 11:47:59 | 17 | with counsel, right? |
| 11:48:02 | 18 | A.  Correct. |
| 11:48:03 | 19 | Q.  And that meant you couldn't -- I'm sorry. |
| 11:48:05 | 20 | A.  Communications with -- with the experts. |
| 11:48:07 | 21 | Q.  Communications with the experts and your lawyers, |
| 11:48:10 | 22 | that's what you told us, right? |
| 11:48:11 | 23 | A.  Yes. |
| 11:48:12 | 24 | Q.  And so, as a consequence, you couldn't give us any |
| 11:48:15 | 25 | information at your deposition about how these patents |

11:48:18   1   relate to those subjects, right?

11:48:22   2   A.  Correct.  That's not something I would do in my course

11:48:25   3   of business.

11:48:25   4   Q.  You didn't give us that information at your deposition,

11:48:28   5   right?

11:48:28   6   A.  Can you repeat the question one more time?

11:48:33   7   Q.  Sir, when we had a chance to ask you questions before

11:48:37   8   trial, one of the topics that you were the company

11:48:41   9   spokesperson on was the benefits of these patents, correct?

11:48:45  10   A.  Yes.

11:48:45  11   Q.  And you were not able to talk about those topics with

11:48:48  12   any specificity because of fear of getting into

11:48:53  13   communications with lawyers, right?

11:48:54  14   A.  No, I did -- I talked about -- that's incorrect

11:48:57  15   actually.

11:48:57  16   Q.  You were not able to talk about any data demonstrating

11:49:03  17   that the features claimed in the patents-in-suit affect the

11:49:08  18   performance, reliability, speed, or efficiency of the

11:49:11  19   accused Apple products, correct?

11:49:20  20   A.  No.  Again, I believe I talked to the fact that they

11:49:22  21   increase speed and efficiencies across the next --

11:49:26  22   networks.

11:49:27  23   Q.  Sir, I'll ask it again.  At your deposition, you were

11:49:31  24   not able to give any information when asked the question:

11:49:35  25   If the Plaintiffs possess any data demonstrating that the

| | | |
|---|---|---|
| 11:49:39 | 1 | features claimed in the patents-in-suit affect the |
| 11:49:42 | 2 | performance, reliability, speed, or efficiency of the |
| 11:49:47 | 3 | accused Apple products. |
| 11:49:48 | 4 | Right? |
| 11:49:50 | 5 | A.  I believe I -- I don't believe I can answer that.  I |
| 11:50:02 | 6 | don't believe I can answer that question without a |
| 11:50:04 | 7 | fuller -- without a more in-depth explanation. |
| 11:50:07 | 8 | Q.  Sir, I can show you your deposition if that helps.  You |
| 11:50:15 | 9 | should have in front of your binder, Tab 1. |
| 11:50:19 | 10 | A.  Sure. |
| 11:50:20 | 11 | Q.  And, if you could, sir, please turn to Page 241, |
| 11:50:40 | 12 | Line 22, to Page 242, Line 13.  And please take your time |
| 11:50:48 | 13 | and review that and let me know when you're finished. |
| 11:50:50 | 14 | A.  Again, which -- so Page 241? |
| 11:51:10 | 15 | Q.  241 -- Page 241, Line 22, carrying over to Page 242, |
| 11:51:17 | 16 | Line 13. |
| 11:51:55 | 17 | A.  Okay. |
| 11:51:55 | 18 | Q.  Have you had a chance to read that, sir? |
| 11:51:57 | 19 | A.  Yes, I have. |
| 11:51:58 | 20 | Q.  And you see we asked you at your deposition, do the -- |
| 11:52:01 | 21 | and don't put it up on -- |
| 11:52:01 | 22 | MR. SHEASBY:  Your Honor, this is not proper |
| 11:52:05 | 23 | impeachment.  He didn't establish that he said something |
| 11:52:07 | 24 | different. |
| 11:52:07 | 25 | I also object on the rules of completeness.  The |

11:52:11  1  passage he's showing continues on through 243, and it

11:52:15  2  should all be shown if it's shown at all.

11:52:17  3          MR. MUELLER:  I'm happy to read all of it, Your

11:52:20  4  Honor.  I'm happy to read all of it, Your Honor --

11:52:20  5          THE COURT:  All right.  Gentlemen --

11:52:20  6          MR. MUELLER:  Sure.

11:52:22  7          THE COURT:  -- you're going to talk one at a time

11:52:23  8  in this courtroom, understand?

11:52:25  9          MR. SHEASBY:  I also object to any publication of

11:52:28 10  anything relating to attorney-client privilege in front of

11:52:31 11  the jury.

11:52:32 12          MR. MUELLER:  And, Your Honor, I don't need to

11:52:34 13  show this.  I was trying to refresh a witness's memory as

11:52:37 14  to what he was asked at his deposition.

11:52:39 15          THE COURT:  That's my understanding, Mr. Sheasby,

11:52:42 16  that this was not impeachment; it was refreshing

11:52:44 17  recollection.

11:52:45 18          MR. SHEASBY:  I don't know why it was published,

11:52:51 19  Your Honor, so I object on that basis.  If he's now saying

11:52:54 20  it's not that --

11:52:54 21          MR. MUELLER:  We don't need to publish it, Your

11:52:58 22  Honor.

11:52:58 23          THE COURT:  All right.  Let's proceed without

11:52:58 24  further publication.  You've refreshed the witness's

11:52:59 25  recollection.  Let's move on.

| | | |
|---|---|---|
| 11:53:01 | 1 | MR. MUELLER:  Thank you. |
| 11:53:02 | 2 | Q.  (By Mr. Mueller)  Sir, do you see you were asked |
| 11:53:04 | 3 | whether the Plaintiffs possessed any data demonstrating |
| 11:53:07 | 4 | that the features claimed in the patents-in-suit affect the |
| 11:53:11 | 5 | performance, reliability, speed, or efficiency of the |
| 11:53:13 | 6 | accused Apple products?  Do you see that, sir? |
| 11:53:15 | 7 | A.  Yes, I do. |
| 11:53:16 | 8 | Q.  And has your memory been refreshed that you did not |
| 11:53:21 | 9 | provide us with specific information on that subject? |
| 11:53:22 | 10 | A.  So, yes, in this instance, it's been refreshed.  But I |
| 11:53:30 | 11 | believe I provided additional information about the bit -- |
| 11:53:33 | 12 | the benefits overall received through -- to the -- the -- |
| 11:53:40 | 13 | from what the patents teach. |
| 11:53:42 | 14 | Q.  And Mr. Sheasby asked you about some of those benefits |
| 11:53:45 | 15 | a few minutes ago, right? |
| 11:53:47 | 16 | A.  Yes.  Those were -- and those were obtained through the |
| 11:53:51 | 17 | independent expert. |
| 11:53:52 | 18 | Q.  Right.  And you gave Mr. Sheasby your explanation of |
| 11:53:55 | 19 | some of the benefits, correct? |
| 11:53:56 | 20 | A.  Yes. |
| 11:53:59 | 21 | Q.  Sir, again, as of today, as you sit here in the witness |
| 11:54:04 | 22 | stand, you have not even read the entire five patents, |
| 11:54:08 | 23 | correct? |
| 11:54:08 | 24 | A.  No, not in their entirety.  I need -- it's something I |
| 11:54:15 | 25 | would need to do with the technologists. |

369

| | | |
|---|---|---|
| 11:54:18 | 1 | Q.  You haven't done it? |
| 11:54:19 | 2 | A.  No. |
| 11:54:20 | 3 | MR. MUELLER:  Pass the witness, Your Honor. |
| 11:54:22 | 4 | THE COURT:  Is there additional redirect? |
| 11:54:23 | 5 | MR. SHEASBY:  Just very briefly. |
| 11:54:25 | 6 | Let's pull up Page 243 of your deposition, Line 6, |
| 11:54:30 | 7 | and let's go over to Page 245, all the way through 246. |
| 11:54:30 | 8 | REDIRECT EXAMINATION |
| 11:54:37 | 9 | BY MR. SHEASBY: |
| 11:54:37 | 10 | Q.  Mr. Blasius -- |
| 11:54:43 | 11 | MR. MUELLER:  Your Honor, this is exactly what he |
| 11:54:44 | 12 | just objected to be published to the jury. |
| 11:54:46 | 13 | MR. SHEASBY:  Your Honor, I'm entitled to publish. |
| 11:54:48 | 14 | He's my witness.  I'm not -- |
| 11:54:49 | 15 | THE COURT:  I agree, he's entitled to publish it |
| 11:54:51 | 16 | with his witness. |
| 11:54:53 | 17 | Q.  (By Mr. Sheasby)  Excluding any information that your |
| 11:54:57 | 18 | attorneys or paid experts may have, do Plaintiffs possess |
| 11:55:00 | 19 | any evidence demonstrating that the features claimed in the |
| 11:55:03 | 20 | patents-in-suit -- |
| 11:55:03 | 21 | THE COURT:  Slow down, Mr. Sheasby. |
| 11:55:03 | 22 | Q.  (By Mr. Sheasby)  -- the features claimed in the |
| 11:55:04 | 23 | patents-in-suit affect the performance, reliability, speed, |
| 11:55:07 | 24 | or efficiency?  Do you see that? |
| 11:55:10 | 25 | A.  Yes, I see that. |

11:55:11   1   Q.  And did you give an answer that spanned four pages in

11:55:15   2   response to that?

11:55:16   3           MR. SHEASBY:  And let's scroll through that,

11:55:19   4   Mr. Huynh.

11:55:21   5   A.  Yes, I did.

11:55:22   6   Q.  (By Mr. Sheasby)  Did Mr. Mueller show any of that

11:55:24   7   testimony to you when he just examined you?

11:55:26   8   A.  No, he did not.

11:55:31   9   Q.  You -- you answered Mr. Mueller was asking about the

11:55:37  10   Innography database.  That's not something you do in your

11:55:44  11   role?

11:55:44  12   A.  No.

11:55:45  13   Q.  Is there someone at PanOptis who does do that for you?

11:55:50  14   A.  Yes.

11:55:50  15   Q.  Who is that?

11:55:51  16   A.  James Warden.

11:55:52  17   Q.  Has James Warden spoken with the Innography team?

11:55:56  18   A.  Yes, he has.

11:55:57  19   Q.  Do you know how the patent score is calculated?

11:56:00  20   A.  Yes, I understand at a high level.

11:56:02  21   Q.  What's your understanding?

11:56:03  22   A.  My understanding is that they use a lot of metrics

11:56:08  23   around patent quality metrics, forward citations, citations

11:56:15  24   of other patents that are used in patents at a later date,

11:56:21  25   or if they were mentioned previously, patents that had been

| | | |
|---|---|---|
| 11:56:26 | 1 | used in various proceedings, a number of quality metrics |
| 11:56:30 | 2 | that they -- they put in the patents. |
| 11:56:33 | 3 | Q. Do you know who uses the Innography database? |
| 11:56:36 | 4 | A. I'm sorry? |
| 11:56:37 | 5 | Q. Do you know who uses the Innography database? |
| 11:56:39 | 6 | A. Yes, other than -- |
| 11:56:42 | 7 | Q. PanOptis? |
| 11:56:42 | 8 | A. Than PanOptis?  Apple's lawyers, I know, use it. |
| 11:56:46 | 9 | Q. One final question.  In your experience -- you have |
| 11:56:49 | 10 | substantial experience in the cellular industry, fair? |
| 11:56:51 | 11 | A. Yes. |
| 11:56:51 | 12 | Q. In your experience, what would have happened if L -- |
| 11:56:54 | 13 | if -- if Apple would not have come out with the 4G phone in |
| 11:56:58 | 14 | 2012? |
| 11:56:58 | 15 | A. It would have lost market share. |
| 11:57:01 | 16 | Q. If Apple did not sell a 4G phone right now, what would |
| 11:57:06 | 17 | its market share be? |
| 11:57:08 | 18 | A. It would be very small. |
| 11:57:10 | 19 | MR. SHEASBY:  Pass the witness. |
| 11:57:11 | 20 | THE COURT:  Further cross-examination? |
| 11:57:13 | 21 | MR. MUELLER:  Very briefly, Your Honor. |
| 11:57:13 | 22 | RECROSS-EXAMINATION |
| 11:57:14 | 23 | BY MR. MUELLER: |
| 11:57:14 | 24 | Q. Mr. Blasius, you have absolutely no foundation for what |
| 11:57:21 | 25 | you just said, right? |

| | | |
|---|---|---|
| 11:57:22 | 1 | A.  I don't -- I don't agree with that. |
| 11:57:27 | 2 | Q.  You're offering a hypothetical that never happened, |
| 11:57:30 | 3 | correct? |
| 11:57:30 | 4 | A.  Which hypothetical? |
| 11:57:32 | 5 | Q.  About Apple's sales not being successful down the road, |
| 11:57:35 | 6 | correct? |
| 11:57:35 | 7 | A.  That's my assumption. |
| 11:57:37 | 8 | Q.  All right.  And the truth, sir, is that the iPhone has |
| 11:57:40 | 9 | been a popular device since it was introduced, correct? |
| 11:57:43 | 10 | A.  It's a popular device.  It's a popular wireless device. |
| 11:57:47 | 11 | Q.  It's a popular device that reflects a lot of innovation |
| 11:57:51 | 12 | by Apple, right? |
| 11:57:52 | 13 | A.  That is correct. |
| 11:57:54 | 14 | MR. MUELLER:  Nothing further. |
| 11:57:56 | 15 | THE COURT:  Anything further, Mr. Sheasby? |
| 11:57:57 | 16 | MR. SHEASBY:  Nothing further, Your Honor. |
| 11:57:58 | 17 | THE COURT:  You may step down, Mr. Blasius. |
| 11:58:01 | 18 | Miraculously, ladies and gentlemen, we are right |
| 11:58:16 | 19 | at the noon hour, so we're going to use this opportunity to |
| 11:58:19 | 20 | break for lunch.  I'm told by the clerk that your lunch is |
| 11:58:23 | 21 | waiting for you in the jury room. |
| 11:58:25 | 22 | I'm going to remind you to take your juror |
| 11:58:28 | 23 | notebooks with you over the lunch break.  Follow all the |
| 11:58:30 | 24 | instructions I've given you about your service as jurors in |
| 11:58:33 | 25 | this case, including especially not to discuss anything |

11:58:37   1   about the case with each other.

11:58:39   2          And after lunch, we'll have you back to continue

11:58:41   3   with the next witness for the Plaintiff.  We will attempt

11:58:45   4   to have you back in here by, or a little bit before, 1:00

11:58:49   5   o'clock, in that general time frame.

11:58:50   6          With that, ladies and gentlemen, you're excused

11:58:52   7   for lunch.

11:58:53   8          COURT SECURITY OFFICER:  All rise.

11:58:55   9          (Jury out.)

11:58:56  10          THE COURT:  All right.  Be seated.

11:59:20  11          Counsel, it's my understanding that based on

11:59:24  12   continuing discussions with the parties and the Court, we

11:59:27  13   are now in a position to go forward with Dr. Mahon's

11:59:33  14   testimony; is that correct?

11:59:34  15          MR. SHEASBY:  Yes, Your Honor.

11:59:35  16          THE COURT:  All right.  And he's to be followed by

11:59:38  17   several deposition witnesses?

11:59:39  18          MR. SHEASBY:  Yes.  So at least Ms. Mewes, and

11:59:42  19   that should get us through to the next afternoon break,

11:59:45  20   Your Honor.

11:59:45  21          THE COURT:  All right.  We're going to break until

11:59:47  22   about 12:25 or 12:30.  I'll expect to get lead and local

11:59:54  23   counsel in chambers about that time, and we will look at

11:59:58  24   the remaining deposition and counter-designation --

12:00:02  25   counter-designation disputes and see if we can't get those

```
12:00:06    1   knocked out, all right?

12:00:07    2           MR. SHEASBY:  Thank you, Your Honor.

12:00:07    3           MR. MUELLER:  Thank you, Your Honor.

12:00:07    4           THE COURT:  We stand in recess.

12:00:10    5           COURT SECURITY OFFICER:  All rise.

12:00:13    6           (Recess.)

12:01:29    7

            8                   CERTIFICATION

            9

           10       I HEREBY CERTIFY that the foregoing is a true and

           11   correct transcript from the stenographic notes of the

           12   proceedings in the above-entitled matter to the best of my

           13   ability.

           14

           15

           16    /S/ Shelly Holmes              8/4/2020
                SHELLY HOLMES, CSR, TCRR        Date
           17   OFFICIAL REPORTER
                State of Texas No.: 7804
           18   Expiration Date: 12/31/20

           19

           20

           21

           22

           23

           24

           25
```