IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:19-CV-00066-JRG |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Withdraw Mike McKool as Counsel (the "Motion"). (Dkt. No. 469.) Having considered the Motion and noting that it is unopposed, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Mike McKool shall no longer serve as counsel of record for plaintiffs in the above-captioned case.

ECF Notifications to Mr. McKool are to be terminated in the above-captioned matter.

**So ORDERED and SIGNED this 22nd day of January, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE