# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:19-CV-00066-JRG |

## ORDER

On January 22, 2021, the Court issued an Opinion and Order as to Bench Trial Together with Supporting Findings of Fact and Conclusions of Law (the "Opinion and Order"). (Dkt. No. 538.) The Opinion and Order was issued under seal out of caution that certain information contained therein may be confidential. However, in light of the public's interest in accessing judicial record, the Court believes that confidential information contained in limited portions of a judicial record does not justify maintaining the entire document under seal. As such, the Court intends to make a copy of the Opinion and Order publicly available, after confidential information has been redacted. The parties are therefore **ORDERED** to meet and confer, and file a notice with the Court within five (5) days of the date of the present Order, wherein the parties shall submit a redaction list specifying which portion or portions of the Opinion and Order they think need to be redacted and a brief explanation supporting each proposed redaction. Upon receiving such notice,

the Court will make the redactions where it sees as appropriate, and proceed to make the redacted version of the Opinion and Order publicly available.

**So Ordered this**

**Jan 24, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE