UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATEN MANAGEMENT, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Civil Action No. 2:19-cv-66-JRG |

**NOTICE OF PROPOSED REDACTIONS**

Pursuant to the Court's Order dated January 24, 2021, Dkt. No. 539, counsel for Plaintiffs met and conferred with counsel for Defendant regarding the proper scope of redactions for the Court's Opinion and Order as to Bench Trial Together with Supporting Findings of Fact and Conclusions of Law (Dkt. No. 538). The parties agreed upon the following proposed redactions:

| **Proposed Redaction** | **Explanation** |
|---|---|
| 1. [FF13]-[FF20] – entire paragraphs | 1. Confidential licensing negotiations |
| 2. [CL4] – the second sentence through the end of the paragraph | 2. Confidential licensing negotiations |

Dated: January 29, 2021

Respectfully submitted,

*/s/ Jason Sheasby*
Jason Sheasby (pro hac vice) – Lead Counsel
jsheasby@irell.com
Hong Zhong, PhD (pro hac vice)
hzhong@irell.com
Andrew J. Strabone (pro hac vice)
astrabone@irell.com
IRELL & MANELLA LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90064
Phone: (310) 203-7096; Fax: (310) 203-7199

Samuel F. Baxter
Texas State Bar No. 1938000
sbaxter@McKoolSmith.com

Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
McKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, TX 75670
Phone: (903) 923-9000; Fax: (903) 923-9099

Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@McKoolSmith.com
McKOOL SMITH, P.C.
300 W. 6th Street Suite 1700
Austin, TX 78701
Phone: (512) 692-8700; Fax: (512) 692-8744

M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
GRAY REED & MCGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Phone: (214) 954-4135; Fax: (469) 320-6901

**ATTORNEYS FOR PLAINTIFFS OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, AND PANOPTIS PATENT MANAGEMENT, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 29, 2021, a true and correct copy of the foregoing was served to all counsel of record via CM/ECF.

>  */s/ Jason Sheasby*
> Jason Sheasby