# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No. 2:19-cv-00066-JRG |

## UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

The Plaintiffs respectfully request that the Court enter the attached Final Judgment in the above-styled and numbered action to which the jury returned a unanimous verdict in favor of Plaintiff on August 11, 2020 (Dkt. No. 483) and the Court entered an Opinion and Order as to Bench Trial Together With Supporting Findings of Fact and Conclusions of Law on January 22, 2021 (Dkt. No. 538). The Defendant is not opposed to the entry of the attached Judgment. Accordingly, the Plaintiff requests that the Court enter the Agreed Final Judgment attached hereto as Exhibit A.

Dated: February 5, 2021                               Respectfully submitted,

                                                      */s/Samuel F. Baxter*
                                                      Samuel F. Baxter
                                                      Texas State Bar No. 1938000
                                                      sbaxter@McKoolSmith.com
                                                      Jennifer Truelove
                                                      Texas State Bar No. 24012906
                                                      jtruelove@McKoolSmith.com
                                                      McKOOL SMITH, P.C.

104 E. Houston Street, Suite 300
Marshall, TX 75670
Phone: (903) 923-9000; Fax: (903) 923-9099

Jason Sheasby (pro hac vice)
jsheasby@irell.com
Hong Zhong, PhD
hzhong@irell.com
IRELL & MANELLA LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90064
Phone: (310) 203-7096;
Fax: (310) 203-7199

Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@McKoolSmith.com
McKOOL SMITH, P.C.
300 W. 6th Street Suite 1700
Austin, TX 78701
Phone: (512) 692-8700;
Fax: (512) 692-8744

M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
GRAY REED & MCGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Phone: (214) 954-4135; Fax: (469) 320-6901

**ATTORNEYS FOR PLAINTIFFS OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, AND PANOPTIS PATENT MANAGEMENT, LLC**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served via electronic mail on all counsel of record on February 5, 2021.

*/s/ Samuel F. Baxter*
Samuel F. Baxter

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiffs have complied with the meet and confer requirement in Local Rule CV-7.  This motion is unopposed.

*/s/ Samuel F. Baxter*
Samuel F. Baxter
