**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No. 2:19-cv-00066-JRG |

**<u>FINAL JUDGMENT</u>**

# **FINAL JUDGMENT**

**WHEREAS** a jury trial commenced in this case on August 3, 2020 and the jury returned a unanimous verdict on August 11, 2020 (Dkt. No. 483);

**WHEREAS** following the conclusion of the jury trial, a bench trial was conducted on August 11, 2020 and the Court entered an Opinion and Order as to Bench Trial Together With Supporting Findings of Fact and Conclusions of Law on January 22, 2021 (Dkt. No. 538);

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the foregoing, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Apple has infringed one or more of the Asserted Claims;

2. The Asserted Claims are not invalid;

3. Apple's infringement of one or more of the Asserted Claims was willful;

4. Plaintiffs are hereby awarded damages from and against Apple and shall accordingly have and recover from Apple the sum of $506,200,000.00 U.S. Dollars as a royalty for past sales through the date of trial; and

5. Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid.

All other requests for relief regarding the above-captioned case, as well as any request for pre-judgment interest and the prevailing party's proposed Bill of Costs, shall be filed within 28 days of this Judgment.  All other relief requested by either party now pending before the Court and not specifically awarded herein is **DENIED**.

The Clerk is directed to CLOSE the above-captioned case.