# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | CIVIL ACTION NO. 2:19-CV-00066-JRG |

## ORDER

Before the Court are the following reciprocal motions to amend the admitted exhibit lists:

- Apple Inc.'s Unopposed Amended Motion for Leave to File Amended Jury and Bench Trial Admitted Exhibit Lists ("Apple's Amended Motion") (Dkt. No. 527); and

- Plaintiffs' [Amended] Unopposed Motion for Entry of Exhibits Omitted from Plaintiffs' Final Trial Exhibit List and Final Bench Trial Exhibit List ("Plaintiffs' Amended Motion") (Dkt. No. 529)

(collectively, the "Motions"). Having considered the Motions and noting that they are unopposed, the Court is of the opinion that they should be and hereby are **GRANTED**. The Court will issue amended exhibit lists on the docket.

Further, in light of Apple's Amended Motion, Apple Inc.'s Unopposed Motion for Leave to File Amended Jury and Bench Trial Admitted Exhibit Lists (Dkt. No. 525) is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 10th day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE