**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 2:19-cv-66-JRG <br><br> JURY TRIAL <br><br> Honorable Rodney Gilstrap |

**JOINT MOTION TO ENTER STIPULATED ORDER**
**ON EXECUTION OF JUDGMENT AGAINST DEFENDANT**

Plaintiffs Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet, LLC, Unwired Planet International Limited, and PanOptis Patent Management, LLC (collectively, "PanOptis") and Defendant Apple Inc. ("Apple") have agreed and jointly move the Court to enter an order as follows:

A.      PanOptis is the prevailing party in this matter.

B.      Apple will not be required to post bond or other security pending appeal.  PanOptis has agreed to accept the verification of Exhibit A to this Stipulated Order as sufficient evidence of Apple's present ability to satisfy any Judgment in this matter entered on February 25, 2021 ("Judgment in this matter" or "Judgment").

C.      Apple further agrees (i) to provide updated verifications, in the form of Exhibit B hereto, to PanOptis on a quarterly basis, confirming Apple's continuing ability to satisfy the

Judgment in this matter and (ii) to report to PanOptis, in the form of Exhibit C hereto, within seven days of Apple's determination that its ability to satisfy the Judgment in this matter is compromised.

D.      Apple agrees that, as provided in Exhibit A, it will pay any payment then due under the Judgment within 30 days after the Judgment becomes final, unappealable, and no longer subject to review in the Supreme Court of the United States by petition for writ of certiorari.

E.      In reliance on the certification of Exhibit A and Apple's obligations in paragraphs C and D immediately above, PanOptis agree that they will not execute before 30 days after the completion of proceedings provided as in paragraph D.

F.      Any party may move the Court for modification, failing agreement between the parties on such modification, under any circumstances which that party deems sufficient to justify modification.

**Signed and agreed as to form and content:**


Date:  March 9, 2021                    Respectfully submitted,

*/s/ Samuel F. Baxter*

Jason Sheasby (pro hac vice)
jsheasby@irell.com
Hong Zhong, PhD
hzhong@irell.com
IRELL & MANELLA LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90064
Phone: (310) 203-7096; Fax: (310) 203-7199

Samuel F. Baxter
Texas State Bar No. 1938000
sbaxter@McKoolSmith.com
Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
McKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, TX 75670
Phone: (903) 923-9000; Fax: (903) 923-9099

Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@McKoolSmith.com
McKOOL SMITH, P.C.
300 W. 6th Street Suite 1700
Austin, TX 78701
Phone: (512) 692-8700; Fax: (512) 692-8744

M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
GRAY REED & MCGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Phone: (214) 954-4135; Fax: (469) 320-6901

**ATTORNEYS FOR PLAINTIFFS OPTIS
WIRELESS TECHNOLOGY, LLC,
OPTIS CELLULAR TECHNOLOGY,
LLC, AND PANOPTIS PATENT
MANAGEMENT, LLC**


*/s/ Melissa R. Smith*

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX  75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

Mark D. Selwyn (pro hac vice)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Mindy Sooter (pro hac vice)
mindy.sooter@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP

1225 Seventeenth Street, Suite 2600
Denver, CO  80202
Telephone:  (720) 274-3135
Facsimile:  (720) 274-3133

Joseph J. Mueller (pro hac vice)
Timothy D. Syrett (pro hac vice)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Brittany Blueitt Amadi (pro hac vice)
brittany.amadi@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

**Attorneys for Defendant Apple Inc.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of March 2021.

*/s/  Melissa R. Smith*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiffs and counsel for Defendant have complied with the meet and confer requirement in Local Rule CV -7(h) regarding this Motion. The Parties are in agreement and are seeking joint relief.

*/s/ Melissa R. Smith*