# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, | § § § § § § § | CIVIL ACTION NO. 2:19-CV-00066-JRG |
| Plaintiffs, | § § § | |
| v. | § § | |
| APPLE INC., | § § § | |
| Defendant. | § § | |

## ORDER

    Before the Court is the Joint Motion to Enter Stipulated Order on Execution of Judgment Against Defendant (the "Motion") filed by Plaintiffs Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet, LLC, Unwired Planet International Limited, and PanOptis Patent Management, LLC (collectively, "PanOptis") and Defendant Apple Inc. ("Apple"). Dkt. No. 545. In the Motion, the parties stipulate that Apple will not be required to post bond or other security pending appeal, and PanOptis agrees to accept certain verifications of Apple's ability to satisfy the judgment in the above-captioned case.

    Having considered the Motion, and noting that it is filed jointly by the parties, the Court is of the opinion that it should be and hereby is **GRANTED**. The stipulated terms outlined in the Motion are hereby entered.

**So Ordered this**

**Mar 10, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE