# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:19-CV-00066-JRG |

## ORDER

Before the Court is Plaintiffs' Notice Regarding Agreed Bill of Costs (the "Notice"), (Dkt. No. 547.) In light of the Notice, the Court hereby **ORDERS** entry of a Bill of Costs in the amount **$ 225,000.00**.

**So Ordered this**

**Mar 25, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE