# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No. 2:19-cv-66-JRG<br><br>JURY TRIAL |

**PANOPTIS' NOTICE OF POTENTIAL TRIAL CONFLICT**

PanOptis submits this Notice of Potential Trial Conflict to inform the Court of a conflict involving PanOptis' lead trial counsel, Jason Sheasby.

Mr. Sheasby is lead trial counsel for the City of Pomona in *City of Pomona v. SQM North America Corp.*, Case No. 2:11-cv-00167-RGK-JEM, before Judge Klausner in the Central District of California. He first appeared as counsel for City of Pomona on August 25, 2020. *Id.*, Dkt. 598. The case relates to pollution in Pomona's groundwater allegedly caused by SQM North America. All trials in the Central District of California were suspended for a period of time because of COVID-19. As a result, on February 24, 2021, Judge Klausner *sua sponte* rescheduled trial for August 3, 2021. *Id.*, Dkt. 614. The case has been pending for more than a decade. The City of Pomona asked SQM North America to agree to a short continuance in an attempt to address the conflict. SQM North America agreed. The parties are now presenting the issue to Judge Klausner.

PanOptis will promptly update the Court as soon as it receives a determination from Judge Klausner.


Dated: June 7, 2021

Respectfully submitted,

*/s/ Jason Sheasby*

Jason Sheasby (pro hac vice – lead counsel)
jsheasby@irell.com
Hong Zhong, PhD
hzhong@irell.com
IRELL & MANELLA LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90064
Phone: (310) 203-7096; Fax: (310) 203-7199

Samuel F. Baxter
Texas State Bar No. 1938000
sbaxter@McKoolSmith.com
Jennifer Truelove

Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
McKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, TX 75670
Phone: (903) 923-9000; Fax: (903) 923-9099

Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@McKoolSmith.com
McKOOL SMITH, P.C.
300 W. 6th Street Suite 1700
Austin, TX 78701
Phone: (512) 692-8700; Fax: (512) 692-8744

M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
GRAY REED & MCGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Phone: (214) 954-4135; Fax: (469) 320-6901

**ATTORNEYS FOR PLAINTIFFS OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, AND PANOPTIS PATENT MANAGEMENT, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served via the Court's ECF system mail on all counsel of record on June 7, 2021.

/s/ *Jason Sheasby*
Jason Sheasby

10873791