**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, | § § § § § § § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | CIVIL ACTION NO.  2:19-CV-00066-JRG |
| APPLE INC., | § § | |
| *Defendant.* | § § | |

## <u>ORDER</u>

The Court issues this Order *sua sponte*. The parties are **ORDERED** to meet and confer and jointly submit a revised Juror Questionnaire. The parties are directed to review and consider the previous Juror Questionnaire submitted in this case, as well as the Court's Standing Order Regarding Use of Juror Questionnaires in Advance of *Voir Dire*. An editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge (Kecia_Clendening@txed.uscourts.gov) by 5 p.m. on July 19, 2021. The same should also be copied via email to Cason_Cole@txed.uscourts.gov.

**So ORDERED and SIGNED this 15th day of July, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE