IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*. | §§§§§§§§§§§§§§§ CIVIL ACTION NO. 2:19-CV-00066-JRG |

## **ORDER**

Before the Court is Plaintiffs' Motion for Ongoing Royalty (the "Motion") filed by Plaintiffs Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet, LLC, Unwired Planet International Limited, and PanOptis Patent Management, LLC (collectively, "Plaintiffs"). (Dkt. No. 556). In the Motion, filed on March 25, 2021, Plaintiffs request that the Court set an ongoing royalty for Apple's continuing infringement of at least one asserted claim of each of the patents-in-suit from the date of the verdict through the date on which the Court entered Judgment, and for the period after Judgment a continuing royalty. On April 14, 2021, the Court granted a new trial as to damages in the above-captioned case, vacating as to damages the Court's previous Judgment. (Dkt. Nos. 544, 585). Thus, there is currently no basis for which to award an ongoing royalty.

Accordingly, the Motion is **DENIED AS MOOT**.

So ORDERED and SIGNED this 6th day of August, 2021.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE