**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 2:19-cv-66-JRG<br><br>JURY TRIAL |

**PLAINTIFFS' RESPONSE TO APPLE'S PROFFER**

Plaintiffs respond to Apple's "Offer Of Proof Regarding The Value Of Features Known In The Prior Art," Dkt. 673, to correct the record. Apple's Offer of Proof states that the Court prevented Apple from introducing evidence of prior art in this trial. That is not true. Apple affirmatively told the Court in Chambers that it did not seek to cross-examine Prof. Madisetti on the issue of prior art. This was Apple's strategic decision. There has been no final decision or order from this Court on the issue of prior art at this retrial that has prevented Apple from presenting evidence on this issue.

Dated: August 12, 2021                               Respectfully submitted,

*/s/ Jason Sheasby*
Jason Sheasby (pro hac vice) – Lead Counsel
jsheasby@irell.com
Hong Zhong, PhD (pro hac vice)
hzhong@irell.com
Andrew J. Strabone (pro hac vice)
astrabone@irell.com
IRELL & MANELLA LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90064
Phone: (310) 203-7096; Fax: (310) 203-7199

Samuel F. Baxter
Texas State Bar No. 1938000
sbaxter@McKoolSmith.com
Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
McKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, TX 75670
Phone: (903) 923-9000; Fax: (903) 923-9099

Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@McKoolSmith.com

- 3 –

McKOOL SMITH, P.C.
300 W. 6th Street Suite 1700
Austin, TX 78701
Phone: (512) 692-8700; Fax: (512) 692-8744


M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
GRAY REED & MCGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Phone: (214) 954-4135; Fax: (469) 320-6901

**ATTORNEYS FOR PLAINTIFFS OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, AND PANOPTIS PATENT MANAGEMENT, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served via electronic mail on all counsel of record on August 12, 2021.

/s/ *Jason Sheasby*
Jason Sheasby