IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:19-CV-00066-JRG |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Optis" refers collectively to Optis Wireless Technology, LLC; Optis Cellular Technology, LLC; Unwired Planet, LLC; PanOptis Patent Management, LLC; and Unwired Planet International Limited.

- "Apple" refers to Apple Inc.

- A "FRAND" royalty refers to a fair, reasonable, and non-discriminatory royalty.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.

## READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.

## YOU SHOULD ANSWER BOTH QUESTIONS 1A AND 1B.

## QUESTION NO. 1a:

What sum of money, if any, paid by Apple now in cash, has Optis proven by a preponderance of the evidence would compensate Optis as a FRAND royalty for the damages resulting from infringement between February 25, 2019 and August 3, 2020?

Answer in United States Dollars and Cents, if any:

$ __300,000,000.00__

**QUESTION NO. 1b:**

Is the total amount you found in Question No. 1a a lump-sum for past and future sales or is it a running royalty for past sales only?

Check **one** of the following:

**Lump-sum**   ✓

—OR—

**Running Royalty**   _____

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _13_ day of August, 2021.

_____
Jury Foreperson