# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No. 2:19-cv-00066-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT APPLE INC.'S UNOPPOSED MOTION TO WITHDRAW AMY R. PEARLMAN AS COUNSEL

Before the Court is Apple Inc.'s Unopposed Motion to Withdraw Amy R. Pearlman as Counsel. The Court, having considered same, is of the opinion the motion should be GRANTED.

ActiveUS 189295295v.5