# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant. | Civil Action No. 2:19-cv-00066-JRG |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Apple wishes to advise the Court about the Federal Circuit's decision in *Apple Inc. v. Wi-LAN Inc.*, Nos. 2020-2011, 2020-2094 (Fed. Cir. Feb. 4, 2022) (attached hereto). The Federal Circuit vacated a damages judgment based on the expert testimony of David Kennedy, on the grounds that his comparable-license testimony was untethered to the actual facts of the case because he failed to sufficiently account for the differences between the licensed patents and the hypothetical negotiation. Slip Op. at 15-21, 25-26. The Federal Circuit's reasoning squarely supports Apple's challenge to Mr. Kennedy's opinions in this case, including his improper reliance on the Qualcomm agreements. *See* Apple's Motion For A New Trial at 7-9 (ECF 699); Apple's Rule 50(b) Motion For Judgment As A Matter Of Law at 8-14 (ECF 700).

Dated: February 9, 2022

Respectfully submitted,

*/s/ Melissa R. Smith*

Mark D. Selwyn (*pro hac vice*)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400 Palo Alto,
CA 94306 Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Mindy Sooter (*pro hac vice*)
mindy.sooter@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3135
Facsimile: (720) 274-3133

Joseph J. Mueller (*pro hac vice*)
Timothy D. Syrett (*pro hac vice*)
joseph.mueller@wilmerhale.com
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Brittany Blueitt Amadi (*pro hac vice*)
brittany.amadi@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue

                                                  Marshall, TX 75670
                                                  Telephone: (903) 934-8450
                                                  Facsimile: (903) 934-9257

                                                  *Attorneys for Defendant*
                                                  *Apple Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of the foregoing motion via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: February 9, 2022

                                                  */s/ Melissa R. Smith*
                                                  Melissa R. Smith