IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PATENT MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 2:19-cv-66-JRG <br><br> JURY TRIAL |

## MOTION REGARDING TRIAL DATE

Plaintiffs respectfully request that the Court reset the trial in this case currently scheduled to begin on February 6, 2026, to begin one business day later, on February 9, 2026.

Plaintiffs are ready for trial. Plaintiffs' lead counsel in this matter and another member of its trial team, however, are also trial counsel in *Quartz Auto Techs., LLC v. Lyft, Inc.*, 1:20-CV-00719-ADA (W.D. Tex.). Trial in that case is set for February 2, 2026, the same week as the trial in this case is currently scheduled. The court in that case set the trial date in October 2025. As the cases are currently scheduled, trial in the present matter and trial in *Quartz* will almost certainly conflict. Accordingly, Plaintiffs respectfully request the Court reset trial in this case to begin on February 9, 2026 to ensure Plaintiffs' counsel will be able to fully participate in both trials.

Dated: January 9, 2026

Respectfully submitted,

*/s/ Andrew Strabone*

Samuel F. Baxter

11525025

- 1 –

Texas State Bar No. 1938000
sbaxter@McKoolSmith.com
Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
McKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, TX 75670
Phone: (903) 923-9000; Fax: (903) 923-9099

Jason Sheasby (pro hac vice)
jsheasby@irell.com
Hong Zhong, PhD
hzhong@irell.com
Andrew Strabone
astrabone@irell.com
IRELL & MANELLA LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90064
Phone: (310) 203-7096; Fax: (310) 203-7199

Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@McKoolSmith.com
McKOOL SMITH, P.C.
300 W. 6th Street Suite 1700
Austin, TX 78701
Phone: (512) 692-8700; Fax: (512) 692-8744

M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
GRAY REED & MCGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Phone: (214) 954-4135; Fax: (469) 320-6901

**ATTORNEYS FOR PLAINTIFFS OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, AND PANOPTIS PATENT MANAGEMENT, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served via ECF on all counsel of record on January 9, 2026.

                                                               */s/ Andrew Strabone*
                                                               Andrew Strabone

## CERTIFICATE OF CONFERENCE

The undersign certifies that counsel for the parties conferred regarding this motion, and counsel for Apple indicated opposition.

                                                               */s/ Andrew Strabone*
                                                               Andrew Strabone

11525025