**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, UNWIRED PLANET, LLC, UNWIRED PLANET INTERNATIONAL LIMITED, AND PANOPTIS PLANET MANAGEMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 2:19-cv-00066-JRG <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF JOINT SUBMISSION OF PROPOSED JURY INSTRUCTIONS**

Pursuant to the Court's Amended Docket Control Order (Dkt. 805), the parties hereby submit the proposed jury instructions, attached as Exhibit A.

1

Dated: February 2, 2026

Respectfully submitted,

*/s/ Jason        Sheasby*

Samuel F. Baxter
Texas State Bar No. 1938000
sbaxter@McKoolSmith.com
Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
McKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, TX 75670
Phone: (903) 923-9000; Fax: (903) 923-9099

Jason Sheasby (pro hac vice)
jsheasby@irell.com
Andrew Strabone (pro hac vice)
astrabone@irell.com
Lucas Oxenford (pro hac vice)
loxenford@irell.com
IRELL & MANELLA LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90064
Phone: (310) 203-7096; Fax: (310) 203-7199

Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@McKoolSmith.com
McKOOL SMITH, P.C.
300 W. 6th Street Suite 1700
Austin, TX 78701
Phone: (512) 692-8700; Fax: (512) 692-8744

Lisa Glasser (pro hac vice)
lglasser@irell.com
Rebecca Carson (pro hac vice)
rcarson@irell.com
H. Annita Zhong (pro hac vice)
hzhong@irell.com
Ke Yang (pro hac vice)
keyang@irell.com
IRELL & MANELLA LLP
840 Newport Center Dr., Suite 400 Newport Beach, CA 92660
Phone: (949) 760-0991; Fax: (949) 760-5200

Taylor Hatridge (pro hac vice)
thatridge@irell.com
IRELL & MANELLA LLP
750 17th Street NW, Suite 850
Washington, DC 20006
Phone: (202) 777-6500

M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
GRAY REED & MCGRAW LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Phone: (214) 954-4135; Fax: (469) 320-6901

**ATTORNEYS FOR PLAINTIFFS OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, AND PANOPTIS PATENT MANAGEMENT, LLC**

/s/ Mark D. Selwyn
Mark D. Selwyn (pro hac vice)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Mindy Sooter (pro hac vice)
mindy.sooter@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3135
Facsimile: (720) 274-3133
Joseph J. Mueller (pro hac vice)
Timothy D. Syrett (pro hac vice)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Brittany Blueitt Amadi (pro hac vice)
brittany.amadi@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**Attorneys for Defendant Apple Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served after filing on all counsel of record via email on February 2, 2026.

/s/ *Jason Sheasby*
Jason Sheasby