# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, *and* UNWIRED PLANET INTERNATIONAL LIMITED, | § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | CASE NO. 2:19-CV-00066-JRG |
| APPLE INC., | § § § | |
| *Defendant*. | § | |

## ORDER

The Court issues this Order *sua sponte*. On January 31, 2026, Plaintiffs Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, PanOptis Patent Management, LLC, Unwired Planet, LLC, and Unwired Planet International Limited (collectively, "Optis") filed the Motion for Leave to Serve Supplemental Exhibits to the Expert Report of Mr. Kennedy (the "Motion"). (Dkt. No. 812). However, jury selection in the above-captioned case is set to begin on February 6, 2026.

Accordingly, and in light of these facts, it is **ORDERED** that Defendant Apple Inc. shall file its response to the Motion by 2:30 p.m. CT on Wednesday, February 04, 2026.

**So ORDERED and SIGNED this 3rd day of February, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE