IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, *et al* § § § § § § § | |
| v. | Case No. 2:19-cv-00066-JRG |
| APPLE INC. | |

MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
February 6, 2026

**OPEN: 09:10 AM**  **ADJOURN: 05:52 PM**

ATTORNEYS FOR PLAINTIFFS:    See attached

ATTORNEYS FOR DEFENDANT:    See attached.

LAW CLERKS:    Braden Anderson
Rahul Gupta
Richard "Chipper" Adams

COURT REPORTER:    Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:    Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:10 AM | Court opened. |
| 09:11 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:23 AM | Court called for announcements from the parties. |
| 09:25 AM | Court continued by providing case information and preliminary instructions to Jury Pool. |
| 09:36 AM | Introduction of prospective Jurors. |
| 09:58 AM | Court provided additional instructions to Jury Pool. |
| 10:02 AM | Plaintiffs' *voir dire*: Ms. Truelove. |
| 10:32 AM | Defendant's *voir dire*: Ms. Smith. |
| 11:03 AM | Bench conference with counsel re: challenges for cause. |
| 11:05 AM | Bench conference concluded. |
| 11:05 AM | Court instructions provided to Jury Pool. Court requested specific potential juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:07 AM | Remainder of Jury Pool recessed for break. |
| 11:08 AM | Counsel approached bench. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:09 AM | Strike conference began with specifically named potential juror(s). |
| 11:24 AM | Strike conference concluded. Attorneys excused to exercise strikes. |
| 11:24 AM | Recess. |
| 11:54 AM | Court reconvened. |
| 11:55 AM | Bench conference re: *Batson* challenge by Plaintiffs. Argument heard and Court made rulings as set forth in the record. |
| 11:59 AM | Bench conference concluded. |
| 11:59 AM | Instructions given by the Court. |
| 12:02 PM | Jurors selected and sworn. |
| 12:05 PM | Remainder of Jury Pool excused. |
| 12:06 PM | Additional instructions given by the Court. |
| 12:25 PM | Jury recessed for lunch. |
| 12:26 PM | Court addressed remaining overnight disputes and directed the parties to meet and confer re: same. |
| 12:33 PM | Recess. |
| 01:54 PM | Court reconvened. |
| 01:55 PM | Court recognized meet and confer efforts of the parties re: overnight disputes. |
| 01:57 PM | Jury returned to courtroom. |
| 01:58 PM | Court gave preliminary instructions to Jury. |
| 02:35 PM | Notebooks provided to Jury. |
| 02:35 PM | Continuation of Court's preliminary instructions to Jury. |
| 02:43 PM | Plaintiffs' opening statement: Mr. Sheasby. |
| 03:12 PM | Defendant to reserve its opening statement until its case-in-chief. |
| 03:12 PM | Plaintiffs' case-in-chief: |
| 03:12 PM | Witness sworn: Mr. Brian Blasius. |
| 03:13 PM | Direct examination by Mr. Sheasby. |
| 03:15 PM | Rule invoked. |
| 03:16 PM | Continuation direct examination. |
| 03:26 PM | Bench conference. |
| 03:27 PM | Bench conference concluded. |
| 03:27 PM | Jury recessed for break. |
| 03:27 PM | Recess. |
| 03:36 PM | Court reconvened. |
| 03:36 PM | Jury returned to courtroom. |
| 03:36 PM | Continuation direct examination. |
| 03:55 PM | Cross examination by Mr. Mueller. |
| 03:58 PM | Bench conference. |
| 03:58 PM | Bench conference concluded. |
| 03:58 PM | Continuation cross examination. |
| 04:05 PM | Bench conference. |
| 04:09 PM | Bench conference concluded. |
| 04:09 PM | Continuation cross examination. |
| 04:38 PM | Bench conference. |
| 04:45 PM | Bench conference concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:45 PM | Redirect examination. |
| 04:55 PM | Recross examination. |
| 04:56 PM | **Courtroom sealed**. |
| 04:57 PM | Continuation recross examination. |
| 05:01 PM | **Courtroom unsealed**. |
| 05:01 PM | Continuation recross examination. |
| 05:04 PM | Additional redirect examination. |
| 05:05 PM | Completion of testimony of Mr. Brian Blasius. |
| 05:05 PM | Witness sworn: Dr Mark Mahon. |
| 05:08 PM | Direct examination by Mr. Sheasby. |
| 05:34 PM | **Courtroom sealed**. |
| 05:35 PM | Continuation direct examination. |
| 05:42 PM | Bench conference. |
| 05:42 PM | Bench conference concluded. |
| 05:43 PM | **Courtroom unsealed**. |
| 05:43 PM | Court instructions to the Jury. |
| 05:44 PM | Jury recessed until 8:30 Monday morning. |
| 05:45 PM | Court reminded the parties the exhibits used in today's portion of the trial will be read into the record Monday morning before the Jury returns to the courtroom. |
| 05:52 PM | Court adjourned. |