IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, *et al* § § § § § § § | |
| v. | Case No. 2:19-cv-00066-JRG |
| APPLE INC. | |

MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
February 9, 2026

**OPEN: 08:28 AM**                                                                                   **ADJOURN: 05:59 PM**

ATTORNEYS FOR PLAINTIFFS:          See attached

ATTORNEYS FOR DEFENDANT:          See attached.

LAW CLERKS:                                          Braden Anderson
                                                                Rahul Gupta
                                                                Richard "Chipper" Adams

COURT REPORTER:                                Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                        Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:28 AM | Court opened. |
| 08:28 AM | Exhibits used Friday read into the record. |
| 08:29 AM | Court DENIED Dkt. No. 832. |
| 08:32 AM | Jury entered the courtroom. |
| 08:33 AM | Continuation Plaintiffs' case-in-chief: |
| 08:33 AM | Continuation direct examination of Dr. Mark Mahon by Mr. Sheasby. |
| 08:42 AM | **Courtroom sealed**. |
| 08:42 AM | Continuation direct examination. |
| 08:49 AM | **Courtroom unsealed**. |
| 08:49 AM | Continuation direct examination. |
| 09:12 AM | **Courtroom sealed**. |
| 09:12 AM | Continuation direct examination. |
| 09:29 AM | **Courtroom unsealed**. |
| 09:29 AM | Continuation direct examination. |
| 09:45 AM | Cross examination by Mr. Mueller. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:05 AM | Bench conference. |
| 10:07 AM | Bench conference concluded. |
| 10:07 AM | Continuation cross examination. |
| 10:19 AM | Bench conference. |
| 10:21 AM | Bench conference concluded. |
| 10:21 AM | Continuation cross examination. |
| 10:33 AM | Jury recessed for break. |
| 10:35 AM | Recess. |
| 10:48 AM | Court reconvened. |
| 10:49 AM | Jury returned to courtroom. |
| 10:49 AM | Redirect examination. |
| 11:00 AM | Recross examination. |
| 11:06 AM | Additional redirect examination. |
| 11:08 AM | Completion of testimony of Dr. Mark Mahon. |
| 11:09 AM | Ms. Carson introduced the video deposition designation of Mr. Tony Blevins. |
| 11:12 AM | Video deposition designation concluded. |
| 11:12 AM | Ms. Carson introduced the video deposition designation of Ms. Jayna Whitt. |
| 11:16 AM | Video deposition designation concluded. |
| 11:16 AM | Ms. Carson introduced the video deposition designation of Ms. Heather Mewes. |
| 11:16 AM | Court provided explanation to the Jury re: testimony offered by video deposition of corporate representative when witness is present in the courtroom who will later provide live testimony. |
| 11:19 AM | Video deposition designation concluded. |
| 11:19 AM | Ms. Carson introduced the video deposition designation of Mr. Vivek Ramaprasad. |
| 11:20 AM | Court provided explanation to the Jury re: use of video deposition along with a written deposition transcript of the witness. |
| 11:24 AM | Video deposition designation concluded. |
| 11:24 AM | Ms. Carson introduced the video deposition designation of Mr. Kaushik Josiam. |
| 11:27 AM | Video deposition designation concluded. |
| 11:27 AM | Ms. Carson introduced the video deposition designation of Mr. Cole Stewart. |
| 11:30 AM | Video deposition designation concluded. |
| 11:30 AM | Ms. Carson introduced the video deposition designation of Mr. Sanjeevi Balasubramanian. |
| 11:31 AM | Video deposition designation concluded. |
| 11:31 AM | Bench conference. |
| 11:33 AM | Bench conference concluded. |
| 11:33 AM | Witness sworn: Dr. Vijay Madisetti. |
| 11:33 AM | Direct examination by Mr. Pollinger. |
| 12:05 PM | Jury recessed for lunch. |
| 12:07 PM | Court directed the parties to meet and confer and jointly submit an updated proposed final jury instructions and verdict form by 10:00 Tuesday evening in Word format and electronically transmitted to Court staff. |
| 12:09 PM | Recess. |
| 01:42 PM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 01:44 PM | Jury returned to courtroom. |
| 01:44 PM | Continuation direct examination. |
| 01:46 PM | **Courtroom sealed**. |
| 01:46 PM | Continuation direct examination. |
| 02:35 PM | **Courtroom unsealed**. |
| 02:36 PM | Continuation direct examination. |
| 02:43 PM | **Courtroom sealed**. |
| 02:43 PM | Continuation direct examination. |
| 03:03 PM | **Courtroom unsealed**. |
| 03:04 PM | Continuation direct examination. |
| 03:30 PM | Jury recessed for break. |
| 03:30 PM | Recess. |
| 03:47 PM | Court reconvened. |
| 03:47 PM | Court made rulings from the bench as set forth in the record. |
| 04:02 PM | Jury returned to courtroom. |
| 04:03 PM | Cross examination by Mr. Mueller. |
| 04:40 PM | Redirect examination. |
| 04:47 PM | Bench conference. |
| 04:48 PM | Bench conference concluded. |
| 04:48 PM | Continuation redirect examination. |
| 04:53 PM | Completion of testimony of Dr. Vijay Madisetti. |
| 04:54 PM | Witness sworn: Dr. Rebbecca Reed-Arthurs. |
| 04:55 PM | Direct examination by Ms. Truelove. |
| 05:05 PM | Cross examination by Ms. Amadi. |
| 05:14 PM | Redirect examination. |
| 05:16 PM | Recross examination. |
| 05:18 PM | Completion of testimony of Dr. Rebbecca Reed-Arthurs. |
| 05:18 PM | Witness sworn: Mr. David Kennedy. |
| 05:19 PM | Direct examination by Ms. Carson. |
| 05:28 PM | Bench conference. |
| 05:29 PM | Bench conference concluded. |
| 05:29 PM | Continuation direct examination. |
| 05:57 PM | Bench conference. |
| 05:57 PM | Bench conference concluded. |
| 05:57 PM | Court instructions to the Jury. |
| 05:58 PM | Jury recessed until 8:30 tomorrow morning. |
| 05:59 PM | Court adjourned. |