IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| OPTIS WIRELESS TECHNOLOGY, LLC, *et al* | § § § § § § § | Case No. 2:19-cv-00066-JRG |
|---|---|---|
| v. | | |
| APPLE INC. | | |

MINUTES FOR JURY TRIAL DAY NO. 3
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
February 10, 2026

**OPEN: 08:29 AM**                                                            **ADJOURN: 06:27 PM**

ATTORNEYS FOR PLAINTIFFS:           See attached

ATTORNEYS FOR DEFENDANT:           See attached.

LAW CLERKS:                                      Braden Anderson
                                                          Rahul Gupta
                                                          Richard "Chipper" Adams

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                      Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:29 AM | Court opened. |
| 08:29 AM | Exhibits used prior day read into the record. |
| 08:32 AM | Jury entered the courtroom. |
| 08:33 AM | Continuation Plaintiffs' case-in-chief: |
| 08:33 AM | Continuation direct examination of Mr. David Kennedy by Ms. Carson. |
| 08:36 AM | **Courtroom sealed**. |
| 08:37 AM | Continuation direct examination. |
| 08:52 AM | **Courtroom unsealed**. |
| 08:52 AM | Continuation direct examination. |
| 09:08 AM | Cross examination by Mr. Mueller. |
| 09:41 AM | **Courtroom sealed**. |
| 09:41 AM | Continuation cross examination. |
| 09:53 AM | **Courtroom unsealed**. |
| 09:54 AM | Continuation cross examination. |
| 09:56 AM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:58 AM | Bench conference concluded. |
| 09:58 AM | Continuation cross examination. |
| 10:12 AM | Redirect examination. |
| 10:19 AM | Recross examination. |
| 10:25 AM | Additional redirect examination. |
| 10:26 AM | Completion of testimony of Mr. David Kennedy. |
| 10:26 AM | Plaintiffs rested their case-in-chief. |
| 10:27 AM | Jury recessed for break. |
| 10:27 AM | Recess. |
| 10:47 AM | Court reconvened. |
| 10:48 AM | Jury returned to courtroom. |
| 10:50 AM | Defendant's opening statement: Mr. Mueller. |
| 11:20 AM | Defendant's case-in-chief: |
| 11:21 AM | Ms. Amadi introduced the video deposition designation of Mr. Raymond Warren. |
| 11:32 AM | Video deposition designation concluded. |
| 11:33 AM | Ms. Amadi introduced the video deposition designation of Mr. Richard Misiag. |
| 11:38 AM | Video deposition designation concluded. |
| 11:38 AM | Ms. Amadi introduced the video deposition designation of Mr. Leslie Ware. |
| 11:44 AM | Video deposition designation concluded. |
| 11:45 AM | Jury recessed for lunch break. |
| 11:48 AM | Recess. |
| 12:44 PM | Court reconvened. |
| 12:45 PM | Jury returned to courtroom. |
| 12:46 PM | Witness sworn: Dr. Ray Perryman. |
| 12:46 PM | Direct examination by Ms. Smith. |
| 01:38 PM | **Courtroom sealed**. |
| 01:38 PM | Continuation direct examination. |
| 01:58 PM | Bench conference. |
| 02:04 PM | Bench conference concluded. |
| 02:05 PM | Continuation direct examination. |
| 02:14 PM | Bench conference. |
| 02:20 PM | Bench conference concluded. |
| 02:20 PM | Bench conference. |
| 02:20 PM | Bench conference concluded. |
| 02:21 PM | Cross examination by Mr. Sheasby. |
| 02:39 PM | **Courtroom unsealed**. |
| 02:39 PM | Redirect examination. |
| 02:44 PM | Completion of testimony of Dr. Ray Perryman. |
| 02:45 PM | Jury recessed for break. |
| 02:45 PM | Recess. |
| 02:54 PM | Court reconvened. |
| 02:54 PM | Court addressed inquiries made by counsel. |
| 03:04 PM | Jury returned to courtroom. |
| 03:04 PM | Mr. Selwyn introduced the video deposition designation of Mr. Stephen Howell. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:13 PM | Video deposition designation concluded. |
| 03:13 PM | Witness sworn: Mr. Friedhelm Rodermund. |
| 03:14 PM | Direct examination by Mr. Selwyn. |
| 03:35 PM | Cross examination by Mr. Sheasby. |
| 03:43 PM | Redirect examination. |
| 03:45 PM | Completion of testimony of Mr. Friedhelm Rodermund. |
| 03:45 PM | Witness sworn: Dr. Kaushik Josiam. |
| 03:46 PM | Direct examination by Mr. Selwyn. |
| 04:08 PM | Bench conference. |
| 04:08 PM | Bench conference concluded. |
| 04:08 PM | Continuation direct examination. |
| 04:09 PM | Cross examination by Mr. Sheasby. |
| 04:11 PM | Completion of testimony of Dr. Kaushik Josiam. |
| 04:11 PM | Witness sworn: Mr. Vivek Ramaprasad. |
| 04:12 PM | Direct examination by Mr. Selwyn. |
| 04:19 PM | **Courtroom sealed**. |
| 04:19 PM | Continuation direct examination. |
| 04:32 PM | **Courtroom unsealed**. |
| 04:32 PM | Continuation direct examination. |
| 04:33 PM | **Courtroom sealed**. |
| 04:33 PM | Cross examination by Mr. Sheasby. |
| 04:46 PM | Redirect examination. |
| 04:48 PM | Recross examination. |
| 04:50 PM | **Courtroom unsealed**. |
| 04:51 PM | Completion of testimony of Mr. Vivek Ramaprasad. |
| 04:51 PM | Bench conference. |
| 04:52 PM | Bench conference concluded. |
| 04:53 PM | Jury recessed for break. |
| 04:53 PM | Recess. |
| 05:02 PM | Court reconvened. |
| 05:03 PM | Jury returned to courtroom. |
| 05:03 PM | Ms. Sooter introduced the video deposition designation of Mr. Antonio Virdis. |
| 05:21 PM | Video deposition designation concluded. |
| 05:22 PM | Witness sworn: Dr. Jonathan Wells |
| 05:23 PM | Direct examination by Ms. Sooter. |
| 05:46 PM | **Courtroom sealed**. |
| 05:47 PM | Continuation direct examination. |
| 05:51 PM | **Courtroom unsealed**. |
| 05:51 PM | Continuation direct examination. |
| 06:03 PM | Bench conference. |
| 06:03 PM | Bench conference concluded. |
| 06:03 PM | Continuation direct examination. |
| 06:16 PM | **Courtroom sealed**. |
| 06:16 PM | Continuation direct examination. |

| TIME | MINUTE ENTRY |
|---|---|
| 06:17 PM | **Courtroom unsealed**. |
| 06:18 PM | Court instructions to the Jury. |
| 06:19 PM | Jury recessed until 8:30 tomorrow morning. |
| 06:20 PM | Court addressed inquiry of counsel. |
| 06:24 PM | Bench conference. |
| 06:27 PM | Bench conference concluded. |
| 06:27 PM | Court adjourned. |