IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **OPTIS WIRELESS TECHNOLOGY, LLC**, *et al* | § § § | |
| | § | Case No.  2:19-cv-00066-JRG |
| **v.** | § § | |
| **APPLE INC.** | § § | |

MINUTES FOR JURY TRIAL DAY NO. 4
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
February 11, 2026

**OPEN: 08:37 AM**                                                                     **ADJOURN: 02:10 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Braden Anderson<br>Rahul Gupta<br>Richard "Chipper" Adams |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:37 AM | Court opened. |
| 08:37 AM | Exhibits used prior day read into the record. |
| 08:39 AM | Court made rulings as set forth in the record re: Dkt. Nos. 840 and 843. |
| 08:52 AM | Jury entered the courtroom. |
| 08:52 AM | Court provided curative instructions to the Jury. |
| 08:54 AM | Continuation Defendant's case-in-chief: |
| 08:55 AM | **Courtroom sealed**. |
| 08:55 AM | Cross examination of Dr. Jonathan Wells by Mr. Sheasby. |
| 09:12 AM | **Courtroom unsealed**. |
| 09:13 AM | Redirect examination. |
| 09:18 AM | Recross examination. |
| 09:20 AM | Additional redirect examination. |
| 09:21 AM | Completion of testimony of Dr. Jonathan Wells. |
| 09:22 AM | Witness sworn: Mr. Mark Lanning. |
| 09:23 AM | Direct examination by Ms. Sooter. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:39 AM | Bench conference. |
| 09:41 AM | Bench conference concluded. |
| 09:41 AM | Continuation direct examination. |
| 10:07 AM | **Courtroom sealed**. |
| 10:08 AM | Cross examination by Mr. Sheasby. |
| 10:27 AM | **Courtroom unsealed**. |
| 10:27 AM | Redirect examination. |
| 10:33 AM | Recross examination. |
| 10:34 AM | Completion of testimony of Mr. Mark Lanning. |
| 10:35 AM | Jury recessed for break. |
| 10:37 AM | Recess. |
| 10:51 AM | Court reconvened. |
| 10:51 AM | Court made rulings as set forth in the record re: rebuttal witness Mr. Nigel Jones. |
| 10:52 AM | Jury returned to courtroom. |
| 10:52 AM | Witness sworn: Dr. Tom Fuja. |
| 10:53 AM | Direct examination by Ms. Sooter. |
| 11:17 AM | Cross examination by Mr. Sheasby. |
| 11:22 AM | Bench conference. |
| 11:24 AM | Bench conference concluded. |
| 11:24 AM | Redirect examination. |
| 11:28 AM | Completion of testimony of Dr. Tom Fuja. |
| 11:29 AM | Witness sworn: Mr. Anush Venkatesan. |
| 11:29 AM | Direct examination by Ms. Amadi. |
| 11:39 AM | Cross examination by Ms. Carson. |
| 11:41 AM | Completion of testimony of Mr. Anush Venkatesan. |
| 11:42 AM | Bench conference. |
| 11:42 AM | Bench conference concluded. |
| 11:43 AM | Witness sworn: Ms. Heather Mewes. |
| 11:43 AM | Direct examination by Ms. Smith. |
| 11:54 AM | Cross examination by Mr. Sheasby. |
| 12:00 PM | Bench conference. |
| 12:03 PM | Bench conference concluded. |
| 12:03 PM | Continuation cross examination. |
| 12:04 PM | Bench conference. |
| 12:05 PM | Bench conference concluded. |
| 12:05 PM | Continuation cross examination. |
| 12:05 PM | **Courtroom sealed**. |
| 12:06 PM | Continuation cross examination. |
| 12:06 PM | **Courtroom unsealed**. |
| 12:07 PM | Redirect examination. |
| 12:08 PM | Recross examination. |
| 12:09 PM | Additional redirect examination. |
| 12:09 PM | Completion of testimony of Ms. Heather Mewes. |
| 12:10 PM | Defendant rested its case-in-chief. |

| TIME | MINUTE ENTRY |
|---|---|
| 12:10 PM | Plaintiffs' rebuttal case: |
| 12:10 PM | Ms. Carson introduced the video deposition designation of Mr. Nigel Jones. |
| 12:16 PM | Video deposition designation concluded. |
| 12:16 PM | Ms. Carson proceeded with the reading of a portion of the sworn deposition testimony of Ms. Sophie Vrzic. |
| 12:17 PM | Reading completed. |
| 12:17 PM | Plaintiffs rested their rebuttal case. |
| 12:17 PM | Both sides rested. |
| 12:17 PM | Court provided instructions to the Jury. |
| 12:21 PM | Jury excused for the remainder of the day to return tomorrow at 8:30 AM. |
| 12:22 PM | Court to take up Rule 50(a) motions following lunch break. |
| 12:33 PM | Recess. |
| 01:27 PM | Court reconvened. |
| 01:27 PM | Court took up Rule 50(a) motions. |
| 01:27 PM | Court provided instruction to the parties re: hearing on Rule 50(a) motions. |
| 01:31 PM | Court began hearing argument. |
| 02:06 PM | Argument concluded. |
| 02:07 PM | Court made rulings as set forth in the record. |
| 02:09 PM | Completion of hearing re: Rule 50(a) motions. |
| 02:09 PM | Court to recess and reconvene at 2:50 PM to conduct informal charge conference (off the record) in chambers. |
| 02:10 PM | Recess. |