IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, *and* UNWIRED PLANET INTERNATIONAL LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*. | §§§§§§§§§§§§§§§§§ | CASE NO. 2:19-CV-00066-JRG |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

1

As used herein, the following terms have the following meanings:

**"Optis"** refers collectively to Plaintiffs Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet, LLC, Unwired Planet International Limited, and PanOptis Patent Management, LLC.

**"Apple"** refers to Defendant Apple Inc.

The **"'332 Patent"** refers to U.S. Patent No. 8,019,332

The **"'284 Patent"** refers to U.S. Patent No. 8,385,284

The **"'577 Patent"** refers to U.S. Patent No. 8,411,557

The **"'774 Patent"** refers to U.S. Patent No. 9,001,774

The **"'833 Patent"** refers to U.S. Patent No. 8,102,833

**"Asserted Patents"** or the **"Patents-in-Suit"** refer collectively to the '332 patent, the '284 patent, the '557 patent, the '774 patent, and the '833 patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

# QUESTION NO. 1

Did Optis prove by a preponderance of the evidence that Apple infringed at least one claim from each of the following patents?

For each patent below, please answer "Yes" or "No."

### Question No. 1A: The '332 Patent

Yes: _____   No: \_\_\_✓\_\_\_\_\_

### Question No. 1B: The '284 Patent

Yes: _____   No: \_\_\_✓\_\_\_\_\_

### Question No. 1C: The '557 Patent

Yes: _____   No: \_\_\_✓\_\_\_\_\_

### Question No. 1D: The '774 Patent

Yes: _____   No: \_\_\_✓\_\_\_\_\_

### Question No. 1E: The '833 Patent

4

Yes: _____        No: \_\_\_\_✓_____



**If you answered "No" to all of the questions above, then do not answer any other question in this verdict form and proceed directly to the final page of the verdict form.**

**If you answered "Yes" to any of the questions above, then proceed to the next page.**

**Question No. 2 only applies to the '332 patent. You should only answer Question No. 2 if you have answered "Yes" for Question No. 1A.**

**If you answered "No" to Question No. 1A, proceed to Question No. 3.**

## QUESTION NO. 2

Has Apple proven by clear and convincing evidence that the claim elements of the asserted claims of the '332 Patent, after removing the abstract mathematical formula, when considered individually or as an ordered combination, are well-understood, routine, and conventional to a person having ordinary skill in the art?

Yes: _____          No: _____

**If (i) you answered "Yes" to Question No. 2, AND (ii) You answered "No" to Questions No. 1B, 1C, 1D, AND 1E, then do not answer any other question in this verdict form and proceed directly to the final page of the verdict form.**

**Otherwise, proceed to the next page.**

**Answer Question No. 3 if either of the following is true:**

- **You answered "Yes" to Question No. 1B, 1C, 1D, OR 1E**

- **You answered "Yes" to Question No. 1A AND "No" to Question No. 2**

**Otherwise, do not answer any other question in this verdict form and proceed directly to the final page of the verdict form.**

## QUESTION NO. 3

If you found infringement, did Optis prove by a preponderance of the evidence that such infringement was willful?

Yes: _____          No: _____

**Proceed to the next page.**

**Answer Question No. 4 only if you answered Question No. 3.**

## QUESTION NO. 4

What sum of money, if paid now in cash, has Optis proven by a preponderance of the evidence would compensate it for Apple's infringement of the Asserted Patents? (Answer for each patent in United States Dollars and Cents):

**The '332 Patent:** (Answer only if you answered "Yes" for Question No. 1A and "No" for Question No. 2)

_____

**The '284 Patent:** (Answer only if you answered "Yes" for Question No. 1B)

_____

**The '557 Patent:** (Answer only if you answered "Yes" for Question No. 1C)

_____

**The '774 Patent:** (Answer only if you answered "Yes" for Question No. 1D)

_____

**The '833 Patent:** (Answer only if you answered "Yes" for Question No. 1E)

_____

**Proceed to the next page.**

**Answer Question No. 5 only as to any Asserted Patents for which you awarded damages in Question No. 4.**

**If you did not answer any portion of Question No. 4, then do not answer Question No. 5 and proceed directly to the final page of the verdict form.**

## QUESTION NO. 5

Is the total amount of the reasonable royalty damages that you awarded in Question No. 4 a Running Royalty or a Lump-Sum Royalty?

\_\_\_\_ Running Royalty


\_\_\_\_ Lump-Sum Royalty


**Proceed to the next page.**

9

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _12_ day of February, 2026.

_____
Jury Foreperson