# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, PANOPTIS PATENT MANAGEMENT, LLC, UNWIRED PLANET, LLC, *and* UNWIRED PLANET INTERNATIONAL LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*. | CASE NO. 2:19-CV-00066-JRG |

## ORDER

The Court issues this Order *sua sponte*. On the eve of trial, Defendant Apple Inc. ("Defendant") raised for the first time an "open question" as to standing in the parties' Joint Pretrial Order. (Dkt. No. 816 at 4). However, Defendant has never moved to dismiss this case for lack of standing. Specifically, Defendant "question[ed]" whether the Plaintiffs in this case ("Plaintiffs") had sold their interest in the patents-in-suit to ▮▮▮▮▮ under a certain ▮▮▮▮▮ Agreement (the "Agreement"). (*Id*. at 4–5).

The next day (February 5th, 2026), and only one (1) day before trial began, the Court ordered Plaintiffs to produce the Agreement. (*See* Dkt. No. 835). Plaintiffs have done so. Under that document, ▮▮▮▮▮  ▮▮▮▮▮ On its face, the document ▮▮▮▮▮ does not implicate standing concerns.

Despite the lack of any apparent standing concerns raised by the Agreement, Defendant maintained its "question" after the Agreement was produced. In so doing, Defendant noted that Plaintiffs had not produced ████████████████ and Defendant asserted that, until Plaintiffs produced ███████, its standing "question" remained "open" in their view. To avoid any doubt as to standing, the Court ordered Plaintiffs to produce ████████████ for *in camera* review. Plaintiffs have done so and the Court has reviewed it.

Having completed such an *in camera* review of ████████████, the Court hereby finds that Plaintiffs retain and have not lost standing under either the Agreement or ███████████. Accordingly, the Court finds that Defendant's "open question" as to standing is now resolved and closed.

**So ORDERED and SIGNED this 26th day of February, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE